# EXHIBIT 41

**From:**      Ali Khan [akhan@internationalswimmingleague.com]
**Sent:**      6/5/2018 7:26:30 AM
**To:**        Mike Unger [munger@usaswimming.org]
**CC:**        Tim Hinchey [thinchey@usaswimming.org]
**Subject:**   RE: ISL Proposed MOU to USA Swim

Hi Mike

I followed up with KG this morning and can confirm that the team has not received any concern from FINA nor from Mr Cornel Marculescu.

Furthermore, Mr Marculescu has signed an MOU with our league on the 23rd of November, 2017. During our discussions, ISL & FINA agreed that we would convene again after the 2018 event to discuss the 2019 season in order to determine the best way forward.

We continue to keep channels open with FINA, like we have with all relevant country federations, and remain at everyone's disposal to address any concerns that may arise. We are unable to address concerns that are not brought directly to our attention.

As you are aware we continue to enjoy the formal support of LEN, which is ratified in an agreement signed by myself and Mr Paolo Barelli.

I look forward to hearing from you on any guidance you may have on this matter.

Kind Regards

Ali Khan
CEO

International Swimming League Ltd
Alfred-Escher-Strasse 17
8002 Zürich, Switzerland

+44 7713 577855

**From:** Mike Unger <munger@usaswimming.org>
**Sent:** 04 June 2018 21:03
**To:** Ali Khan <akhan@internationalswimmingleague.com>
**Cc:** Tim Hinchey <thinchey@usaswimming.org>; Mike Unger <munger@usaswimming.org>
**Subject:** RE: ISL Proposed MOU to USA Swim

Dear Ali:

Thanks for your email.

USA Swimming remains very interested in participating in the ISL, however we are aware that FINA is potentially concerned about this relationship. Are you able to give an update to us on your discussions with FINA? That would be most helpful. As we have stated many times, we care about our relationship with FINA and want to make sure it approves of this competition/series.

Thanks very much for your good help.

**EXHIBIT**
**53**
Tuesday, September 24, 2019
Witness: Michael Unger
Pelton Reporting Service
(719) 578-2062

USAS-001009

With best regards,
mu

---

**From:** Ali Khan <akhan@internationalswimmingleague.com>
**Sent:** Monday, June 4, 2018 12:50 PM
**To:** Tim Hinchey <thinchey@usaswimming.org>; Mike Unger <munger@usaswimming.org>
**Subject:** ISL Proposed MOU to USA Swim

Dear Mike & Tim

I hope this email finds you all is good health.

Further to receiving USA Swimming Federation's letter dated 4th April, 2018, (attached), we are delighted to learn about your Federation's desire to host, manage and run the proposed event in Las Vegas during December 2018.

I would like to take this opportunity formerly to put forward an MOU agreement that attempts to summarise and connect the various discussion points that has been raised and discussed in the last few weeks, as well as to try to define the respective roles for your Federation and ISL, keeping in mind an indicative budget that both sides acknowledge as a target.

The proposed MOU is quite focused to the core principles we would need to define in order to proceed to long-form contracts.  Of immediate importance to ISL, would be to be advised on the following key points:

-       USA Swim commitment to a USA-hosted ISL event by inserting the ISL event into the USA calendar by 16th June, 2018
-       USA Swim continued desire to host, manage and run the proposed event
-       USA Swim intentions to submit 3 teams to the event

I would certainly welcome an opportunity to discuss these key points by telephone when convenient. Given the 16th June deadline to input the event into USA Swim calendar, can I kindly suggest a call in the next 2-3 working days?

I look forward to hearing from you.

Kind Regards

Ali Khan
CEO

International Swimming League Ltd
Alfred-Escher-Strasse 17
8002 Zürich, Switzerland

+44 7713 577855

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses.

Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of USA Swimming.

USAS-001011

# EXHIBIT 42

**From:** Tim Hinchey [thinchey@usaswimming.org]
**Sent:** 6/11/2018 7:18:12 PM
**To:** Mike Unger [munger@usaswimming.org]
**Subject:** Re: US teams


