1  Neil A. Goteiner (State Bar No. 083524)
   ngoteiner@fbm.com
2  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
3  Joshua Malone (State Bar No. 301836)
   jmalone@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Plaintiff International Swimming
   League, Ltd.
8

9                UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11 | INTERNATIONAL SWIMMING LEAGUE, LTD., | Case No. 3:18-CV-7394-JSC |
12 | Plaintiff, | **UNREDACTED EXHIBITS 27-46** |
13 | vs. | Judge: Hon. Jacqueline Scott Corley |
14 | FÉDÉRATION INTERNATIONALE DE NATATION, | |
15 | Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

UNREDACTED EXHIBITS 27-46
Case No. 3:18-CV-7394-JSC

36144\12862466.1