# EXHIBIT B

**From:** Dragomir Cioroslan </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDF1FE39417048229688C46F09045468-DRAGOMIR CI>
**To:** CM
**Sent:** 9/21/2018 8:47:23 AM
**Subject:** Re: Isl

Da RB a lucrat impotriva ITF .
Am vorbit cu Unger scum un minut.
Mi-a spus ca scrisoare pe care Barelli ti-a Presentat
Saptamina trecuta nu e un contract. E o simpla comunicare
Ca sportivi americani sunt interesati
Sa participe

 

**Dragomir Cioroslan | Dir., International Strategies & Development**
United States Olympic Committee
1 Olympic Plaza
Colorado Springs, Colorado 80909
+1 719-866-4234[o]


On Sep 21, 2018, at 8:53 AM, CM <mc@fina.org> wrote:

Bot da faca ca in tennis. . Ricci Biti a jonglat pentru tennis. Acum cu Barelli incearca acelasi lucru. CM

Sent from my iPhone

On 21 Sep 2018, at 17:31, Dragomir Cioroslan <Dragomir.Cioroslan@usoc.org> wrote:

Da. O sa ma interesez.



<USOC_emailSig_23b36e33-9780-4003-aec6-a81c84580438.jpg>

**Dragomir Cioroslan | Dir., International Strategies & Development**
United States Olympic Committee
1 Olympic Plaza
Colorado Springs, Colorado 80909
+1 719-866-4234[o]


> On Sep 21, 2018, at 6:34 AM, CM <mc@fina.org> wrote:
>
> INTERNATIONAL
>
> Sa vezi Waserman. CM

> Sent from my iPhone
>
> ----------
>
> This email has been scanned for spam and viruses. Visit the following link to report this email as spam:
> https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fattseg.cloud-protect.net%2Findex01.php%3Fmod_id%3D11%26mod_option%3Dlogitem%26mail_id%3D1537533254-VFCpIOqzEHRi%26r_address%3Ddragomir.cioroslan%2540usoc.org%26report%3D1&data=01%7C01%7CDragomir.Cioroslan%40usoc.org%7C07a48820d75b48eac61e08d61fbe8ada%7Cbdb91ea4d8ff42db92189080a9ced8b0%7C0sdata=wuhJwYkiAKDnmd327aKbomcmDBdbvVo3wif84BJenWY%3D&reserved=0

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

USOC-0000057