# EXHIBIT C

Message

**From**: FINA SPORTS DPT. [sportsdep@fina.org]
**Sent**: 12/3/2018 8:39:28 PM
**To**: 1_Cornel Marculescu [mc@fina.org]
**Subject**: FINA


-------- Forwarded Message --------

**Subject:** RV: FINA

**Date:** Mon, 3 Dec 2018 17:35:17 -0300

**From:** Comité Olímpico Uruguayo - Info <info@cou.org.uy>

**To:** 'FINA SPORTS DPT.' <sportsdep@fina.org>

**CC:** cm@fina.org


Marcela:


Así salió la correspondencia para Bach.


Susana


**De:** Comité Olímpico Uruguayo - Info [mailto:info@cou.org.uy]
**Enviado el:** lunes, 03 de diciembre de 2018 17:33
**Para:** 'Thomas Bach' <president9@olympic.org>
**CC:** 'Marina Baramia' <marina.baramia@olympic.org>
**Asunto:** FINA


Dear President, dear Thomas,


Firstly, I would like to warmly thank you for your support during the recent ANOC Assembly, held in Tokyo (JPN).


Through this correspondence, I also come back to the serious problem that our FINA is facing – the existence of a doubtful commercial group, aiming at dividing our Sport and create a professional league.

CONFIDENTIAL – ND CAL CASE NO.
3:18-cv-07393/94-JSC

FINA_ISL-SHIELDS-00005695

We understand that in USA, this group is supported by Mr Casey Wasserman, the Chair of the Olympic Games Los Angeles 2028 Organising Committee.

I would very much appreciate any help from your side on this matter.

With all my respect and gratitude, please receive my kindest regards,

Julio Maglione