# EXHIBIT E

| | |
|---|---|
| **Message** | |
| **From:** | Casey Wasserman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=05E89F7229894AF3BB7BF88A06B35FFC-CW@WMGLLC.COM] |
| **Sent:** | 12/1/2018 3:10:19 AM |
| **To:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac] |
| **CC:** | Mike Watts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=87fa6365f298459d992396396b8bdc32-mw@wmgllc.com] |
| **Subject:** | Re: Intl swim league |

Bad folks and they are using us, and it will start to cause problems

-cw

On Nov 30, 2018, at 5:38 PM, Chris Holmes <cholmes@teamwass.com> wrote:

> Understood. I assume this is because of their conflict with FINA. Is there any specific messaging I should relay?
>
> Technically we have fulfilled our scope and they should pay their outstanding balance but if we need to walk away completely, just let me know.
>
>
>
> Sent from my iPhone
>
> On Nov 30, 2018, at 5:22 PM, Casey Wasserman <cw@teamwass.com> wrote:
>
>> Yes, we need to end our work for them immediately.
>>
>> -cw
>>
>> On Nov 30, 2018, at 5:16 PM, Chris Holmes <cholmes@teamwass.com> wrote:
>>
>>> Yes, our scope runs through the end of the year. (With about $20k in fees still coming our way).
>>>
>>> Although, as you've probably heard, they cancelled their event for next month and their future is up in the air. We are in talks if/how we move forward.
>>>
>>> Obviously want to be sensitive to their battle with FINA. Anything I should consider from our side moving forward?
>>>
>>> Thanks
>>>
>>> Chris
>>>
>>> On Nov 30, 2018, at 4:53 PM, Casey Wasserman <cw@teamwass.com> wrote:
>>>
>>>> Are we still doing work for them??

Confidential
WASS_00634_0001

-cw

Confidential
WASS_00634_0002