# EXHIBIT M

Message

| | |
|---|---|
| **From:** | Jack Bratches [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41E19DB6C90D4FADAEEA73E8059EF3FB-JACK BRATCH] |
| **Sent:** | 12/3/2018 3:20:26 PM |
| **To:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]; Jake Hirsch [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f00b8f087123456295556603532c0fa19-Jake Hirsch]; Zack Sugarman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=688cc4567e9a4b4b958335b3da2e21fd-zsugarman@wmgllc.com]; Rick Hepburn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7615ac51a6fc408eb7e4c706061f6d97-Rick Hepburn]; Tag Garson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c4337916f31c4844802435d5e9619d66-tgarson@wmgllc.com] |
| **Subject:** | RE: Ending ISL Relationship |

Hi Chris,

The long-term sponsor strategy is ready to go out the door today. I will come up and talk through with you briefly today, but no major updates are necessary. I can plan on writing up a detailed email to accompany it.

I will also cancel our regroup on Tuesday.

jb

**From:** Chris Holmes
**Sent:** Sunday, December 2, 2018 10:11 PM
**To:** Jake Hirsch <jhirsch@teamwass.com>; Zack Sugarman <zsugarman@teamwass.com>; Rick Hepburn <rhepburn@teamwass.com>; Jack Bratches <jbratches@teamwass.com>; Tag Garson <tgarson@teamwass.com>
**Subject:** Ending ISL Relationship

Team,

I received an email from Casey over the weekend stating we need to end our relationship with the ISL immediately. As we had to clarify a number of times, it seems they have continued to use the Wasserman name openly as backers of their endeavor and their ongoing battle with FINA is something we no longer can be associated with.

They still owe us two months of fees, $35,000. With the Long Term sponsor strategy being really the last thing to deliver, I'd like to get that out ASAP. I know we have a meeting set for Tuesday to go over it, but if it's ready, then we should just write up the explanation and send with our notice. I don't think we should have a call with ISL to go over it, just a clean break. Let me know if you think otherwise.

Any thoughts or questions?

Chris



**CHRIS HOLMES** Vice President, Endurance
C: (714) 337-6419 | CHOLMES@TEAMWASS.COM
WASSERMAN LA | T: (310) 407-0200
Web | Twitter | Instagram

Confidential

WASS_00304_0002