# EXHIBIT O

| | |
|---|---|
| **From:** | Chris Holmes <cholmes@teamwass.com> |
| **To:** | Ali Khan |
| **CC:** | Artem Nitz; Dmitry Kachurovsky |
| **Sent:** | 7/26/2018 9:53:00 AM |
| **Subject:** | RE: ISL - Wasserman Follow Up |
| **Attachments:** | Wasserman-ISL Press Release 19Jul18_JH edits.docx |

**From:** Chris Holmes
**Sent:** Wednesday, July 25, 2018 9:46 PM
**To:** 'Ali Khan' <akhan@internationalswimmingleague.com>
**Cc:** Artem Nitz <artem.nitz@gmail.com>; Dmitry Kachurovsky <kachurovsky@gmail.com>
**Subject:** RE: ISL - Wasserman Follow Up

Hi Ali,

Thank you for your patience on the press release. Please see attached approved draft from our PR team. As you can see, they have added and edited quite a bit to get the document to a more standardized format. I think it flows pretty nicely.

Please let me know your thoughts and if you'd like to talk through any of the document. Once approved, can you share the distribution plan for the release? I'd like to give my PR team the heads up so they know where it will be sent out.

Lastly, I was asked if we could forego the photo op at the London office. The PR team was comfortable with the press release but felt we should hold of any additional publicity like that due to the sensitive nature of Wasserman's relationship to the Olympics. I hope you understand.

We can talk more on the call in the morning or separately if you wish.

Thanks,

Chris

**From:** Ali Khan [mailto:akhan@internationalswimmingleague.com]
**Sent:** Monday, July 23, 2018 2:18 AM
**To:** Chris Holmes <cholmes@teamwass.com>
**Cc:** Artem Nitz <artem.nitz@gmail.com>; Dmitry Kachurovsky <kachurovsky@gmail.com>
**Subject:** ISL - Wasserman Follow Up

Hi Chris

The proposed London Wasserman/ISL meeting didn't happen last week.
Is something planned for this week, as I will be offline for 2 weeks from 28th July. I will be on holiday and have connectivity but wont be able to attend any meetings.

Are we still planning to release the PR statement (draft agreed last week), and some sort of photo-op this week?

Regards

Ali Khan
CEO

International Swimming League Ltd
Alfred-Escher-Strasse 17
8002 Zürich, Switzerland

+44 7713 577855

www.internationalswimmingleague.com

ISL003302

DRAFT FOR APPROVAL – 7/25/2018

# INTERNATIONAL SWIMMING LEAGUE SELECTS WASSERMAN FOR GLOBAL STRATEGY SUPPORT

LOCATION (July XX, 2018) – The International Swimming League (ISL) today announced a partnership with global sports, marketing and entertainment agency Wasserman to advise ISL on its global marketing strategy, broadcasting rights and sponsorship support. The partnership was announced by ISL CEO Ali Khan and Wasserman Vice President, Endurance, Chris Holmes.

Wasserman will deliver a customized sponsorship strategy and negotiate broadcasting rights deals on behalf of ISL in preparation for the inaugural International Swimming League event in December 2018, as well as provide support in media and fan awareness of the league. The ISL aims to increase the popularity of swimming through a new team-based competition in which co-ed teams will compete together for cumulative points, rather than individually.

"We are venturing into something completely new in sports and are excited to be working with Wasserman to help achieve our goal of bringing swimming into the mainstream," said Khan. "Given Wasserman's expertise in bringing marketing strategy solutions to some of the world's top brands and properties made our decision to partner with them a simple one."

"We are proud to be partnering with the ISL as they bring an exciting new approach to one of the world's most popular sports," added Holmes. "We look forward to working together to grow the league through this inaugural event and into the coming years."

The inaugural event is set to take place in December 2018 with a total fund of $2.1 million dollars (US) in prize and appearance money.

###

**ABOUT INTERNATIONAL SWIM LEAGUE**
The International Swimming League (ISL) is a new organisation with a specific remit to build on the increasing popularity of swimming through the organisation and delivery of an innovative new format of team-based competition. Teams are mixed-gender with equal number of women and men in each team. Swimmers will compete for team rather than individual points. This new format reflects the changing demands of fans, athletes, broadcasters and sponsors alike – action packed, with fast paced spectacular entertainment at its heart.

**ABOUT WASSERMAN**
Wasserman is a culture-centric agency, serving the best talent, brands and properties in the world. Founded in 2002 with roots in sports and entertainment, Wasserman has evolved beyond those categories. They are an agency not just of advisors, but creators, developers, influencers and innovators who work across music, art, entertainment, social, tech, content and beyond.

Headquartered in Los Angeles, Wasserman also operates in Carlsbad, Dubai, London, Miami, New York, Portland, Raleigh, São Paulo, The Hague and Toronto.