Agreed

Tim Hinchey III
President & CEO
USA Swimming


> On Jun 11, 2018, at 2:23 PM, Mike Unger <munger@usaswimming.org> wrote:
>
> FYI...so...British Swimming will be the host (likely in London).  The "invitations" to compete will
come through British Swimming, following FINA rules.  I still think we want to go through this idea
carefully to make sure we won't get tripped up by FINA.
>
> We might want to include Dale too...as he has his ear on the ground on this topic with Cornel.
>
> Thanks...
> mu
>
> -----Original Message-----
> From: David Rouger <david@redmulletconsulting.com>
> Sent: Monday, June 11, 2018 1:47 PM
> To: Mike Unger <munger@usaswimming.org>
> Cc: Apostolos Tsagkarakis <atsagkarakis@internationalswimmingleague.com>; Andrea di NinoAndrea di Nino
<adinino@internationalswimmingleague.com>
> Subject: US teams
>
> Dear Mike
>
> I hope this email finds you well.
> I just wanted to give you a very positive news.
> We reviewed the concept of the collaboration with British Federation. ISL will be the sponsor of the
event organised by British Association therefore the event may quietly be organised  without any external
problems.
> Could you please confirm USA swimming will respond positively to the association invitation?  This way
we will avoid many issues and guaranty a safe environment for athletes and federations.
>
> Thanks for your help
>
> Kind regards
>
> David
>
> Envoyé de mon iPhone

**EXHIBIT**
**57**
Tuesday, September 24, 2019
Witness:  Michael Unger
Pelton Reporting Service
(719) 578-2062

# EXHIBIT 43

**From**: Jack Buckner [jack.buckner@swimming.org]
**Sent**: 6/13/2018 12:14:00 PM
**To**: Mike Unger [munger@usaswimming.org]
**Subject**: FW: ISL Brit MOU Draft v1
**Attachments**: ISL Brit MOU Draft v1.pdf; ISL Brit MOU Draft v1.doc

Confidentially – could we keep this between us ?

Cheers

jack

**Jack Buckner**
Chief Executive Officer



SportPark, Pavilion 3, 3 Oakwood Drive, Loughborough
University, LE11 3QF
Jack.Buckner@swimming.org
www.britishswimming.org

---

**From:** Ali Khan [mailto:akhan@internationalswimmingleague.com]
**Sent:** 13 June 2018 14:34
**To:** Jack Buckner <jack.buckner@swimming.org>
**Subject:** ISL Brit MOU Draft v1

Hi Jack

Further to our conversation this is the type of MOU (non-binding) that I was thinking about us signing, but of course feel free to make your suggestion.
Once ISL/GB can sign something, I will then request USA & Australia to sign MOUs confirming their intention (again not legally binding) to send in their respective teams to our London event which is supported by UK Swim.

If I can achieve this in the next 2-3 days, then it empowers me to sit with FINA once again and demonstrate that ISL has made real progress, but nonetheless we continue to genuinely explore a working relationship with FINA.

Regards

Ali Khan
CEO

International Swimming League Ltd
Alfred-Escher-Strasse 17
8002 Zürich, Switzerland

+44 7713 577855

USAS-000915

**Memorandum of Understanding**

Date of the Memorandum: _____

Between:

(1)     INTERNATIONAL SWIMMING LEAGUE Ltd, a company registered in Switzerland under registration number _____ with its registered office at Alfred-Escher-Strasse 17, Zurich 8002 Switzerland ("ISL"); and

(2)     British Swimming, a company registered in the United Kingdom under registration number _____ with its registered office at _____ ("BRIT-S").

This Memorandum of Understanding (the "MOU) sets out the main terms and conditions upon which the parties have agreed to negotiate and sign legally-binding cooperation agreement (the "Cooperation Agreement")  in respect of staging the Event (as defined below).

| Event | International Swimming League Championship - taking place in London during 19th December - 22nd December 2018 inclusive. |
| --- | --- |
| | The Event will consist of competition between eight (8) international swimming clubs/ teams as determined by ISL, including teams from USA, UK and Australia. |
| **BRIT-S Role** | BRIT-S agrees on its own behalf but in the interests of ISL to host the Event, to act for this purpose as an official organizer of the Event and to be responsible for provision of all services necessary or desirable for technical and sport organization of such. |
| | BRIT-S shall include the Event into calendar of official national UK swimming competitions by 16th June 2018. |
| | BRIT-S shall host the Event in compliance with rules and show-format developed and communicated to BRIT-S by ISL. |
| | Not later than 01 July 2018 BRIT-S to organize, manage and submit a 'UK' team into the Event, or to advise ISL the role BRIT-S desires with the 'UK' team that will participate in the Event. |
| **Fee** | In consideration for hosting the Event ISL shall pay BRIT-S under Cooperation Agreement a Fee amounted to 200,000 GBP (gross of VAT if applicable). Terms/schedule to be agreed. |

| Rights and Obligations of ISL | ISL and BRIT-S shall discuss and agree the indicative budget of the Event which shall become an integral part of Cooperation Agreement. ISL shall be responsible for financing of Event's costs<br><br>ISL shall develop rules and show-format of the Event.<br><br>ISL shall be responsible for securing participation of eight swimming clubs/ teams and athletes in the Event.<br><br>All intellectual property (including name, logo and other distinctive attributes of the Event) and commercial rights (including ticketing, advertising and broadcasting) as to the Event shall be exclusively owned by ISL.<br><br>ISL may from time to time provide directions to BRIT-S on any aspects related to hosting of the Event to procure that the Event to the maximum extent follows rules and show-format developed by ISL. |
|---|---|
| Cooperation Agreement | The parties undertake to discuss in good faith and enter into a Cooperation Agreement under the main terms and conditions contained in this MOU not later than 1st August 2018. |
| Governing Law. Disputes | This MOU and Cooperation Agreement shall be governed by and construed in accordance with Swiss law, to the exclusion of any conflict of law provisions, and any dispute arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the competent courts at ISLs domicile. |
| Details of the Parties | Details of ISL<br><br>Address: Alfred-Escher-Strasse 17, 8002 Zurich, Switzerland<br><br>E-mail: admin@internationalswimmingleague.com<br><br><br>Details of BRIT-S<br><br>Address:<br><br>Tel.:<br><br>E-mail:<br><br>Bank details: |

**IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives on the date first above written.**

On behalf of BRIT-S:                                    On behalf of ISL:

Signature:    _____        Signature:_____

Name:         _____        Name:    _____

Position:     _____        Position: _____

USAS-000918

**Memorandum of Understanding**

Date of the Memorandum: _____

Between:

(1)      INTERNATIONAL SWIMMING LEAGUE Ltd, a company registered in Switzerland under registration number _____ with its registered office at Alfred-Escher-Strasse 17, Zurich 8002 Switzerland ("ISL"); and

(2)      British Swimming, a company registered in the United Kingdom under
         registration number _____ with its registered office at
         _____ ("BRIT-S").

This Memorandum of Understanding (the "MOU) sets out the main terms and conditions upon which the parties have agreed to negotiate and sign legally-binding cooperation agreement (the "Cooperation Agreement")  in respect of staging the Event (as defined below).

| | |
|---|---|
| **Event** | International Swimming League Championship - taking place in London during 19th December - 22nd December 2018 inclusive.<br><br>The Event will consist of competition between eight (8) international swimming clubs/ teams as determined by ISL, including teams from USA, UK and Australia. |
| **BRIT-S Role** | BRIT-S agrees on its own behalf but in the interests of ISL to host the Event, to act for this purpose as an official organizer of the Event and to be responsible for provision of all services necessary or desirable for technical and sport organization of such.<br><br>BRIT-S shall include the Event into calendar of official national UK swimming competitions by 16th June 2018.<br><br>BRIT-S shall host the Event in compliance with rules and show-format developed and communicated to BRIT-S by ISL.<br><br>Not later than 01 July 2018 BRIT-S to organize, manage and submit a 'UK' team into the Event, or to advise ISL the role BRIT-S desires with the 'UK' team that will participate in the Event. |
| **Fee** | In consideration for hosting the Event ISL shall pay BRIT-S under Cooperation Agreement a Fee amounted to 200,000 GBP (gross of VAT if applicable). Terms/schedule to be agreed. |

| | |
|---|---|
| **Rights and Obligations of ISL** | ISL and BRIT-S shall discuss and agree the indicative budget of the Event which shall become an integral part of Cooperation Agreement. ISL shall be responsible for financing of Event's costs<br><br>ISL shall develop rules and show-format of the Event.<br><br>ISL shall be responsible for securing participation of eight swimming clubs/ teams and athletes in the Event.<br><br>All intellectual property (including name, logo and other distinctive attributes of the Event) and commercial rights (including ticketing, advertising and broadcasting) as to the Event shall be exclusively owned by ISL.<br><br>ISL may from time to time provide directions to BRIT-S on any aspects related to hosting of the Event to procure that the Event to the maximum extent follows rules and show-format developed by ISL. |
| **Cooperation Agreement** | The parties undertake to discuss in good faith and enter into a Cooperation Agreement under the main terms and conditions contained in this MOU not later than 1st August 2018. |
| **Governing Law. Disputes** | This MOU and Cooperation Agreement shall be governed by and construed in accordance with Swiss law, to the exclusion of any conflict of law provisions, and any dispute arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the competent courts at ISLs domicile. |
| **Details of the Parties** | Details of ISL<br><br> Address: Alfred-Escher-Strasse 17, 8002 Zurich, Switzerland<br><br> E-mail: admin@internationalswimmingleague.com<br><br><br>Details of BRIT-S<br><br> Address:<br><br> Tel.:<br><br> E-mail:<br><br> Bank details: |

**IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives on the date first above written.**

On behalf of BRIT-S:                                  On behalf of ISL:


Signature: _____          Signature:_____


Name: _____          Name: _____

USAS-000920

Position: _____     Position: _____

# EXHIBIT 44

**To:**     Artem Nitz[artem.nitz@gmail.com]; Apostolos Tsagkarakis[atsagkarakis@internationalswimmingleague.com]; Dmitriy Kachurovskiy[kachurovskiy@gmail.com]; Andrea di NinoAndrea di Nino[adinino@internationalswimmingleague.com]; David Rouger[drouger@internationalswimmingleague.com]

**From:**   Ali Khan

**Sent:**    Thur 6/14/2018 8:49:49 AM

**Subject:**   RE: USA Swimming update

Agreed – but what are you thinking re joint-meeting? Who are the participants?

Jack has offered to participate in FINA meetings and so has Tim.

But I think the subtle change form my side to suggest is ideally to try and have an agreement of some sort between ISL/USA/AUS/UK prior to any FINA meeting. Otherwise it will be a complicated meeting to manage.

ISL needs to be adequately empowered for ████ to change his position.

---

**From:** Artem Nitz <artem.nitz@gmail.com>

**Sent:** 14 June 2018 07:41

**To:** Apostolos Tsagkarakis <atsagkarakis@internationalswimmingleague.com>; Ali Khan <akhan@internationalswimmingleague.com>; Dmitriy Kachurovskiy <kachurovskiy@gmail.com>; Andrea di NinoAndrea di Nino <adinino@internationalswimmingleague.com>; David Rouger <drouger@internationalswimmingleague.com>

**Subject:** Re: USA Swimming update

Guys, I think a better approach would hold a joint meeting with FINA where from our side we would have a small "alliance":
- UK Swim as organizing body;
- ISL as the concept owner and commercial partner;
- US+AUS Swimming as participating teams.

What do you think?

13 июня 2018 г., в 23:55, Apostolos Tsagkarakis <atsagkarakis@internationalswimmingleague.com> написал(а):

Dear all,

I am forwarding you the email we received 1h30' ago from USA Swimming.

After this email, we (Andrea, myself and David) had a conference call with Mike. Andrea asked Mike officially if it is important for him to have a meeting with FINA, Mike will ask for this meeting, and put Ali (as ISL CEO) in copy of the message to FINA.

Konstantin agreed with the strategy; to ask Mike to propose this meeting between FINA and ISL.

Have a good night.

Tolis

Apostolos Tsagkarakis
Technical Director

Mobile: +30 697 489 0547
Skype: apostolistsagkarakis

International Swimming League Ltd
Alfred-Escher-Strausse 17
8002 Zurich
Switzerland

ISL000699

Begin forwarded message:

**From:** Mike Unger <munger@usaswimming.org>
**Subject: USA Swimming update**
**Date:** June 13, 2018 at 10:05:30 PM GMT+3
**To:** David ROUGER <david@redmulletconsulting.com>, Andrea di NinoAndrea di Nino <adinino@internationalswimmingleague.com>, Apostolos Tsagkarakis <atsagkarakis@internationalswimmingleague.com>
**Cc:** Tim Hinchey <thinchey@usaswimming.org>, Mike Unger <munger@usaswimming.org>

Dear David, Andrea and Tolis:

A small group of USA Swimming leadership met this morning to discuss the opportunity related to USA Swimming's participation with the ISL and the competition in London (with invitation from British Swimming).

Ultimately, we came to the conclusion that before USA Swimming can commit to taking part, we need to get an assurance from ISL and from FINA (in writing) that FINA is on board with the concept of the ISL and approves of the concept.  Holding the event in December 2018, with British Swimming as the host, is postponing the important decision of whether the ISL can actually exist alongside FINA.  We strongly suggest that ISL leadership meet with FINA directly to get this resolved.

We do not want to put our athletes (or USA Swimming) at risk that FINA sees this December event as a challenge and we want the assurance that FINA is willing to work with ISL before we commit.

Additionally, we have recently learned that the ISL event is within 30 days of the FINA World Championships, and it appears FINA would need to provide a waiver on this aspect.

We look forward to the continued discussion, and thank you for your continued work on this event.

With best regards,
mu

Mike Unger
Chief Operating Officer
USA Swimming
1 Olympic Plaza
Colorado Springs, CO  80909
USA
Tel:  +1-719-866-4578
Mobile:  +1-719-338-5679
munger@usaswimming.org

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses.

Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of USA Swimming.

ISL000700

# EXHIBIT 45

| | |
|---|---|
| **From:** | Mike Unger [munger@usaswimming.org] |
| **Sent:** | 6/14/2018 1:22:25 PM |
| **To:** | Tim Hinchey [thinchey@usaswimming.org] |
| **Subject:** | Re: USA Swimming update |
| **Attachments:** | image001.png |

Thanks. Got it 100%.

On Jun 14, 2018, at 9:18 AM, Tim Hinchey <thinchey@usaswimming.org> wrote:

Happy for you to help with an intro, can't believe they don't have this already and makes me question what they've been telling us about FINA.
We (you) will not participate in any such meeting at this stage.  Agree we need to be cautious.

**Tim Hinchey III**
President & CEO
USA Swimming
*<image001.png>*

**From:** Mike Unger
**Sent:** Thursday, June 14, 2018 5:54 AM
**To:** Tim Hinchey <thinchey@usaswimming.org>
**Subject:** Fwd: USA Swimming update

Tim:

Please let me know about this. Does not matter to me. I'm ok to make the intro (a simple email)...but I don't want to attend a meeting. Or they can just do their own intro.

Dale is working hard against this. I believe that's related to Barelli and showing to Cornel that he is loyal to FINA.

Cornel said he was ok with the meet if it followed FINA rules, but then he had all these other comments about ISL (which didn't have any bearing on the rules) to push against this.

Certainly an interesting situation!

Thanks...
mu

Begin forwarded message:

**From:** David Rouger <david@redmulletconsulting.com>
**Date:** June 14, 2018 at 12:33:34 AM MDT
**To:** 'Mike Unger' <munger@usaswimming.org>, 'Andrea di NinoAndrea di Nino'
<adinino@internationalswimmingleague.com>, 'Apostolos Tsagkarakis'
<atsagkarakis@internationalswimmingleague.com>
**Cc:** 'Tim Hinchey' <thinchey@usaswimming.org>
**Subject:** RE: USA Swimming update

Dear Mike,

**EXHIBIT**
**55**
Tuesday, September 24, 2019
Witness:  Michael Unger
Pelton Reporting Service
(719) 578-2062

Thanks for your feedback.

First of all would like to re-assess that we will not put athletes in danger as we would be sponsoring a national federation and respect all FINA rules.

Added to that we were never against having an agreement with FINA. We will be ready and happy to meet with FINA representatives.

Considering you know well the ISL project and also FINA, we would be grateful if you could contact FINA/Cornel and call for a meeting with him on our behalf.

At this stage we would also welcome your presence at this meeting so all stakeholders may express their position. We will have an opportunity to show all evidence that our goal is to develop swimming for the sake of the sport.

Thanks anticipated for your assistance in this.

Kind regards

David


**From:** Mike Unger [mailto:munger@usaswimming.org]
**Sent:** Wednesday, June 13, 2018 9:06 PM
**To:** David ROUGER <david@redmulletconsulting.com>; Andrea di NinoAndrea di Nino
<adinino@internationalswimmingleague.com>; Apostolos Tsagkarakis
<atsagkarakis@internationalswimmingleague.com>
**Cc:** Tim Hinchey <thinchey@usaswimming.org>; Mike Unger <munger@usaswimming.org>
**Subject:** USA Swimming update

Dear David, Andrea and Tolis:

A small group of USA Swimming leadership met this morning to discuss the opportunity related to USA Swimming's participation with the ISL and the competition in London (with invitation from British Swimming).

Ultimately, we came to the conclusion that before USA Swimming can commit to taking part, we need to get an assurance from ISL and from FINA (in writing) that FINA is on board with the concept of the ISL and approves of the concept. Holding the event in December 2018, with British Swimming as the host, is postponing the important decision of whether the ISL can actually exist alongside FINA. We strongly suggest that ISL leadership meet with FINA directly to get this resolved.

We do not want to put our athletes (or USA Swimming) at risk that FINA sees this December event as a challenge and we want the assurance that FINA is willing to work with ISL before we commit.

Additionally, we have recently learned that the ISL event is within 30 days of the FINA World Championships, and it appears FINA would need to provide a waiver on this aspect.

We look forward to the continued discussion, and thank you for your continued work on this event.

With best regards,
mu

Mike Unger
Chief Operating Officer
USA Swimming
1 Olympic Plaza
Colorado Springs, CO  80909
USA
Tel:  +1-719-866-4578
Mobile:  +1-719-338-5679

munger@usaswimming.org

This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.
If you have received this email in error please notify the
originator of the message. This footer also confirms that this
email message has been scanned for the presence of computer viruses.

Any views expressed in this message are those of the individual
sender, except where the sender specifies and with authority,
states them to be the views of USA Swimming.