# EXHIBIT T

| | |
|---|---|
| **From:** | Ryan Murray <rmurray@teamwass.com> |
| **Sent:** | Friday, July 10, 2020 5:10 PM |
| **To:** | Aaron.Chiu@lw.com; Krase, Hilary (22) x4488 |
| **Subject:** | RE: ISL Document Production |
| **Attachments:** | CONFIDENTIAL ISL WhatsApp - Holmes - Artem.pdf; Wasserman_Holmes_Declaration Signed.pdf |

Counsel:

Please see the attached declaration of Chris Holmes. The supporting exhibits are available at the following link: https://teamwass.box.com/s/i84a486wnc3mz7b6e7i0020u68hvmsui

In addition, in furtherance of my note below regarding supplemental production, I am also producing the WhatsApp conversation history that Chris Holmes had related to ISL.

For clarity, the attached is designated as CONFIDENTIAL pursuant to the protective order.

**RYAN PATRICK MURRAY, ESQ.**
Senior Vice President & Corporate Counsel
C: (949) 293-9148  |  RMURRAY@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0200
Web  |  Twitter  |  Instagram

---

**From:** Ryan Murray
**Sent:** Wednesday, June 24, 2020 7:32 PM
**To:** Aaron.Chiu@lw.com; Hilary Krase <HKrase@fbm.com>
**Subject:** Re: ISL Document Production

Following up on my note below, and for the sake of clarity and avoidance of doubt, my intent was for the prior production that occurred on June 8, 2020 to also be included within the "Confidential" designation under the protective order. Thanks and please let me know if there is any issue with this.

**RYAN PATRICK MURRAY, ESQ.**
SVP/Corporate Counsel
C: (949) 293-9148  |  RMURRAY@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0200
Web  |  Twitter  |  Instagram

On Jun 19, 2020, at 6:38 PM, Ryan Murray <rmurray@teamwass.com> wrote:

Pursuant to the subpoena served by ISL, Wasserman has performed a complete search of digitally available documents, and in addition to the prior production on June 8, 2020, the following link contains all responsive documents presently identified. For clarity, there may be hard copy documents within the Wasserman offices that are not presently accessible due to COVID 19 restrictions, though I am not specifically aware of any such documents. I will supplement this production with any subsequently identified documents. Furthermore, though I am not able to mark each item separately, I would also

1

appreciate that the items produced be designated "Confidential" pursuant to the protective order in the case.

Here is the link: https://teamwass.box.com/s/w9gfl5wcq0gxny2cqyhhot3tfxkcg8iz

Please advise if you have any issues accessing the provided documents.

**RYAN PATRICK MURRAY, ESQ.**
Senior Vice President & Corporate Counsel
C: (949) 293-9148  |  RMURRAY@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0200
Web  |  Twitter  |  Instagram

[8:58 AM, 6/22/2018] Artem ISL: Hi Chris! Can we please reschedule our call to Monday same time? Have some family matters to attend to..

Artem

[8:59 AM, 6/22/2018] Chris Holmes: Hi Artem. Just saw your email. No problem at all

[8:59 AM, 6/22/2018] Chris Holmes: I'll keep it for the same time

[8:59 AM, 6/22/2018] Artem ISL: Thank you!

[9:00 AM, 6/22/2018] Artem ISL: Great photo with your son )

[9:00 AM, 6/22/2018] Chris Holmes: Ha. Thanks!

[9:01 AM, 6/22/2018] Chris Holmes: Here's my new daughter

[9:01 AM, 6/22/2018] Artem ISL: Here is my band ))

[9:01 AM, 6/22/2018] Chris Holmes: Wow! There is a crew!

[9:01 AM, 6/22/2018] Chris Holmes: Little man looks tough. Haha

[9:01 AM, 6/22/2018] Artem ISL: Oh wow!! Is she home already?

[9:02 AM, 6/22/2018] Artem ISL: How old is your daughter? )

[9:03 AM, 6/22/2018] Artem ISL: Must be couple of weeks )

[9:03 AM, 6/22/2018] Chris Holmes: Yes! Been home for a week. She is almost one month old

[9:03 AM, 6/22/2018] Artem ISL: Congratulations) sleepless nights?

[9:04 AM, 6/22/2018] Chris Holmes: You know how it goes... I'm on the 11pm and 5am feeding

[9:04 AM, 6/22/2018] Chris Holmes: And hopefully I can sleep in between there

[9:04 AM, 6/22/2018] Artem ISL: 👍

[9:04 AM, 6/22/2018] Artem ISL: I can invite you to London to have some rest ;)

[9:05 AM, 6/22/2018] Chris Holmes: Seriously. A 10 hour flight sounds nice for sleep!

[9:09 AM, 6/22/2018] Artem ISL: )))

[9:30 AM, 6/25/2018] Artem ISL: International Swimming League Ltd

Alfred-Escher-Strausse 17

8002 Zurich

Switzerland

[9:14 PM, 6/25/2018] Chris Holmes: Hi Artem. Thanks for sending this information. Let me know if you are around now. I had a follow up conversation from our chat this morning.

[9:56 PM, 6/25/2018] Artem ISL: Can talk now.

[9:57 PM, 6/25/2018] Chris Holmes: Hey Artem. Got my little one sleeping on me right now. ☺

[9:59 PM, 6/25/2018] Artem ISL: Talk to you later then )

[10:04 PM, 6/25/2018] Chris Holmes: I wanted to let you know I was speaking with our lawyer today regarding the contract. I mentioned the FINA situation and he had some concern with our involvement with our CEO, Casey Wasserman, being the Chairman of the LA 2028 Olympic Games.  The lawyer thought it would be smart to let the Olympic committee know about our potential involvement with the ISL given FINA's non support right now. It may not be a big deal at all but the lawyer was suggesting we make sure everyone is on the same page.

[10:57 PM, 6/25/2018] Chris Holmes: I am going to speak with the committee tomorrow morning but I wanted to keep you informed of the situation. Hopefully it won't be a problem and we can continue to move forward. Thanks

[7:53 AM, 6/26/2018] Artem ISL: Thanks for the info, Chris! Can you please give me a call before you speak with the committee?

[8:02 AM, 6/26/2018] Chris Holmes: Hi Artem. Can you talk in 30 minutes?

[8:32 AM, 6/26/2018] Artem ISL: Sure

[9:08 AM, 6/26/2018] Artem ISL: Shall we talk?

[10:08 AM, 6/26/2018] Artem ISL: http://www2.len.eu/?page_id=2162&disciplina=1&id=1559

[10:25 AM, 6/27/2018] Chris Holmes: Hi Artem. I wanted to check in before it got too late your time. Did you have a chance to review the contracts? If things are looking good I'd want to get flights locked in soon for next week. Thanks!

[11:22 AM, 6/27/2018] Artem ISL: Hi Chris. Contracts look good. We will go with a shorter scope for now. Perhaps we'll extend and sign an addendum.

[11:23 AM, 6/27/2018] Chris Holmes: Got it. So no digital marketing?

[11:39 AM, 6/27/2018] Artem ISL: My personal preference is to have it. Need to align with the team. It shouldn't be a problem to include it later, right?

[11:41 AM, 6/27/2018] Chris Holmes: Not at all. It would be more about having Jake join us in London next week since he is the marketing guy. He will be integral in the amplification strategy but even more so if we do the execution piece

[11:41 AM, 6/27/2018] Chris Holmes: I would leave it to you if you would want him to join in person. He can be available via video if needed

[11:42 AM, 6/27/2018] Artem ISL: Will confirm tomorrow.

[11:43 AM, 6/27/2018] Chris Holmes: So you know, flights are looking to be in the $4k range each at this point

[8:41 AM, 6/28/2018] Artem ISL: Hey man! Let's have your marketing guy in London as well. So it will be 3 of you?

[8:41 AM, 6/28/2018] Chris Holmes: Hey! Yes, me, Tag and Jake my marketing guy

[8:42 AM, 6/28/2018] Chris Holmes: Are you ok with the cost of the flights?

[8:49 AM, 6/28/2018] Artem ISL: Was it 4k each?

[8:51 AM, 6/28/2018] Chris Holmes: If we go biz class, it would actually much more

[8:52 AM, 6/28/2018] Artem ISL: I thought 4k each was for business class, no?

[8:52 AM, 6/28/2018] Chris Holmes: Let me do a quick check... it's tough just being this late

[9:04 AM, 6/28/2018] Chris Holmes: It looks like if we go premium economy we can get it close to $4k

[9:05 AM, 6/28/2018] Chris Holmes: Biz class is like double that right now

[9:08 AM, 6/28/2018] Chris Holmes: I think all in for 3 people with flights, hotels, meals, travel. It would be $20k

[9:08 AM, 6/28/2018] Chris Holmes: Can we set that as a budget?

[9:09 AM, 6/28/2018] Artem ISL: Agreed.

[9:12 AM, 6/28/2018] Chris Holmes: Great! Can you send back the signed scope? My finance team won't let me book flights until I have that

[9:13 AM, 6/28/2018] Artem ISL: Our lawyers have some comments - how can we review them?

[9:13 AM, 6/28/2018] Chris Holmes: I can send an editable version

[9:14 AM, 6/28/2018] Chris Holmes: Do you want the version with the digital marketing in the scope or separate?

[9:15 AM, 6/28/2018] Artem ISL: Without DME

[9:15 AM, 6/28/2018] Chris Holmes: Ok

[9:16 AM, 6/28/2018] Artem ISL: Here are our lawyer's comments:

[9:16 AM, 6/28/2018] Artem ISL: Project Services fee (clause 5) shall be gross of VAT.


Success fee (clause 6) shall be based on the total net revenue (meaning that VAT and other deductions payable then by ISL should reduce the basis for calculation accordingly).

I do not like "Limitation of Liability" and "Certain Damages" in STC as they in theory leave us open for the risk not to recover full damages from Wasserman if, for example, they make unauthorized disclosure of confidential information.

Clause 4 in STC:

- 12% default interest is too much I guess.

- I would suggest governing Swiss law and disputes resolution in Swiss courts but very unlikely Wasserman is going to accept.

- The obligation of the Client to maintain insurance needs to be removed.

[9:17 AM, 6/28/2018] Chris Holmes: I just sent the Word version. Can you shoot those comments back in the email so I can send to our lawyer?

[9:18 AM, 6/28/2018] Artem ISL: I'm on the go, travelling... can we use the text above?

[9:18 AM, 6/28/2018] Chris Holmes: Got it. No problem

[9:21 AM, 6/28/2018] Artem ISL: Can we sign scope now and take time to discuss legal terms later?

[9:23 AM, 6/28/2018] Chris Holmes: Should be fine. My question is what is VAT your lawyer mentions?

[9:27 AM, 6/28/2018] Artem ISL: Value added tax

[9:27 AM, 6/28/2018] Artem ISL: Sales tax

[10:29 PM, 6/28/2018] Chris Holmes: Hi Artem! I sent you a note back on the contract language and schedule for Monday. Let me know when you have a chance to review. Thanks!

[12:37 AM, 6/29/2018] Artem ISL: Hi Chris! Got it. Could you please adjust just one thing - change the the number of months from 7 to 6, from July to December (changing June). Fees are all correct 105 total and 17.5 per month.

[12:38 AM, 6/29/2018] Artem ISL: On agenda / schedule for London meetings - I will come back later today.

[12:38 AM, 6/29/2018] Artem ISL: When are you departing from London?

[5:26 AM, 6/29/2018] Chris Holmes: Hi Artem!

[5:58 AM, 6/29/2018] Artem ISL: Sent you a signed copy as it is.

[5:58 AM, 6/29/2018] Artem ISL: CEO was leaving for business trip

[5:58 AM, 6/29/2018] Artem ISL: The above adjustments are not critical

[5:58 AM, 6/29/2018] Chris Holmes: Got it

[5:59 AM, 6/29/2018] Chris Holmes: My lawyer's only real concern was your question on insurance

[5:59 AM, 6/29/2018] Chris Holmes: I assume the company has proper insurance?

[5:59 AM, 6/29/2018] Artem ISL: I'm not sure what our lawyer meant. Couldn't talk to him

[6:00 AM, 6/29/2018] Artem ISL: Sure

[6:00 AM, 6/29/2018] Chris Holmes: Ok

[6:00 AM, 6/29/2018] Artem ISL: Will double check with CEO on Monday in London.

[6:01 AM, 6/29/2018] Artem ISL: It is governed by Swiss law

[6:01 AM, 6/29/2018] Chris Holmes: So for timing next week. You asked about me departing... I was planning to leave Tuesday around midday

[6:01 AM, 6/29/2018] Artem ISL: Will confirm schedule/agenda in an hour

[6:01 AM, 6/29/2018] Chris Holmes: I need to get home for the holiday

[6:02 AM, 6/29/2018] Artem ISL: So you all leave Tuesday lunch?

[6:02 AM, 6/29/2018] Artem ISL: We thought to have dinner with you Tuesday evening...

[6:04 AM, 6/29/2018] Chris Holmes: Hmmm, you don't think Monday after the meeting? Did you have anything set for Tuesday?

[6:04 AM, 6/29/2018] Artem ISL: Konstantin is busy for Monday dinner..

[6:04 AM, 6/29/2018] Chris Holmes: Got it

[6:05 AM, 6/29/2018] Artem ISL: We thought to have 3-4 hours meeting Monday afternoon and full day Tuesday

[6:06 AM, 6/29/2018] Artem ISL: Given your flights - we have Monday 4-8pm and Tuesday 9am-12pm?

[6:06 AM, 6/29/2018] Chris Holmes: Well I haven't booked anything yet

[6:07 AM, 6/29/2018] Artem ISL: On Tuesday we could have late lunch or early dinner, if you must leave Tuesday.

[6:08 AM, 6/29/2018] Chris Holmes: Let me check flights right now to see what we can work with

[6:18 AM, 6/29/2018] Chris Holmes: It looks like the latest flight I can take out is 4pm on Tuesday

[6:19 AM, 6/29/2018] Chris Holmes: Could we do a lunch on Monday ahead of the meetings?

[6:29 AM, 6/29/2018] Artem ISL: Tag's flights same as yours?

[6:32 AM, 6/29/2018] Chris Holmes: No. He is flying for New York

[6:33 AM, 6/29/2018] Artem ISL: What is his in and out time?

[6:33 AM, 6/29/2018] Chris Holmes: He hasn't booked either But was still planning to arrive early Monday and leave Tuesday afternoon.

[6:42 AM, 6/29/2018] Chris Holmes: So we are setting expectations... what were you hoping to accomplish with the Tuesday

[6:43 AM, 6/29/2018] Chris Holmes: ... meeting. We had originally thought Monday would be the official kickoff meeting to get the data download on everything so the team can get to work

[8:45 AM, 6/29/2018] Chris Holmes: Hey Artem. Just checking in. I'm getting worried on flight costs. They have gone up significantly in the last 24 hours. I also don't want to push this meeting for Monday if you think it will be too difficult given the timing. We could always do a video call and plan to meet in person at a later date

[8:46 AM, 6/29/2018] Artem ISL: I thought you booked after our scope signing..

[8:47 AM, 6/29/2018] Artem ISL: Sent you email with schedule

[8:54 AM, 6/29/2018] Chris Holmes: Got it. I'll get back to you within the hour with flight costs to get your sign off before booking

[9:17 AM, 6/29/2018] Artem ISL: We've signed off on 20k

[10:48 AM, 6/29/2018] Chris Holmes: Here are Jake and mine flights...

[10:49 AM, 6/29/2018] Chris Holmes: Working on Tag's

[11:53 AM, 7/1/2018] Artem ISL: Hey man. Have you received my email with schedule for Mon-Tue? All good? Konstantin confirmed dinner tomorrow. We will arrange a place.

[11:54 AM, 7/1/2018] Chris Holmes: Yes! All good! About to take off from LA. Looking forward to meeting the team in person.

[11:55 AM, 7/1/2018] Artem ISL: Good. See you in Aquatic Center tomorrow 1pm.

[11:56 AM, 7/1/2018] Chris Holmes: In regards to the meeting agenda: it looks solid. I want to start with the sponsor strategy for the LA folks since they will be videoing in, then get into broadcast with Tag. He may need to leave early on Tuesday so let's save the marketing piece for last on Tuesday morning when Jake and I will still be there

[11:56 AM, 7/1/2018] Chris Holmes: Also, I just sent you a note on the Fox 2017 contract

[1:57 AM, 7/2/2018] Chris Holmes: Hello sir! Leaving Heathrow now. We are going to stop by our office the head to the Aquatic Center. See you soon.

[3:44 AM, 7/2/2018] Artem ISL: Hi man! I just landed. Will head to Aquatic Center.

[4:06 AM, 7/2/2018] Chris Holmes: Great!

[4:14 AM, 7/2/2018] Artem ISL: Standing in a 2 mile line for passport control.. looks like I will be late..

[4:14 AM, 7/2/2018] Artem ISL: Maybe a lot late..

[4:17 AM, 7/2/2018] Artem ISL: Emailed you the name of a person who will meet you at reception and make a tour

[4:18 AM, 7/2/2018] Artem ISL: Lines are moving slow here, maybe I can get out in 30-40 min

[4:21 AM, 7/2/2018] Chris Holmes: No problem! Is anyone else from your team meeting us there? We can wait for you

[4:22 AM, 7/2/2018] Artem ISL: Yes, Arkadiy (a guy with huge beard) and Natalia (Konstantin's wife). They are in charge of a show during December opening/closing ceremonies.

[4:23 AM, 7/2/2018] Chris Holmes: Ok. So we should meet them and start the tour?

[4:23 AM, 7/2/2018] Artem ISL: Yes

[4:23 AM, 7/2/2018] Artem ISL: +1 (848) 248-8277

Arkadiy

[4:33 AM, 7/2/2018] Chris Holmes: Got it. We are heading there now

[4:36 AM, 7/2/2018] Artem ISL: It's about 35-40 min from your office

[4:38 AM, 7/2/2018] Chris Holmes: Yes. Realizing that now. We will probably be a little late too. Should I text Arkadly?

[4:39 AM, 7/2/2018] Artem ISL: Please do. They may also be a little late

[4:39 AM, 7/2/2018] Artem ISL: Arkadiy has your number as well and know of you.

[5:14 AM, 7/2/2018] Artem ISL: Man, just got out of airport.. Russ says that the tour will last 20 min - I'm heading to hotel to leave my luggage and then to your office for 3:30pm

[5:15 AM, 7/2/2018] Chris Holmes: Sounds good. We're almost to the center. I connected with Arkaldy. They are a little behind us

[6:52 AM, 7/2/2018] Artem ISL: About to get to my hotel. When are you coming to the office?

[6:57 AM, 7/2/2018] Chris Holmes: We are heading there now. Should be there in 15 minutes

[6:58 AM, 7/2/2018] Artem ISL: Got it. See you at 3:30

[12:18 PM, 7/2/2018] Artem ISL: Booking under name Nicolás Crawford for 10 people.

[12:00 PM, 7/11/2018] Artem ISL: Hi Chris!

[12:00 PM, 7/11/2018] Artem ISL: Can you remind me what time is our call tomorrow?

[12:00 PM, 7/11/2018] Chris Holmes: Hello!

[12:00 PM, 7/11/2018] Chris Holmes: Is this for the larger group of the 3D company?

[12:01 PM, 7/11/2018] Artem ISL: No. Our status update call with KG, on scope progress

[12:01 PM, 7/11/2018] Chris Holmes: I was waiting to hear back from you on a time

[12:02 PM, 7/11/2018] Chris Holmes: Actually, sorry

[12:02 PM, 7/11/2018] Chris Holmes: We confirmed the time for 6:30pm BST

[12:02 PM, 7/11/2018] Chris Holmes: I asked should I send to the whole group

[12:02 PM, 7/11/2018] Chris Holmes: Which I assume is yes?

[12:10 PM, 7/11/2018] Chris Holmes: Just sent a the meeting marker

[12:11 PM, 7/11/2018] Artem ISL: 6:30pm BST is good. Please send out the invite.

[12:11 PM, 7/11/2018] Chris Holmes: Done!

[9:15 AM, 7/12/2018] Chris Holmes: Hey there! We're on with the 3D guy. Were you or Arkaldy going to be on?

[9:16 AM, 7/12/2018] Artem ISL: Arkadiy is trying to connect

[9:16 AM, 7/12/2018] Artem ISL: I cannot make it

[9:53 AM, 7/16/2018] Artem ISL: Hi Chris! Do you have 3 min to talk?

[9:58 AM, 7/16/2018] Chris Holmes: Hi Artem! I should be able to talk in 10 mins. Can I call you then?

[10:01 AM, 7/16/2018] Artem ISL: Yes. Thanks.

[10:03 AM, 7/16/2018] Artem ISL: Better 15

[10:08 AM, 7/16/2018] Chris Holmes: Sounds good

[10:16 AM, 7/16/2018] Artem ISL: Can talk

[9:19 AM, 8/3/2018] Chris Holmes: Hi Artem! How did it go with FINA today?

[4:30 PM, 8/5/2018] Artem ISL: Hi Chris! Don't know yet. I'm on holidays. Will let know

[12:31 PM, 8/8/2018] Artem ISL: Hi Chris! How are you? Can you talk?

[1:08 PM, 8/8/2018] Chris Holmes: Hi Artem. Can you talk in 5 minutes?

[1:08 PM, 8/8/2018] Artem ISL: Yes

[1:10 PM, 8/8/2018] Chris Holmes: I will call you.

[3:00 PM, 8/9/2018] Artem ISL: Hi Chris!


We are finalising negotiations with host cities and have 4 interested and ready venues:


1. Luxembourg - L'Coque;


2. Torino - Palazzo del Nuoto;

3. Geneva - Piscine des Vernets;

4. Istanbul - İTÜ Olimpik Yüzme Havuzu.

Out of the above do you have any particular preference or an order of priority broadcasting and sponsorship wise?

[11:42 PM, 8/9/2018] Chris Holmes: Hi Artem. I've shared this with the team and will get back to you with feedback. Thanks for sharing.

[1:48 AM, 8/10/2018] Artem ISL: FYI, maybe it helps commercial thinking. Torino is the home of Italian soccer champion Juventus. Christiano Ronaldo, top commercial soccer player in the world, has joined Juventus from this season.

[1:48 AM, 8/10/2018] Artem ISL: On Dec 22 Juve is playing Roma, another top Italian club

[6:29 AM, 8/10/2018] Chris Holmes: Good note. I'll pass along. Perhaps we should plan to see Ronaldo in action for site education of course. 😊

[6:36 AM, 8/10/2018] Artem ISL: Sure )

[6:36 AM, 8/10/2018] Artem ISL: maybe get acquainted and get him as our ambassador as well )

[6:37 AM, 8/10/2018] Artem ISL: i remember Zack plays soccer, right?

[7:07 AM, 8/10/2018] Chris Holmes: I know he did. Not sure if he still does. He is an old man with kids like us. Haha

[8:18 AM, 8/17/2018] Artem ISL: Hey man! Can you please recommend a cool area in LA to stay (hotel)?

[8:20 AM, 8/17/2018] Artem ISL: Also maybe logistics wise

[9:43 PM, 8/20/2018] Chris Holmes: Hi Artem! I'm sorry I just now saw this. Let me think on the hotel question.

[10:00 PM, 8/20/2018] Chris Holmes: Also, should we have our call this week? Happy to keep it since we skipped a couple weeks ago but wanted to make sure there will be some worthwhile updates

[12:03 PM, 8/21/2018] Artem ISL: Hi man! No updates on our side. And Thursday I'm out of office. Maybe tomorrow we can discuss preparation for Anaheim?

[2:41 PM, 8/21/2018] Chris Holmes: Ok. How about we reschedule the call for next Tuesday? You and I can still talk tomorrow but if the group chats earlier in the week we can plan out the conference schedule and tighten up material. Sound good?

[10:20 PM, 8/21/2018] Artem ISL: Sounds good!

[11:02 AM, 8/22/2018] Chris Holmes: Hi Artem! Can you talk now? I know it's late. We can catch up tomorrow

[3:17 AM, 8/27/2018] Artem ISL: Hi Chris! I can talk today. Pls call at your convenience.

[10:25 AM, 8/27/2018] Chris Holmes: Hi Artem! Sorry we keep missing each other. Let me know when would be good to chat

[9:24 AM, 8/28/2018] Chris Holmes: Hi again Artem! I'm free for the next few hours if you want to talk. Thanks!

[9:28 AM, 8/28/2018] Artem ISL: Hi man! Will call within an hour.

[1:16 PM, 9/2/2018] Artem ISL: Hey man, can you talk?

[1:36 PM, 9/2/2018] Artem ISL: Sent you an email

[1:36 PM, 9/2/2018] Artem ISL: I will be offline for some time

[1:36 PM, 9/2/2018] Artem ISL: I have asked Dmitriy to discuss with you

[1:37 PM, 9/2/2018] Artem ISL: +1 (717) 419-7648

Dmitriy Kachurovskiy

[1:37 PM, 9/2/2018] Artem ISL: He is in LA now

[1:42 PM, 9/2/2018] Chris Holmes: Hey buddy. Got your  email. At a family event right now. It's all good. We'll run with it. I think it was just having "Partner" by itself implies some kind of financial involvement. When used in the context of a press release it can be further explained. You know what I mean?

[12:49 AM, 9/3/2018] Artem ISL: I sure do ) see you tomorrow!

[10:11 AM, 9/5/2018] Artem ISL: Hi man! Please come at 1pm.

[10:11 AM, 9/5/2018] Artem ISL: Will you be able to send your slides?

[10:12 AM, 9/5/2018] Chris Holmes: Great. Meet at the Marriott, right?

[10:12 AM, 9/5/2018] Artem ISL: Hilton

[10:12 AM, 9/5/2018] Chris Holmes: Got it

[10:15 AM, 9/5/2018] Chris Holmes: Going to send you 3 slides

[10:16 AM, 9/5/2018] Chris Holmes: Are you ok with reference to Italy in slides?

[10:17 AM, 9/5/2018] Artem ISL: no )

[10:17 AM, 9/5/2018] Artem ISL: please remove

[10:17 AM, 9/5/2018] Chris Holmes: Ok. I will remove

[10:46 AM, 9/5/2018] Chris Holmes: Slides sent

[10:52 AM, 9/5/2018] Artem ISL: Thanks. Can you pls send in ppt?

[10:52 AM, 9/5/2018] Artem ISL: So we integrate into overall

[10:53 AM, 9/5/2018] Chris Holmes: I don't the the formatting will copy over cleanly

[11:02 AM, 9/5/2018] Artem ISL: Will check. If not, will keep separate

[2:35 PM, 9/5/2018] Chris Holmes: Mike@nitroswim.com

[8:00 PM, 9/5/2018] Chris Holmes: Great job to the entire team today. I really enjoyed being part of it. I have Jack your WhatsApp info. FYI

[8:03 PM, 9/5/2018] Artem ISL: Great job indeed )

[8:03 PM, 9/5/2018] Chris Holmes: ✊

[9:43 AM, 9/6/2018] Artem ISL: Hey man! Sent you an email yesterday about an LA lawyer, Rebekah. Could you pls find out if she can meet tomorrow / Friday before noon?

[9:44 AM, 9/6/2018] Chris Holmes: Hello! Yes, I saw it. Waiting for a connection email from my lawyer. Should have something soon.

[9:44 AM, 9/6/2018] Artem ISL: Thank you!

[9:44 AM, 9/6/2018] Chris Holmes: Did you guys go party st Disneyland?

[9:44 AM, 9/6/2018] Artem ISL: No )))£

[9:44 AM, 9/6/2018] Chris Holmes: Haha

[9:44 AM, 9/6/2018] Artem ISL: They don't have night passes )

[9:44 AM, 9/6/2018] Chris Holmes: True

[9:45 AM, 9/6/2018] Artem ISL: Are you on the road already?

[9:45 AM, 9/6/2018] Chris Holmes: Leaving in an hour

[9:55 AM, 9/6/2018] Artem ISL: Good luck )

[10:13 AM, 9/6/2018] Chris Holmes: The firm can meet between 8:30 and 11am tomorrow. Did you want me to connect you via email?

[9:29 PM, 9/11/2018] Artem ISL: Hey man! Just sent you an email. We don't need to have entire group on the call. Just wanted to talk two of us. Please cancel this one and let's just talk on WhatsApp same time.

[9:30 PM, 9/11/2018] Chris Holmes: Got it! Sorry, thought you wanted the whole group

[8:30 AM, 9/12/2018] Chris Holmes: Hi Artem. Leaving my house now. Will call you in a few minutes when I'm in the car. Thanks!

[8:32 AM, 9/12/2018] Artem ISL: 👆

[9:19 AM, 9/20/2018] Artem ISL: Hi man! Do we have a call today?

[9:20 AM, 9/20/2018] Chris Holmes: Yes. We are on right now with Ali

[9:20 AM, 9/20/2018] Chris Holmes: About done actually

[7:05 AM, 10/12/2018] Chris Holmes: Hey Artem! How's it going? I wanted to check in. Any news?

[1:21 AM, 10/13/2018] Artem ISL: Hi man! Was trying to reach you on WhatsApp the other day. We can talk later today am your time.

[9:45 AM, 10/13/2018] Chris Holmes: Hey Artem! I've got a lot of family stuff today. Could maybe talk on Sunday or Monday. Let me know which would be better

[10:11 AM, 10/15/2018] Artem ISL: Hi man. Today is good.

[10:11 AM, 10/15/2018] Artem ISL: Can talk now

[10:55 AM, 10/15/2018] Chris Holmes: We're on for 8am PT tomorrow. Thanks?

[10:55 AM, 10/15/2018] Chris Holmes: Thanks!

[10:55 AM, 10/15/2018] Artem ISL: Great. See you tomorrow

[8:00 AM, 10/16/2018] Artem ISL: Chris, we are 10-15 min late

[8:35 AM, 10/24/2018] Artem ISL: Hi Chris! Let's have a call tomorrow around 8am your time with all the team to align on next steps.

[8:55 AM, 10/24/2018] Chris Holmes: Hi Artem. I'm on the road tomorrow. Can we do Friday?

[9:17 AM, 10/24/2018] Artem ISL: Friday Im out of office. Let's keep Thursday.

[9:18 AM, 10/24/2018] Chris Holmes: Ok. Please respond to my email to the group and I'll send info later today. Thanks

[8:15 AM, 10/25/2018] Artem ISL: Hey man, I've asked in email to postpone the call by 30 min. Also suggested to have only Jack on the call, to discuss that sponsorship deck.

[7:35 AM, 11/27/2018] Chris Holmes: Hi Artem! I got your email. I should be in the office in about 90 minutes. Does that work for a call?

[9:06 AM, 11/27/2018] Artem ISL: Hi man! Will be able to talk in 2.5-3 hours. Convenient?

[9:07 AM, 11/27/2018] Chris Holmes: No problem. Just call when you're free. If I don't pick up I'll call you right back.

[1:05 PM, 11/27/2018] Artem ISL: Good time now?

[8:24 PM, 12/4/2018] Artem ISL: Hi man! About to board a plane now. Do you have 2 min?

[8:29 PM, 12/4/2018] Chris Holmes: Hey man. I'm at home with the kids. (Crying) can you talk in the morning my time?

[8:30 PM, 12/4/2018] Artem ISL: Sure. Can call you around lunch your time - ok?

[8:34 PM, 12/4/2018] Chris Holmes: Sounds good. Thanks

[12:53 PM, 12/5/2018] Artem ISL: Good time now?

[1:46 PM, 12/5/2018] Chris Holmes: Hey man. Sorry, been in back to back meetings. I'll be free in 30. That work?

[1:48 PM, 12/5/2018] Artem ISL: Let's try, if I don't fall asleep.

[1:48 PM, 12/5/2018] Artem ISL: If we don't talk today, can we talk tomorrow 8:30am your time?

[1:49 PM, 12/5/2018] Chris Holmes: Want to just shoot for that?

[2:06 PM, 12/5/2018] Artem ISL: Yes, talk tomorrow 8:30?

[2:17 PM, 12/5/2018] Chris Holmes: Perfect. Sorry for all the back and forth

[8:39 AM, 12/6/2018] Artem ISL: Call you in 15 min?

[8:39 AM, 12/6/2018] Chris Holmes: Sounds good

[12:31 PM, 12/6/2018] Chris Holmes: Hey Artem. You still up?

[11:43 PM, 12/9/2018] Chris Holmes: Artem, we need to close this matter immediately. Have you spoken to Ari?

[8:15 AM, 12/10/2018] Artem ISL: Hey man, back in the office tomorrow. Will try to resolve tomorrow / Tuesday.

[8:16 AM, 12/10/2018] Artem ISL: How "immediately"? What's the rush?

[8:19 AM, 12/10/2018] Artem ISL: Call me if anything urgent

[8:44 AM, 12/10/2018] Chris Holmes: Ok. In the meantime, I need all references about Wasserman removed from the ISL website immediately

[8:56 AM, 12/10/2018] Artem ISL: Done.

[8:56 AM, 12/10/2018] Artem ISL: More pressure from above?

[9:00 AM, 12/10/2018] Chris Holmes: Not really but now that lawsuits are dropping we just can't have our name out there

[9:01 AM, 12/10/2018] Artem ISL: Sure

[9:01 AM, 12/10/2018] Chris Holmes: Thank you

[8:16 AM, 12/12/2018] Chris Holmes: Hey Artem. Any updates to share?

[12:54 PM, 12/12/2018] Artem ISL: Hey man. Talked to Ali, waiting to see Konstantin. Let's talk tomorrow morning your time.

[12:54 PM, 12/12/2018] Chris Holmes: Ok. Sounds good. Thanks

[9:20 AM, 12/13/2018] Chris Holmes: Hey Artem. Are you free to chat?

[10:31 AM, 12/13/2018] Artem ISL: Hey Chris. Can I call in about 2 hours?

[10:31 AM, 12/13/2018] Chris Holmes: Yes, sounds good

[1:34 PM, 12/13/2018] Chris Holmes: Hey Artem. Did you still want to chat?

[1:45 PM, 12/13/2018] Artem ISL: Now good?

[1:46 PM, 12/13/2018] Chris Holmes: Yes

[9:36 AM, 1/8/2019] Chris Holmes: Hey Artem! How are you feeling?

[12:51 PM, 1/9/2019] Artem ISL: Hey man. Not 100%. Left for holidays with kids now to Dominicana. Closer to your time zone)

[12:52 PM, 1/9/2019] Artem ISL: Chasing my boss for sign off. He is also on holidays and not much accessible.

[12:52 PM, 1/9/2019] Chris Holmes: Got it. Hope the warm weather is helping you feel better!

[12:53 PM, 1/9/2019] Artem ISL: How's your family?

[12:54 PM, 1/9/2019] Chris Holmes: Good! Holidays were nice with the little ones. My son is the perfect age because he understands Christmas but not obsessed with presents

[1:48 PM, 1/9/2019] Artem ISL: 👍

[12:20 PM, 1/16/2019] Chris Holmes: Hey Artem! I saw the news on the FINA announcement

[9:28 AM, 1/18/2019] Artem ISL: Hi Chris! Yes, things are changing )

[9:39 AM, 1/18/2019] Chris Holmes: Great! Any updates on us settling up?

[7:26 AM, 1/23/2019] Chris Holmes: Hi Artem. I need to get my 2018 books closed. Can we get this wrapped up this week?

[11:44 PM, 1/24/2019] Artem ISL: Hi Chris! Seeing Konstantin Tuesday-Wednesday. Think will conclude next week.

[8:50 AM, 1/25/2019] Chris Holmes: Thanks! Keep me posted

[11:15 AM, 1/31/2019] Chris Holmes: Hey Artem! Any news?

[9:06 AM, 2/6/2019] Artem ISL: Hi Chris! I think we can close next week.

[9:07 AM, 2/6/2019] Artem ISL: How is your little one? )

[10:22 AM, 2/6/2019] Chris Holmes: Sounds good. Thanks for the update

[10:22 AM, 2/6/2019] Chris Holmes: Little one is doing good, although she was up at 4am today 😞

[11:36 AM, 2/6/2019] Artem ISL: Business as usual ) I'm having 5 hours of sleep on average since beginning of the year ))

[11:37 AM, 2/6/2019] Artem ISL: But they are the best of life )

[1:55 PM, 2/6/2019] Chris Holmes: Absolutely. So great!

[3:44 PM, 2/6/2019] Artem ISL: Wow ) crawling already ) what's her name?

[4:05 PM, 2/6/2019] Chris Holmes: Charlotte

[10:21 AM, 2/20/2019] Chris Holmes: Hey Artem! Any news?

[10:22 AM, 2/20/2019] Artem ISL: Hi man! Yes, closing this Friday or Monday.

[10:22 AM, 2/20/2019] Artem ISL: Can you pls send once again required documents to me and Ali?

[10:29 AM, 2/20/2019] Chris Holmes: Absolutely. Will send over right now

[11:07 AM, 5/23/2019] Chris Holmes: Hey man! Been seeing a lot of big announcements this week. How's it all going?

[5:10 AM, 5/24/2019] Artem ISL: Hey man! Indeed a lot is going on. And as usual with very limited time.

[5:10 AM, 5/24/2019] Artem ISL: How are things at your end? Business? Family?

[8:20 AM, 5/24/2019] Chris Holmes: Been good. Just got through our big race last weekend. Might be leaving the company soon. Are you hiring? ☺

[6:01 AM, 5/25/2019] Artem ISL: What's the race? Why leaving? Yes, hiring)

[7:48 AM, 5/25/2019] Chris Holmes: Remember the big race up in San Francisco? Bay to Breakers? (Www.baytobreakers.com). We sold it to another event company so I'm on the job hunt.

[10:09 AM, 11/6/2019] Chris Holmes: Artem! What's new bud?? I've been following ISL, looks like things are off to a great start! Would love to catch up soon!

[12:40 PM, 11/6/2019] Artem ISL: Hi Chris! Good to hear from you. Glad you like it ) I should have a slot Friday late afternoon my time.

[1:35 PM, 12/6/2019] Chris Holmes: Hey Artem! Are you coming to the Vegas finale?

[2:37 AM, 12/8/2019] Artem ISL: Hey man, sure. You?)

[9:52 AM, 3/25/2020] Chris Holmes: Artem! How are you? How is all this craziness impacting ISL?

[11:01 AM, 3/28/2020] Artem ISL: Hi Chris, hope you are safe. This is impacting everyone. We are rethinking our calendar and format for this season.

[11:01 AM, 3/28/2020] Artem ISL: How are you?

[7:53 PM, 3/28/2020] Chris Holmes: Seems like everyone is adjusting. I'm hanging in there. My new job got hit hard by this. Had to cancel all our events for the year. Rethinking our entire strategy

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS SHIELDS ET. AL, | CASE NO. 18-cv-7393-JSC |
| Plaintiffs, | |
| v. | |
| FÉDÉRATION INTERNATIONAL DE NATATION, | |
| Defendant. | |
| INTERNATIONAL SWIMMING LEAGUE, LTD., | CASE NO. 18-cv-7394-JSC |
| Plaintiff, | |
| v. | |
| FÉDÉRATION INTERNATIONAL DE NATATION, | |
| Defendant. | |

**DECLARATION OF CHRISTOPHER HOLMES**

**CONFIDENTIAL**

DocuSign Envelope ID: 89DCB1C7-567C-4A4D-BE12-977E8B69B8B8

CONFIDENTIAL

I, CHRISTOPHER HOLMES, declare under penalty of perjury as follows:

**Background**

1.     I am currently the Director of Events at Planet Home in Los Angeles, California. Prior to my current position, I was employed at the Wasserman Media Group ("Wasserman") for over 5 years.  From December 2015 to June 2019, I served as Vice President of Wasserman Events.   And prior to that position, from October 2013 through November 2015, I served as the Director of Marketing & Operations in the Endurance department at Wasserman.

2.     During my tenure at Wasserman, I led the small team responsible for the engagement with ISL, managing all aspects of the relationship and overseeing internal delivery of services and external communications with ISL.  This included working with ISL representatives to create an initial Scope of Work and tapping the appropriate internal departments at Wasserman that could fulfill the services we discussed. While Casey Wasserman is the Chairman and CEO of Wasserman, he did not have any direct involvement in any aspect of the relationship with ISL. I was mindful to the possible sensitivities around the potential conflict between FINA and ISL and therefore I kept contact with stakeholders to ensure that I was properly managing any issues before they arose as part of my general oversight of this aspect of the business.

**The Beginning of the ISL-Wasserman Relationship**

3.     We were first introduced to ISL through representatives at the French Advertising Agency, Com'Over in April 2018.  An individual named David Rouger, who worked with Com'Over and was doing work for ISL, initially contacted my colleagues at Wasserman attempting to pitch the concept to us.  Attached as **Exhibit 1 (WASS_00369)** is a true and correct copy on email thread which I received reflecting that initial outreach.  ISL was described

as a brand new swimming league that would be the first to offer international level swimming competitions at the club level. Unlike international competitions such as the FINA World Championships or the Olympics, in which swimmers represent their home countries in competition, ISL was seeking to build a "world" club swimming league comprised of top swimmers from around the world. According to Mr. Rouger, ISL had by then already made "a great step forward" with USA Swimming, the National Governing Body for swimming in the U.S., to host an event in December 2018 in either Los Angeles or Las Vegas. *See id.*

4.  From the outset, it was evident that ISL was looking for something quite different than the services Wasserman normally provides its clients. Wasserman is a sports consulting agency that represents athletes as well as sports properties; it engages primarily in consulting and marketing work to elevate and promote the brand reach of its clients. Rather than expressing an interest in these services, ISL instead sought to bring on Wasserman as a "partner" for its brand new league and wanted Wasserman's assistance in selling marketing and TV rights for its proposed December 2018 event.

5.  This sort of work is not what Wasserman normally does. We made this clear to Mr. Rouger in our initial exchanges, and particularly, that Wasserman is not a sales agency. Thayer Lavielle, Wasserman's Executive Vice President and Head of New Business, specifically informed Mr. Rouger that "[w]e are not typically in the business of 3rd party sales[.]" **Exhibit 1** at 2 (WASS_00369_0002). I was also skeptical of ISL's desire to have Wasserman assist it in selling media and broadcast rights. Unlike ISL—which was an entirely brand new sports concept—sports properties with demonstrated value and significant audience reach do not normally need assistance in selling media and broadcast rights. That was not Wasserman's normal line of work. As a completely new property with an entirely untested

DocuSign Envelope ID: 89DCB1C7-567C-4A4D-BF42-977E8B69B8B8

concept of a world club swimming league, it was clear to me upon first learning about ISL that

its desire to sell broadcast and media rights was extremely ambitious.  It had zero demonstrated

value as a sports property.  This belief is reflected in my comments about how "these types of

properties need sales help for a reason" in my email response to Thayer's email to me about

potentially working with ISL.  *See id.*

6.      ISL nevertheless remained interested in our services.  We were willing to consider

the prospect of bringing ISL on as a client because as a brand new sports concept and property,

we saw an opportunity to provide ISL with the core consulting services that Wasserman does in

fact provide.  However, I was skeptical of ISL's primary desire for us to help it in selling media

and broadcast rights.

7.      In advance of entering into an engagement with ISL, I expressed concerns directly

to individuals at ISL that we would need to be mindful of the association between Wasserman

and ISL due to the numerous ongoing and potential relationships for Wasserman and its senior

executives, including Casey Wasserman. Due to the prior indications of potential conflict

between ISL and FINA or IOC, as well as the unproven nature of ISL itself and uncertainty

regarding ISL's backers, I solicited opinions from individuals internal and external to

Wasserman to determine whether it would make sense to enter into the engagement with ISL

for the specific fee given all of the extraneous issues involved, and while there were remaining

concerns, ultimately I was entrusted with properly guiding the relationship and maintaining the

necessary public perception of the association between Wasserman and ISL.

8.      About a month later, on June 14, 2018, ISL reached back out to me indicating a

desire to move forward.  Attached as **Exhibit 2** (WASS_00379) is a true and correct copy of the

email that Mr. Artem Nitz, the COO of ISL, sent to me indicating that ISL was ready to engage

Wasserman specifically to assist it with a single swimming competition that ISL wanted to host in December of 2018.  By that point, Mr. Nitz indicated that the December 2018 ISL event had a 90% chance of taking place in London.  The scope of the engagement would include developing: (i) a broadcast negotiations and content strategy; (ii) a sponsorship strategy and valuation analysis for the new ISL sports property; (iii) a market amplification strategy; and (iv) ongoing support for ISL pricing, packaging and other go-to market aspects.  *See id.*  There was also talk as to whether Wasserman would assist ISL in creating brand identity, but that was not part of the initial scope.  *See id.*  Approximately two weeks later, on June 29, 2018, we entered into a formal engagement with ISL.  Attached as **<u>Exhibit 3</u>** (WASS_00639) is a true and correct copy of the executed scope of work between Wasserman and ISL.

9.     Though ISL engaged us, it was not without some initial concern on our part. First, while ISL's representatives touted the benefit of being associated with its Ukrainian billionaire backer and founder, Mr. Konstantin Grigorishin, we had some consternation about Wasserman being publicly affiliated with Mr. Grigorishin, given that he is widely reported be an oligarch with ties to the former Soviet Union.  Second, Casey Wasserman, the founder and CEO of Wasserman, is the head of the LA2028 Olympics organizing committee, and led Los Angeles' successful bid for the 2028 Olympics. By that point it was already reported that ISL and the IOC-recognized international federation for aquatic sport, FINA, had been engaged in some conflict—particularly as it related to whether FINA would approve of ISL's proposed new international swimming league.  Given Mr. Wasserman's role with respect to the LA2028 Olympics, there was some concern as to whether bringing on ISL as a client would pose potential conflict issues in light of the agency's association with the Olympics.

DocuSign Envelope ID: 89DCB1C7-567C-4A4D-BE12-977E8B69B8B8

CONFIDENTIAL

10.     I was always transparent with ISL's representatives, and in particular, Mr. Nitz, regarding the potential issues with Wasserman taking on ISL as a client given the work that Casey Wasserman was doing for the LA2028 Olympics and ISL's reported and brewing conflicts with FINA.  Indeed, this was an issue that I discussed with Mr. Nitz *before* ISL engaged Wasserman in early June 2018, so ISL was well aware of the potential issues from the outset of our relationship.  I indicated to him, on multiple occasions, that internal approvals at Wasserman would be required in order for us to proceed with the engagement with ISL and he understood that.  Attached as **Exhibit 4** (WASS_00593_0001) is a true and correct copy of an email dated June 26, 2018 – a few days before we executed a contract with ISL – that I sent to Mr. Nitz indicating that the management committee at Wasserman had met to discuss the potential issues and that it was ultimately saw no issues with moving forward with the engagement.

11.     We ultimately became comfortable with Wasserman taking on ISL as a client for a couple of reasons.  First, notwithstanding Mr. Grigorishin's involvement, it seemed to us from the beginning that involvement was at arm's length, and there was a team of professionals including Mr. Nitz and ISL's CEO, Ali Khan, who were running the day-to-day operations of ISL and made it seem like a legitimate venture.  Second, the team at Wasserman that would be working on the ISL engagement would have no involvement with Casey's team that worked on the LA2028 Olympics, and I was confident that I could manage the relationship with ISL and any public perception through my discussions with the directors of ISL.

**The Scope of Wasserman's Limited Engagement with ISL**

12.     The scope of work that we executed with ISL on June 29, 2018 (attached as **Exhibit 3**) encompassed providing the following deliverables:  (1) a broadcast negotiations and

5

content strategy; (2) a sponsorship strategy and valuation analysis; and (3) a market amplification strategy.  These services would be done by Wasserman in relation to a single swimming competition that ISL was planning for December of 2018.  As the contract makes clear, the timeframe for which Wasserman was to complete its engaged was by December 2018.

13.     The SOW contained three buckets of services: I. Broadcast Negotiations & Content Strategy; II. Sponsorship Strategy & Valuation Analysis; and III. Marketing Amplification Strategy. *See* **Exhibit 3**. I assembled a team of Wasserman subject matter experts in different areas to fulfill the services and we began working in earnest to deliver as agreed under the SOW.

14.     The total amount that ISL agreed to pay Wasserman for these services, pursuant to the contract, was USD $105,000, to be paid in 7 installments of $17,500, beginning in June 2018 and ending in December 2018.  *See* **Exhibit 3**.

15.     Each of the services that Wasserman agreed to provide to ISL were specifically geared towards new sports entities and/or properties with no demonstrated commercial value. Sports properties with an established audience and sustained and long-term demonstrated commercial value (i.e., a well-established NBA, NFL, or Major League Baseball franchise) do not need help building an audience or a plan to attract sponsors and broadcasters.  Rather, it is the other way around; the sponsors and broadcasters are the ones who want to engage those sports properties given their demonstrated commercial value.

16.     That was obviously not the case for ISL, since it was a completely new sports venture.  And on top of that, it was attempting to do something in a sport—swimming—that outside of the Olympics and outside a select few top swimming athletes, such as Michael Phelps, has never had much traction with respect to building commercial value in the form of

sponsorships and broadcast revenue, both abroad and especially in the United States. That is precisely why ISL was looking for help getting to market. Given the unique challenges posed by the sport of swimming, coupled with the fact that ISL was a brand new concept (which its own representatives recognized), ISL needed help with a strategy to create demand for what it was trying to offer. It also needed help with valuations so it could approach potential sponsors and media broadcasters to try to secure deals to generate revenue.

**Initial Meeting with ISL Team in London**

17.     Shortly after formalizing the engagement, a team of us from Wasserman flew to London to meet with representatives from ISL, including its founder, Mr. Grigorishin, from July 2-3, 2018. Over those two days, we learned more about ISL's plans for its event series and what it wanted us to accomplish for them. The highlights of what were discussed over those two days in London were summarized by my colleague and another team member working on the ISL project, Jack Hirsch, in an internal Wasserman email that I received. Attached as **Exhibit 5** (WASS_00306_0001) is a true and correct copy of this email.

18.     At the meeting, Mr. Grigorishin laid out his vision for ISL – which was to build an entirely new swim league from scratch into one with 12 clubs competing at 62 matches per year. *See id.* The whole concept novel and different from the existing structure of international swimming competitions. Mr. Grigorishin was interested in offering a new format, and to intensify the "show." The idea was to host a club competition involving swimmers from around the world who were swimming not as representatives of their home countries, but rather as members of individual clubs. This was different than the kinds of national or international competitions that make up the majority of the swimming competitions involving the world's top swimmers.

19.     There was mention that ISL's representatives had previously organized a similar kind of event in 2017 – the Energy for Swim Event in Rome.  Though the December 2018 event we were working on was to be the inaugural event for ISL, its representatives often referenced the 2017 event as the true inaugural event, which they looked to as one of the first successful executions of their novel concept.

20.     Mr. Grigorishin and ISL's representatives recognized the fact that what they were proposing to do was an entirely new concept; ISL had no established audience base and no demonstrated track record of being able to garner sponsorship or broadcast revenue.  Mr. Grigorishin stressed that this is why ISL was looking to us to help "create an audience" and sell ISL to that audience.

21.     We spent some time in London discussing the overarching sponsorship strategy of ISL.  It was clear that ISL had no sponsors or concrete plans at that point, only ideas and estimates of potential attendance at their events.  *See* **Exhibit 5**.  For example, they didn't have on hand any information about the TV ratings and viewership of their 2017 Energy for Swim Event.  Nor had they done any work to compile a list of master asset inventory (i.e., the signage at ISL's swimming competitions) that could be sold to sponsors.  *See id.*  Among other things, these are some of the more basic foundational elements for a sponsorship strategy and plan.  It appeared that ISL and its representatives had little—if any—experience doing this.

22.     ISL also had made little headway in terms of an overarching broadcast strategy.  At the meeting in London they informed us that they had engaged a UK sports marketing agency, Sportcel, to assist it with a UK broadcast strategy given that they were focused on staging the December 2018 competition in London.  Similar to their approach to selling sponsorships, it was clear that ISL had not made progress with respect to securing broadcast

DocuSign Envelope ID: 89DCB1C7-867C-4A4D-BE12-977E8B69B8B8

CONFIDENTIAL

rights for their December 2018 event.  First, we were within 6 months of the event, which is a very short time frame to obtain any meaningful broadcast rights, at least from any major broadcasters.  Second, given that ISL's concept was brand new, the ISL team recognized that there was little, if any, prospect of obtaining broadcast revenue from traditional pay-TV operators, since such broadcasters focus their spend on sports properties that have a demonstrated and well-established brand and audience.  For example, in the broadcast strategy materials prepared by Sportcel that ISL shared with us (a true and correct copy of which is attached as **Exhibit 6**), Sportcel's assessment was that it was not realistic for ISL to expect "traditional pay-TV operators to pay any more than token rights fees, given the increasing trend among broadcasters to focus the large majority of their rights spend on the top 5 properties in the context portfolio, eg. Soccer, Golf, Tennis, F1, Olympics."  That was consistent with our assessment of ISL's prospects for securing any sort of revenue-generating broadcast rights.

23.     Rather than focus on traditional TV broadcast, the focus for ISL, since it was trying to build an audience, was to align itself more with social media platforms like Facebook, YouTube, Instagram and others to build an audience and eventually try to obtain broadcast revenue from the over-the-top ("OTT") streaming services provided by these platforms.  The idea was to attempt to drive viewership and build an audience through social media campaigns with the hope that at some point ISL would have a large enough following that perhaps a platform like Facebook would be willing to purchase ISL's content.

24.     Following the London meeting, we began working on the various deliverables as part of our engagement with ISL.

**Issues Involving ISL's Claims of a Partnership with Wasserman**

25.     Almost immediately in the first few weeks of our engagement, we began having issues with ISL with respect to how it was publicizing its relationship with Wasserman despite our prior clear indications.  ISL was very quick to announce in the press and in its own materials that it had "partnered" with Wasserman on its new swimming concept.  This was problematic for two reasons.  First, it was inaccurate because Wasserman does not partner with clients, but rather provides consulting services and strategic advice.  ISL's attempts to portray Wasserman as a partner suggested to us that ISL was trying to exploit our brand name in promoting its own concept.  Second, ISL was incorrectly indicating that Wasserman was its partner while simultaneously taking openly hostile positions against FINA, the international governing body for aquatic sports and swimming, and by extension the Olympic movement.  This implicated the very concerns that we had from the beginning about entering into a relationship with ISL given Casey Wasserman's ongoing work for the LA2028 Olympics.

26.     ISL's conduct in this regard was particularly surprising to us because we had discussed this issue with them before they engaged us—just a few weeks earlier.  Indeed, we worked internally to obtain the necessary approvals to move forward with ISL.  It was not a problem for different teams at Wasserman to work on both ISL and the LA2028 Olympics, but it would be a problem if ISL attempted to align itself with Wasserman while being openly hostile to FINA and the Olympic movement.  That is why I had made clear to ISL and its representatives of these sensitivities before we entered into an engagement with them.  Yet ISL's representatives apparently ignored our concerns.

27.     Early on in our relationship with ISL, it became clear to us that ISL was not going to honor our request to be sensitive to these issues.  The first example of this was a July 11,

CONFIDENTIAL

2018 article in an online publication, insidethegames.biz, which reported on ISL's plans to launch its December 2018 event, the location of which was still then unknown.[1]  The article reported that FINA had sent a letter to its 209 member federations indicating that ISL was not recognized by FINA and described the ongoing conflict between FINA (the international governing body for swimming) and ISL.  Information published in the article appeared to have come directly to the website from ISL, and the article even stated that "Wasserman, the firm founded and led by Los Angeles 2028 Organising Committee chair Casey Wasserman, are also advising [ISL] on 'global strategy.'"[2]

28.     This article and ISL's representations in it predictably created issues internally at Wasserman.  The article was touting ISL's relationship with Wasserman as a way to promote its legitimacy given Wasserman's work on the LA2028 Olympics while simultaneously attacking FINA, the international governing body that puts on Olympic swimming events.

29.     This caught the attention of the team at Wasserman working on LA2028 and it was raised to me internally.  On July 17, 2018, I spoke with Mr. Nitz and emailed Mr. Khan regarding the issue.   Attached as **Exhibit 7** is a true and correct copy of the email chain in which I raised this issue with Messrs. Khan and Nitz.  As I said to them, the Wasserman team was "caught off guard" by the article's mention of Wasserman given that ISL had not discussed it with us prior to feeding that information to the press.  *Id.*  I stressed to Messrs. Khan and Nitz that going forward, we needed to be in sync if ISL was going to make claims about its engagement with Wasserman in the press given Wasserman's work with the IOC on the LA2028 Olympics.  I wrote to them:  "With Casey as the chairman of the LA 2028 Olympic

---

[1] https://www.insidethegames.biz/articles/1067341/new-international-swimming-league-to-hold-inaugural-event-this-year-as-fina-maintain-opposition.

[2] *Id.*

CONFIDENTIAL

Committee, we need to be sensitive to any issues that may affect his position. This includes the FINA relationship." *Id.*

30.     Mr. Khan responded the same day. *See id.* The response was, frankly, somewhat bizarre in that he asked whether we were "conflicted on this" and indicated that he was "not entirely comfortable on such an approach." *Id.* It suggested to me that ISL either did not understand the initial concerns we had prior to the engagement with them despite various discussions on the topic, or that they had no intention of respecting the fact that we needed to be sensitive in how the Wasserman engagement with ISL was portrayed in the press. I responded to Mr. Khan and reiterated my request that ISL be sensitive to our PR concerns and at least provide us advance notice prior to issuing future press releases or articles. *See id.*

31.     I simultaneously reaffirmed internally that we could continue with the ISL relationship notwithstanding the PR issues. Attached as **Exhibit 8** is a true and correct copy of an internal email thread in which the various relevant stakeholders (including myself) discussed this issue and we decided it was safe to continue moving forward with ISL. We recognized, as before, that the ISL-FINA dispute and Wasserman's work on LA2028 remained a sensitive consideration, but believed that going forward, ISL would heed our wishes to cease making the sorts of public statements about a "partnership" with Wasserman. *See id.*

32.     Unfortunately, this issue would come up again and again throughout the duration of our engagement with ISL. In early August of 2018, ISL's representatives asked us to participate in the American Swimming Coaches Association's (ASCA) World Clinic that was to take place in Anaheim, CA. Attached as **Exhibit 9** is a true and correct copy of an email thread in which ISL made this request, and I responded. The ASCA is an association that we have come to understand was openly hostile to FINA and its role as the IOC-recognized international

federation for swimming, and ISL wanted us to present at the clinic on (1) our belief as to why the ISL concept was a "great opportunity to commercially develop swimming" and (2) why we "believe[d]" in ISL's idea and the broadcast and sponsorship approaches we were exploring for them. *See id.*

33.     This request implicated the very same concerns we had made known to ISL since the beginning of the engagement.  First, Wasserman does not act as a partner and thus does not generally publicly endorse its clients.  Second, and more importantly, the nature of ISL's request ran headlong into our sensitivities with respect to Wasserman's ongoing work on the LA2028 Olympics.  I reiterated all of this to Mr. Nitz in response, noting that it exceeded the scope of our engagement for ISL to use Wasserman as an endorsement tool.  *See* **Exhibit 9.**  I also reiterated fulfilling ISL's request in this regard not only implicated issues with the Olympics, but would also affect the work that Wasserman does for all of its global clients.  *See id.*

34.     While I attempted to arrange a call with Mr. Nitz to discuss the instant issues, we were not able to connect. We ultimately agreed to present on behalf of ISL at the ASCA Clinic, but kept within the scope of our engagement by presenting the market amplification strategy we were engaged to provide to ISL.

35.     In preparation for the ASCA Clinic, ISL has also printed a promotional brochure that included the Wasserman logo and indicated that we were an ISL "Partner."  This again implicated the sensitivities we had been discussing and incorrectly portrayed Wasserman's role.  Attached as **Exhibit 10** is a true and correct copy of an email thread in which I raised this issue with Mr. Nitz.  I requested that ISL change the description of Wasserman in its promotional

materials to "Strategy Consultant." *Id.* Rather than respect the request, Mr. Nitz simply responded that the brochures had already been printed. *Id.*

36.     Following the ASCA Clinic, ISL again engaged in the press in a way that implicated the sensitivities that we had repeatedly asked them to respect. On September 14, 2018, ISL representative Dmitriy Kachurovskiy put me in touch with Mel Steward, the founder of the swimming website SwimSwam.com, to discuss interviewing me and Casey Wasserman regarding ISL. Attached as **Exhibit 11** is a true and correct copy of the email that Mr. Kachurovskiy sent to me. This was another example of ISL either ignoring of failing to grasp our repeated concerns about how it was portraying Wasserman's relationship with it to the press. Mr. Steward had just published an article on SwimSwam describing me as part of the ISL leadership team. I raised this with Messrs. Kachurovskiy and Nitz and reiterated that Wasserman was not an ISL partner and in particular that I was not "an ISL employee," and that Wasserman was improperly being "presented as a back of ISL." *Id.* I also reiterated that Casey Wasserman would not be available to speak with Mr. Steward about ISL, in large part because he had no involvement in the ISL work.

37.     I requested that ISL clarify Wasserman's position with Mr. Steward and that his article be updated to reflect that. My request was ignored. In fact, the following month, on October 9, 2018, a reporter from SwimSwam reached out directly to members of Casey Wasserman's team working on LA 2028 seeking comment on the ISL. Those requests were directed internally to me, and I followed up with ISL suggesting that these were questions most effectively answered by them. Attached as **Exhibit 12** is a true and correct copy of this email thread. Mr. Nitz acknowledged receiving my email, but consistent with what had become a

pattern of not respecting our request regarding ISL's PR approach, he did not address my concerns. *See id.*

38.     It was frustrating to see ISL repeatedly fail to grasp our concerns given that this was almost four months into our engagement.  ISL continued to represent to the press and widely tout that Wasserman was its partner, and by this point I could not help but think that ISL was doing this intentionally despite my repeated pleas not to do so.

**The Results of Wasserman's Work for ISL**

39.     Beyond the issues involving ISL's representations of Wasserman's role, we ultimately completed and provided all of the services for ISL as part of our engagement.

40.     It is important to note, however, that the main issue that precluded us from actually securing any broadcast or sponsorships for ISL was the fact that ISL had not taken the necessary to steps to finalize a location for its December 2018 event until October 2018, when ISL settled on Turin, Italy as the location for its inaugural event.  Without any concrete plans for its December 2018 event until two months prior, it was impossible to sell and market and broadcasting and sponsorship deals – because the most important aspects of the property remained wholly unknown—i.e., the location, the venue, the potential audience, etc.  These are all critical pieces to actually valuing and then selling the property or event.

41.     In any event, it was always ambitious—perhaps unrealistically so—for ISL to expect to secure any sort of meaningful broadcast or sponsorship arrangements even 6 months out, which was around the time they originally engaged us.  Again, as an entirely new and untested sports property, even a lead time of 6 to 9 months is not enough time to secure anything meaningful, given that broadcast and sponsorship budgets are normally locked up much longer in advance.

42.     The broadcast negotiations and content strategy that we developed for ISL was one centered around digital platforms and OTTs rather than traditional TV broadcast.  Because ISL was a novel concept and untested, there was no point in trying to secure TV broadcast deals given that those dollars are all dedicated towards established sports properties like golf, soccer, and the Olympics.  ISL itself recognized this.  Our broadcast strategy, therefore, was built around the concept that ISL could try to build an audience and brand recognition through social media and digital platforms—those like Facebook and YouTube, and hopefully eventually gain enough traction to sell its content to these platforms.

43.     A broadcast strategy focused on OTT platforms was certainly a long-term play, since only 2% of sports viewers watching sports online as opposed to traditional TV.  So even if ISL had success signing various OTTs to broadcast deals, in the near term, the value of those deals would be at best minimal, given the low percentage of sports viewers on digital platforms.  Attached as **Exhibit 13** is a true and correct copy of an email in which my colleague, Tag Garson, explained this concept to Mr. Nitz.

44.     The novelty of the ISL concept, and the fact that it was trying to do something commercially viable in swimming, a sport that has traditionally exhibited very little commercial viability outside of the Olympics or World Championships, presented difficulties even with digital platforms.  For example, in July of 2018, we had reached out to FloSports, an OTT subscription sports broadcaster and streaming serviced based in the United States.  Though FloSports was interested, it had previously distributed swimming events with lower than expected results, and also had questions as to whether ISL's competition series had the requisite approvals from NGBs like USA Swimming and other governing bodies like FINA.  While we advised ISL against pursuing FloSports given its limited reach, FloSports also would not have

16

been willing at that point to enter into an arrangement with ISL given that ISL still had no concrete plans for its December 2018 event.  Further, the value of any broadcasting deal with FloSports would have been so minimal that it would not justify the cost of ISL hosting an event in the U.S.  Attached as **Exhibit 14** is an true and correct copy of email thread in which we reported to ISL about our investigation into FloSports as a potential broadcast partner.

45.     Facebook also balked at the prospect of paying ISL any money to broadcast ISL's inaugural event.  My team had reached out and met with Facebook to discuss the ISL opportunity, and Facebook's offer was that it would offer ISL's inaugural December 2018 as a Facebook production but would not pay ISL anything for those broadcast rights.  Attached as **Exhibit 15** a is a true and correct copy of the email exchange in which my colleague, Tag Garson, reports to ISL on his meeting with Facebook.  As he indicated to Mr. Nitz, Facebook's position was no surprise, given that only a single ISL event was the subject of the potential broadcast deal.  *Id.*

46.     With respect to sponsorship potential, the strategy we developed for ISL was also one focused on the long-run, given that ISL was both a new and untested concept involving a non-traditional sport.  Attached as **Exhibit 16** is a true and correct copy of an email containing the Long Term Sponsorship Strategy deck that we prepared for ISL.  Because ISL's concept was to put on sequential swimming events that toured around the world, its model was akin to various non-traditional sports like tennis, beach volleyball, and golf.  Unlike traditional sports involving home teams with a consistent and simultaneous schedule of competitions across various venues, non-traditional sports concepts like what ISL was trying to develop have a much more complicated approach to securing effective sponsorships.  Non-traditional touring

sports require established international broadcast exposure, demonstrated host-city revenues, and established economic impact in order to have significant sponsorship value.

47.      As a brand new concept, ISL was not only a non-traditional sport, but a wholly *unestablished* non-traditional sport.  It had no broadcast exposure whatsoever, no history of demonstrated revenue from host cities, and zero established economic impact.  From a sponsorship perspective, it therefore had no demonstrated value.  Accordingly, our sponsorship strategy was one geared towards initially securing low value sponsorships at the regional and local level to at first build a base level sponsorship foundation.  It would take years for ISL to develop the kind of global recognition akin to established non-traditional sports to generate any semblance of significant sponsorship revenue.  Thus, our recommended strategy was for it to start small and local, until ISL built up its league and gained some traction.

48.      Based on our conversations with ISL, it was clear that they vastly underappreciated the difficulty that they faced with securing any meaningful sponsorship revenue in the short-run, especially as an unestablished, non-traditional sport.  Attached as **Exhibit 17** is a true and correct copy of an email that Mr. Nitz sent to me and my team attaching ISL's draft projections for revenues over a 7-year period, a significant portion of which were attributed to sponsorships.  These projected numbers—ranging from $1.8 million in 2018 to over $1 billion in total revenues for a 2025/26 season inclusive of media and sponsorship rights fees—were wildly unrealistic.  Attached as **Exhibit 18** is a true and correct copy of an internal email thread amongst my team with our initial reactions to these numbers.  My colleagues' reaction, which I shared, was that the media rights projections were totally off base.  As my colleague Tag Garson wrote:  "I don't think so for media rights."  *Id.*  My other colleague, Rick Hepburn's reaction was that ISL's projections were "[a]lso pretty aggressive for

sponsorship …. Especially if they have it tied to Media Rights like they do. This is the point of the sponsorship analysis[,] to tell [ISL] what revenue they can drive from sponsorship assets, so it certainly should not be [tied] to broadcast revenue." *Id.*

49.     Nevertheless, we prepared various sponsorship packaged for ISL to use in trying to sell sponsorships for its December 2018 event. Our assessment was that given the timing and the novelty of ISL's unproven concept, it was unrealistic that they would be able to sell any sponsorships for the event. Attached as **<u>Exhibit 19</u>** is a true and copy of an email reflecting our internal deliberations on this issue, along with the sponsorship packages we prepared for ISL. As my colleague Jack Bratches summarized: "I think we are all on the same page that [ISL] will have some serious trouble selling robust sponsorships for the December event, but we were scoped to include this. Towards the end of the deck, we stress that perceived value of this package will be significantly lower from sponsors due to the various considerations around the event (timing, short sales cycle, proof of concept event, etc.)." *Id.*

50.     The third and final aspect of our scope of work for ISL was a market amplification strategy, which we also completed and delivered. This part of our engagement was to develop a strategy to help ISL identify and build an audience. Because ISL had zero brand awareness going into its planned December 2018 event, it needed to build awareness quickly if that event was going to be any sort of success. Our strategy was largely focused around the dissemination of information about ISL through various social media channels, and the expenditure by ISL to purchase various advertisements on these channels. Attached as **<u>Exhibit 20</u>** is a true and correct copy of our Market Amplification Strategy that we developed for ISL that reflects all of this.

**The Dissolution of the ISL/Wasserman Relationship**

51.     Per the terms of our engagement with ISL, the scope of the engagement related specific to ISL's December 2018 event and therefore was set to conclude at the end of 2018. Nevertheless, we made the unilateral decision to end our engagement with ISL in early December 2018 due to a couple of reasons.

52.     First, beginning with the August 2018 invoice, ISL began falling in arrears in its monthly payments to Wasserman.  The August, September, and October invoices were paid late, and ISL ultimately did not pay the November and December 2018 invoices.  Attached as **Exhibit 21** and **Exhibit 22**  are true and correct copies of the emails that I sent to ISL's representatives regarding these late invoices.  We ultimately executed an amendment to the original scope of work that provided that ISL would pay only $17,500 on the remaining $35,000 worth of outstanding invoices for November and December. Attached as **Exhibit 23** is a true and correct copy of the amended scope of work.

53.     ISL's recalcitrance with respect to payment of its invoices and our inability to collect the full amount originally agreed to for our services was particularly troubling given that we had completed and provided all of the deliverables contemplated in the original scope of work.  This alone gave rise to serious reservations about whether we wanted to extend our engagement ISL and do additional new work for them in the future.

54.     Second, by November 2018 (if not earlier), it had become clear to us that our initial concerns about entering into an engagement with ISL as a client were well-founded. Over a period of months, ISL consistently failed to respect our request that they be mindful of the sensitivities with respect to how they publicized their relationship with Wasserman given Wasserman's ongoing association with the LA 2028 Olympics.  This created a number of difficulties for me, my team, and our organization, as we had to navigate—on numerous

occasions—the issues presented by ISL's incorrect and repeated public assertions that Wasserman was its partner and simultaneous antagonistic positions with respect to FINA and the Olympic movement.

55.     As the conflict between ISL and FINA escalated in November, following ISL's decision to cancel its December 2018 event in Turin, Italy, it became apparent to us that continuing a relationship with ISL would be untenable going forward given Wasserman's work on the LA 2028 Olympics.  Mr. Nitz had even informed me that they were going to file this lawsuit against FINA.  Attached as **Exhibit 24** is a true an correct copy of an email with my notes of that call.

56.     On November 30, 2018, Casey Wasserman reached out to me asking whether our engagement with ISL remained ongoing, and suggested that we end the relationship with ISL. Attached as **Exhibit 25** is a true and correct copy of an email chain between me and Casey regarding the termination of the relationship with ISL.  As I indicated to Casey, we had essentially completed all of the work we had promised ISL by that point anyway and the only outstanding items were the two months' worth of invoices that ISL still owed.  *Id.*

57.     The concerns motivating this decision and Casey's outreach regarding it were obviously not new, since ISL had by that point repeatedly engaged in PR activity and deliberately exploited the Wasserman brand in contravention of our continued requests not to do so.  It had just gotten to the point where maintaining the relationship was no longer tenable, particularly given that ISL's conflict with FINA had boiled over to the point of a lawsuit, not the mention the fact that ISL was not paying its bills.  While the outreach from Casey caused me to immediately evaluate the prospect of continuing the relationship with ISL from that point forward, I did not receive any specific mandate from Casey or anyone else regarding the timing

CONFIDENTIAL

or specifics of winding up the relationship with ISL. I independently orchestrated the termination of the relationship based on my desire to avoid any further difficulties internally, but I subsequently received no additional direction or specific follow-up from Casey regarding the termination of the relationship with ISL.

58.     I subsequently sent an email my team regarding this decision (a true and correct copy of which is attached as **Exhibit 26**), explaining that "it seems that [ISL] ha[s] continued to use the Wasserman name openly as backers of their endeavor and their ongoing battle with FINA is something we no longer can be associated with."  We subsequently tied up certain loose ends in terms of the final deliverables, provided them to ISL, and terminated our engagement with ISL.

I hereby certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 10, 2020.

Chris Holmes

# HOLMES' DECLARATION EX. 1

Message

---

**From:**   Chris Holmes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E2DD0ABA44C341E2A06C51769A035825-USER_393FAC]
**Sent:**   4/25/2018 8:26:34 PM
**To:**   Thayer Lavielle [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=28622511d871401bbf2b9b8318529d35-tlavielle@wmgllc.com]; Matt Wiener
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=dcf500bda8c14a49a54e03aa33897639-Matt Wiener]
**Subject:**   RE: ISL - meeting L.A.

Hi Thayer,

Thanks for this. We had discussed and agreed that sales alone for a project is possible, but a tough sell by itself. As you
know, these type of properties need sales help for a reason. We'd obviously like to get a full understanding of what they
are looking for and the assets up for sale.

If we can open up doors for a more robust partnership, then I think it is definitely worth the conversation.

Let us know next steps and happy to jump in at any point.

Thanks,

Chris

---

**From:** Thayer Lavielle
**Sent:** Wednesday, April 25, 2018 1:20 PM
**To:** Chris Holmes <cholmes@teamwass.com>; Matt Wiener <mwiener@teamwass.com>
**Subject:** FW: ISL - meeting L.A.

Can you guys meet with him on May 4th?

**From:** David Rouger | Com Over [mailto:david.rouger@com-over.com]
**Sent:** Wednesday, April 25, 2018 1:48 PM
**To:** Thayer Lavielle <tlavielle@teamwass.com>; 'David Drahy' <david.drahy@com-over.com>; Cris Cicirello
<ccicirello@teamwass.com>; Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Paul Saville
<psaville@teamwass.com>
**Subject:** RE: ISL - meeting L.A.

Dear Thayer,

I hope this email finds you well.
I had a short discussion with Konstantin following your email. I explained that you were not a sales agency. His answer
was positive and his exact words are 'I would like a turnkey solution for the December event as well as for the future."
This opens all doors.

Kind regards

David

---

**From:** Thayer Lavielle [mailto:tlavielle@teamwass.com]
**Sent:** Wednesday, April 25, 2018 3:54 PM

**To:** David Rouger | Com Over <david.rouger@com-over.com>; 'David Drahy' <david.drahy@com-over.com>; Cris Cicirello <ccicirello@teamwass.com>; Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Paul Saville <psaville@teamwass.com>
**Subject:** RE: ISL - meeting L.A.

Hi David –

Thanks for this.  We are not typically in the business of 3rd party sales but have made a few in roads on specific cases.  Let me circle the wagons here and come back to you.

Thayer

---

**From:** David Rouger | Com Over [mailto:david.rouger@com-over.com]
**Sent:** Wednesday, April 25, 2018 6:46 AM
**To:** Thayer Lavielle <tlavielle@teamwass.com>; 'David Drahy' <david.drahy@com-over.com>; Cris Cicirello <ccicirello@teamwass.com>; Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Paul Saville <psaville@teamwass.com>
**Subject:** RE: ISL - meeting L.A.

Dear Thayer,

Thanks for your message.

Basically the project is at its 2nd year. We created a charity event last year in Rome with all the best athletes in the world to kisk off a global swimming project.Now Konstantin Grigorishin a Ukrainian Tycoon has created the International Swimming League.  The goal is to create a world swimming league with all top athletes. I am consulting for them and am in charge of the US market.
At this stage we have made a great step forward with USA swimming to have the event in Los Angeles (or Las Vegas). If we finalized we would need a sales agency. This is the first target. However the scope of cooperation is not set definitely. If you would like to exchange on the project, study the potential and come back with a proposal (even with a retainer) I would be happy to submit it directly to the big guy.
I cannot guaranty this will work but I can guaranty that I can put it in front of the decider who is a billionaire and praise your company. So may be a possibility for us to collaborate.
I would suggest that we speak either arranging a video conf, would 30th April work for you? Or directly if you have at your  office in LA on 4th May. I am afraid my schedule will be tight and with little flexibility.
Please tell me how you would like to proceed?

Kind regards

David

---

**From:** Thayer Lavielle [mailto:tlavielle@teamwass.com]
**Sent:** Wednesday, April 25, 2018 12:22 PM
**To:** David Drahy <david.drahy@com-over.com>; Cris Cicirello <ccicirello@teamwass.com>; Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Paul Saville <psaville@teamwass.com>
**Cc:** David Rouger <david.rouger@com-over.com>
**Subject:** RE: ISL - meeting L.A.

Hi David –

Nice to meet you.  Happy to connect on this – perhaps a call is easiest.

Let me know your availability over the next few days.

Thanks
Thayer

---

**From:** David Drahy [mailto:david.drahy@com-over.com]
**Sent:** Wednesday, April 25, 2018 2:28 AM
**To:** Cris Cicirello <ccicirello@teamwass.com>; Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Paul Saville <psaville@teamwass.com>
**Cc:** David Rouger <david.rouger@com-over.com>; Thayer Lavielle <tlavielle@teamwass.com>
**Subject:** RE: ISL - meeting L.A.

Thanks Cris.

---

**De :** Cris Cicirello <ccicirello@teamwass.com>
**Envoyé :** mardi 24 avril 2018 22:00
**À :** David Drahy <david.drahy@com-over.com>; Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Paul Saville <psaville@teamwass.com>
**Cc :** David Rouger <david.rouger@com-over.com>; Thayer Lavielle <tlavielle@teamwass.com>
**Objet :** RE: ISL - meeting L.A.

Dear David,

Allow me to introduce our colleague Thayer, EVP and head of new business for Wasserman Globally. She is based in the U.S. and also speaks perfect French.

Thayer, perhaps you could take a look at the below and give your guidance and thoughts?

Kindest regards to All
Cris

---

**From:** David Drahy [mailto:david.drahy@com-over.com]
**Sent:** 24 April 2018 16:46
**To:** Lenah Ueltzen-Gabell <lueltzengabell@teamwass.com>; Cris Cicirello <ccicirello@teamwass.com>; Paul Saville <psaville@teamwass.com>
**Cc:** David Rouger <david.rouger@com-over.com>
**Subject:** TR: ISL - meeting L.A.

Hi guys,

Hope you are all well.

Let me introduce you to my colleague David Rouger.
Through a client of us, we are looking for a partner in the US for a major Swimming event – see below some more details.

David will be in the US early May to meet up with the US Swimming Association and in L.A. on 4th May, is there any chance David could meet with one of your colleagues over there to present the opportunity?
Could you introduce him?

Thanks for your consideration.

Cheers,
David



David Drahy
451 cours Emile Zola 69100 Villeurbanne
139 rue d'Aboukir 75002 Paris
M : 06 83 56 46 63 / T : 09 81 86 53 74
david.drahy@com-over.com
f  www.com-over.com

---

**De :** David Rouger <david.rouger@com-over.com>
**Envoyé :** mardi 24 avril 2018 15:46
**À :** 'David Drahy' <david.drahy@com-over.com>; mathieu.riviere@com-over.com
**Objet :** ISL

Dear David,

Please find below a short description of the ISL concept. I will be available on 4th May to have a meeting with Wasserman in LA.

Please find a link to download the presentation:
https://wetransfer.com/downloads/0ae2d5d57d525e6bd700706f3f484753201804241133331/24798e7bdeb17030ad88 84e925b390ca20180424113333/e23ddd

Basically:
- ISL is the international swimming league
- Fisrt world competition in swimming at club level
- 8 clubs from all over the globe
- Best athletes from USA, AUSTRALIA, BRASIL, EUROPE and China BEST of the BEST
- The Ukrainian billionaire Konstantin Grigorishin is financing the event
  https://en.wikipedia.org/wiki/Konstantin_Grigorishin
- The objective is to develop
- The goal is to create a sustainable model
- The event is likely to take place in Los Angeles
- Konstantin Grigorishin is looking for an agency that can boost financial income
- He is most likely willing to pay on a success fee basis
- He would like to find assistance in sales of marketing & TV rights

Hope it is clear enough.

Cheers.
David

# HOLMES' DECLARATION
# EX. 2

Message
_____

**Sent**:          6/15/2018 3:15:49 PM
**To**:            Artem Nitz [artem.nitz@gmail.com]
**Subject**:       RE: ISL-Wasserman next steps


Expectations short vs long term


-----Original Message-----
From: Artem Nitz [mailto:artem.nitz@gmail.com]
Sent: Thursday, June 14, 2018 11:59 PM
To: Chris Holmes <cholmes@teamwass.com>
Subject: Re: ISL-Wasserman next steps

Thank you, Chris.

How is your newborn doing? :)

How do you the process of finalizing fees and terms?


> 15 июня 2018 г., в 01:00, Chris Holmes <cholmes@teamwass.com> написал(а):
>
> Hi Artem,
>
> Thanks so much for the note and sorry if you got my automatic reply. I am at home with my family but
still working as needed.
>
> I have informed the team on your note below and I will be back in touch soon with details on next steps
and details for the meeting at the London office next week.
>
> We are very excited to start the project!
>
> Best,
>
> Chris
>
> -----Original Message-----
> From: Artem Nitz [mailto:artem.nitz@gmail.com]
> Sent: Thursday, June 14, 2018 2:18 PM
> To: Chris Holmes <cholmes@teamwass.com>
> Cc: david.rouger@com-over.com
> Subject: ISL-Wasserman next steps
>
> Hi Chris,
>
> Hope all is well at your end.
>
> As a follow up to our conference call earlier this week:
>
> 1. We can confirm our readiness to sign Wasserman for our December 2018 event (longer term strategy
work post 2018 we will define/agree in due course).
>
> 2. 90% chance we will host our December 2018 event in London.
>
> 3. Scope:
> - Broadcast Negotiations & Content Strategy
> - Sponsorship Strategy & Valuation Analysis
> - Marketing Amplification Strategy
> - Ongoing Research, Pricing, Packaging and Go-to-Market Support
>
> For the scope above we would like to know if the fees change with London as venue and if there is room
to negotiate a discount.
>
> 4. Brand Identity Creation - we will decide whether this will be part of scope by early next week.
>
> 5. Kick-off: we would like to suggest a kick-off meeting early next week in London with your London
team and LA team via video conference call. Could you please advise whether we can arrange this meeting
Monday-Tuesday next week (18-19 June) in your London office. On timing I assume it will be around 5-6pm
UK time, so that LA team can connect 9-10am LA time.
>
> Konstantin, ISL founder, will join us in London.
>

> Looking forward to your response and working with you and your team on this exciting venture.
>
> Thank you,
>
> Artem
>

# HOLMES' DECLARATION EX. 3



## A. PROJECT SERVICES

Wasserman has represented over 70 sports and entertainment properties to develop and execute corporate sponsorship strategies.

To support the International Swimming League (ISL) in its quest to maximize sponsorship and media broadcast rights revenue, Wasserman recommends the following services:

   **I.**    **Broadcast Negotiations & Content Strategy**
  **II.**    **Sponsorship Strategy & Valuation Analysis**
 **III.**    **Marketing Amplification Strategy**

**Project Staffing**

Wasserman will dedicate all resources necessary to deliver the final product as outlined in the "Project Services."

The project will be led by: **Chris Holmes**, Vice President, Endurance

And supported by the following team:

**Tag Garson**, Senior Vice President, Properties
**Zack Sugarman**, Senior Vice President, Properties
**Mike Bramante**, Senior Director, Properties and Media
**Jason Bump**, Executive Director, Creative Services
**Rickart Hepburn**, Director, Properties
**Jake Hirsch**, Manager, Endurance

## PROJECT SERVICES

### Broadcast Negotiations & Content Strategy

**Timeline:** Broadcast Negotiation & Content Strategy: Duration of project term

**Deliverables:**

- ξ Media distribution deal for the International Swimming League  (comprising of worldwide distribution of the event, including ancillary activities/stories)
- ξ Deal memos and counter proposals for delivery to various potential media rights partners.
- ξ Materials to be distributed to key internal stakeholders during negotiation process.
- ξ New content concepts and associated resources that may be required for dissemination across multiple genres of programming.
- ξ Support on all negotiations and delivery of all contracts and related materials.
- ξ PR releases once deal is finalized in conjunction with ISL PR staff.

**Services:**

- ξ Broadcast Negotiations
- ξ Review current proposals from existing and / or potential broadcast partners
- ξ Initiate contact with potential broadcast partners to gauge interest and identify potential areas to partner on broadcast
- ξ Participate in face-to-face negotiations with potential media partners in conjunction with ISL  leadership



- ξ   Provide strategic negotiating advice about a potential partner's distribution platforms for the ISL and surrounding events. Participate on weekly (or more frequently as required) update calls with ISL leadership and key stakeholders during negotiation process
- ξ   Review and assist in negotiations of long form network agreements in conjunction with ISL legal counsel

**Content Strategy**

Act as production liaison between ISL and broadcast partners prior to and during the event including:

- ξ   Creation of the best broadcast schedule to deliver most exposure per sport and showcase the respective athletes
- ξ   Development of story lines to generate exposure within media partner's assets.
- ξ   Assess media partner and other third parties for additional distribution opportunities to the extent permitted by broadcast partner and ISL. Introductions to and evaluation of proposals from potential additional media partners
- ξ   Be an active participant in all negotiations with potential partners
- ξ   Coordinate broadcast rights between all broadcast partners prior to, during, and immediately following the December event
- ξ   Advice and assistance regarding documentaries and other human interest pieces

**<u>Sponsorship Strategy & Valuation Analysis</u>**

**Timeline:** Sponsorship Strategy & Valuation Eight (8) weeks from start of the project or as mutually agreed if additional time is needed to complete

**Deliverables & Services:**

Market Intelligence & Analysis - Wasserman will conduct an assessment to set the context and foundation for the valuation and revenue maximization recommendation. Activities will include, but not be limited to:

- ξ   Outline of current landscape of sponsorship across unique sport properties
- ξ   Identification of key success criteria of relevant sponsorships and properties
- ξ   Key insights and trends from relevant sponsorship rights deals

Valuation Analysis - Presentation surrounding the valuation of ISL assets, and recommended go-to-market price. At our request, Wasserman will reasonably provide valuation of each specific asset given to/offered to a partner.  Wasserman's services will include a combination of some / all of the methods below to assess the value of potential assets:

- ξ   **Impressions-Based Analysis:** A perspective using the proprietary Wasserman Sponsorship Valuation Model (W-SVM). The W-SVM is typically utilized for traditional sponsorship proposals that have defined asset sets with defined impression quantities and estimated/projected engagement levels.

- ξ   **Scorecard-Based Analysis:** A comparative approach using a customized power-ranking of quantitative and qualitative dimensions across comparative properties to determine a value for specific assets.

- ξ   **Market-Based Analysis:** Market comps of relevant existing sponsorship deals in sports and entertainment, both in gross value and Wasserman developed ratios such as cost-per-household (CPHH) and cost-per-attendee (CPA).



- ξ **Qualitative Analysis:** As relevant and applicable, an analysis and summary of qualitative factors that will either increase or decrease the value of the platform's potential in the eyes of prospective partners, including but not limited to: identification and packaging of additional assets, market best practices, etc.

*Note: The end result of the valuation services may be a specific value, but more often it will be expressed as a valuation range. This will enable Wasserman to account for the markedly different approaches which, when used together, convey a more accurate assessment of the opportunity than if just one approach is used.   Whatever valuation method used, Wasserman will exercise its best professional judgment and care in ascribing and describing valuations.

Tiers and Asset Allocation Strategy: Wasserman will provide recommendations on a creative approach to maximizing value through partnership packaging (i.e., leveraging tiers, exclusivity, etc.) and the appropriate assets to include in each package, including standard or existing benefits and newly-created or customized benefits specific to different sponsor categories.

Platform & Packaging:
- ξ Asset maximization and analysis of new asset creation including custom assets (e.g. digital, social, experiential, on-site and other venue assets)
- ξ The creation of brand-centric packages (for up to five core brand targets, identified by ISL) which include assets as well as a compelling brand platform and narrative
- ξ Wasserman will provide a recommendation on sponsor tiers, preferred number of partners and overall pricing approach to maximize revenue.

## Marketing Amplification Strategy

**Timeline:** Marketing Amplification Strategy: Duration of project term

**Deliverables & Services:**

Wasserman will craft a 360 degree omni-channel campaign strategy aimed at increasing awareness of ISL and upcoming December event. Wasserman's strategy will occur in four phases: Pilot, Launch, Engage and Amplify.

- ξ Provide expert strategy consulting and develop a promotional plan to drive awareness of ISL and upcoming December event
- ξ Create a content calendar which outlines posting strategy across all platforms, including establishment of recurring content franchises
- ξ Create a content and messaging strategy surrounding relevant events that will specifically focus on increasing awareness, engagement and ultimately awareness of ISL and upcoming December event
- ξ Advise on paid media including paid social and digital placements

IV.   Incremental Project Services

In addition to the project services outlined above, Wasserman is able to assist ISL with: (a) Digital Marketing Execution; (b) Brand Identity Creation; (c) Go-To-Market Support.

These services would be set forth in a separate scope of work including an additional fee as mutually agreed between Wasserman and ISL.



(a) Digital Marketing Execution

Wasserman shall create, manage, optimize, and bring to life all digital marketing aspects of the Marketing Amplification Strategy.

- Social Media Profiles
  - Create and manage English language ISL Facebook, Twitter, and Instagram profiles
- Digital Content
  - Create and manage all digital content (based on what's originally provided from ISL)
    - Social Media (e.g. brand page posts, cover photos, etc.)
    - Digital Media (e.g. web banners, display ads, etc.)
- Social Media Community Management
  - Own and operate all community management services from ISL Facebook, Twitter, and Instagram channels
    - Responding and interacting with all fan engagement avenues (e.g. likes, comments, shares, replies, direct messages etc.)
- Social Media Advertising
  - Manage and execute everything related to social media advertising on select channels
    - Audience Building
    - Creation of Campaigns
    - Placement of Ads
    - Optimization of Ads
- Digital Media Advertising
  - Manage and execute everything related to digital media advertising on select platforms
    - Web Banners
    - Display Advertising
    - Retargeting
- Monthly Content Calendar
  - Create and tweak monthly content calendar to share with ISL team prior to each month

For the avoidance of doubt, the Project Fee does not include the Brand Identity Creation service as well as costs relating to creative hard costs. The incremental fee for this would be $10,000 per month.

(b) Brand Identity Creation

Wasserman shall conceptualize and execute a brand exercise for the event and then build out a visual style guide which touches all creative facets of the event. This guide will include a digital assets package with working versions of all brand marks, graphics, fonts, etc for brand and partners to utilize. Up to 3 rounds of creative will be presented to client for approval throughout the design process.

Visual Style Guide

- Brand Positioning
  - Refinement of mission statement
- Logo Guidelines
  - Logo intro
  - Various Lock-up configurations
  - Primary



- - - Secondary
    - Composition
    - "Do's and Don'ts"
    - Color background examples
    - Print
    - Broadcast
    - Digital
- Color Palette
    - Primary colors
    - Secondary colors
- Typography
    - Primary family
    - Secondary family
- Messaging
    - Headlines
    - Tagline
    - Tagline + Logo lock-ups
    - "Do's and Don'ts"
- Graphic Elements
    - Various elements used in designs
    - Layout examples w/ proportional reference
- Holding Devices
    - Various size range for holding messaging
    - Icon guidelines
    - Color background examples
- Photography
    - Intro
    - Examples
- Consumer Facing Applications
    - Poster
    - Banner
    - Flyer
    - Onsite display examples
    - Tri-fold Brochure
- Advertising
    - OOH (Billboard and Bus Bench)
    - Web banners (3 standard sizes)
    - Single or Double page Ad

For the avoidance of doubt, the Project Fee does not include the Brand Identity Creation service as well as costs relating to creative hard costs. The incremental fee for this would be $75,000.

(c)  Ongoing Research, Pricing, Packaging and Go-to-Market Support

ξ   As ISL prepares to go-to-market with the platform concepts and sponsorship packages developed during the course of the Project Service, Wasserman will provide the following support to ISL internal sales team:

ξ   Provide ongoing research and insights supporting current and prospective partners

ξ   Continue to create and monitor sponsorship packages and sales decks based on identified categories and brands tied to the identification and development of saleable assets and platforms

ξ   Continue to identify new brand targets and provide consumer overlap analysis for targeted brands using Wasserman's Unlock tool

ξ   Help introduce ISL internal sales team to targeted brand partners where feasible



- ξ Continue to introduce IS to relevant vendors and tech companies that enhance the fan experience
- ξ Specific to partner targets, provide pricing strategy recommendations on long-term partnership opportunities and how to approach the marketplace, designed to maximize revenue potential within a go-to-market plan
- ξ Support development of negotiation strategy including:
  - ξ Preparation of presentation materials and relevant documents
  - ξ Counsel and development of relevant talking points where applicable
  - ξ Provide packaging support for ISL and executive presentations including:
  - ξ Story Development: Work with the ISL internal sales team to create a compelling story that articulates the specific opportunity for each targeted partner(s) including:
    - ξ Background and history of the assets
    - ξ Relevant insights that demonstrate the growth of the property and key demographics
    - ξ Articulation of the overarching marketing platform delivered by this opportunity and how it aligns to the partner brand and business objectives

Sales Material Creation: Create compelling sales materials for ISL internal sales team to use and send to prospective partners:

- ξ Keynote and PowerPoint based presentations that can be easily manipulated to speak to the specific brand being targeted, as necessary
- ξ Custom storylines based on the unique packages associated to each unique naming rights opportunity
- ξ Inclusion of Wasserman valuation analysis to articulate value and asset price
- ξ Addition of brand-centric slides to provide further customization for specific brand targets
- ξ Assistance, if requested, in drafting business term sheets and/or supporting materials, based on industry insights and expertise
- ξ Strategic counsel on partner marketing/media/activation

For the avoidance of doubt, the Project Fee does not include the Go-To-Market service as well as costs relating to creative hard costs. The incremental fee for this would be $15,000 a month.

V.   Fees and Expenses

ISL shall pay to Wasserman One Hundred and Five ($105,000) for the "Project Services" (excluding Brand Identity Creation and Go-To-Market Support services) which shall be invoiced by Wasserman in six installments (the "Project Fee"). Payment would be Seventeen Thousand Five Hundred ($17,500) per month, contracted on a month-to-month basis (June – December – 7 months).  Each installment of Seventeen Thousand Five Hundred ($17,500) will be invoiced on the last day of the month for which the services have been contracted.

In addition to the Project Fee, ISL shall pay Wasserman a management fee of 10% of the pre-approved digital marketing budget for the Digital Marketing Execution should that aspect of the project be utilized.

All project fee invoices will be due net thirty (30) days with the first invoice being issued on June 30, 2018.



ISL shall also reimburse Wasserman for actual and customary travel and other expenses incurred in the provision of services, subject to ISL review and approval. Wasserman will submit to Client pre-approved expenses for reimbursement as incurred during the course of providing the Project Services. Wasserman will submit an invoice for approved expenses with requisite backup.  All invoices will be due net fifteen (15) days. Wasserman will maintain a detailed record of all expenses charged to ISL for the project services.

Non-payment of Project Fee or travel expense reimbursement within the specify term shall result in a suspension of service if the payment is not received within ten (10) days after due date.

VI.    Success Fee

For the Multimedia Rights services, Wasserman will be eligible for a one-time 10% success fee based on the total revenue (i.e. rights fees, VIK etc.) to ISL by its multimedia rights partner. Terms to this success fee will be determined prior to the start of the multimedia project services.

VIII.    Term

This Statement of Work shall commence effective upon the date on which both Wasserman and ISL have executed and delivered their respective counterparts to this Agreement.  The Statement of Work will continue as specified below for each of the respective Project Services:

The "Project Services" shall continue through December 2018, which will generally follow these timelines:

**Broadcast Negotiations & Content Strategy:** June 2018 – December 2018
**Sponsorship Strategy & Valuation Analysis:** June 2018 – August 2018
**Marketing Amplification Strategy:** June 2018 – December 2018

[*Standard terms and signature page follows*]



**Standard Terms and Conditions**

**1.      Confidential Information**

Neither party hereto shall disclose to a third party Confidential Information (as defined below) of the other party.  The receiving party shall use the same degree of care as it uses to protect the confidentiality of its own confidential information of like nature, but no less than a reasonable degree of care, to maintain in confidence the Confidential Information of the disclosing party.  The foregoing obligations shall not apply to any information that (a) is required to be disclosed by law, subpoena or other process, (b) is disclosed to  Wasserman or any subcontractor of Wasserman in connection with its performance of the Project Services; provided, that, such entity or subcontractor has agreed to be bound by confidentiality provisions at least as restrictive as those set forth herein, or (c) is required to be disclosed in connection with any dispute, claim or action between the parties.  "Confidential Information" means information related to the subject matter of a Statement of Work and any of the projects thereunder (including any third-party information), and the business of the disclosing party, which (i) derives economic value, actual or potential, from not being generally known to or readily ascertainable by other persons who can obtain economic value from the disclosure or use of the information, (ii) is the subject of efforts by the disclosing party or owner of the third-party Confidential Information that are reasonable under the circumstances to maintain the secrecy of the information, (iii) is identified by either party as "Confidential" and/or "Proprietary", or (iv) which, under all circumstances, ought reasonably to be treated as confidential and/or proprietary, including this Agreement.  Confidential Information shall not include any information that (1) is at the time of disclosure, or thereafter becomes, through a source other than the receiving party, publicly known, (2) is subsequently learned from a third party that does not impose an obligation of confidentiality on the receiving party, (3) was known to the receiving party at the time of disclosure, or (4) is developed independently by the receiving party.  The obligations of confidentiality hereunder with respect to any Confidential Information shall continue for a period of one (1) year from the date of the last disclosure of Confidential Information under this Agreement.

**2.      Indemnification; Liability**

Indemnification by Client. Client shall indemnify and hold harmless Wasserman, its members, officers, directors, employees, agents, representatives, successors and assigns (collectively, the "Wasserman Indemnitees") from and against any expense, claim, loss or damage (including court costs and reasonable attorney's fees) ("Losses") suffered or incurred by any Wasserman Indemnitees in connection with any third-party claims against Wasserman Indemnitees arising from:  (i)  bodily injury to persons or physical damage to tangible personal or real property (excluding software, hardware and data) for which Client is legally liable to that third party, except to the extent caused by the negligence or intentional misconduct of Wasserman Indemnitees; (ii) Client's violation of any law, ordinance, rule, regulation or order applicable to Client; (iii) fraud committed by, or the intentional misconduct or gross negligence of, Client; and (iv) a breach by Client of any of Client's representations or warranties hereunder, and (v) a breach by Client of Section 1 of this Addendum.

Indemnification by Wasserman.  Wasserman shall indemnify and hold harmless Client, and its



officers, members, directors, employees, agents, representatives, successors and assigns (collectively, the "Client Indemnitees") from and against any Losses suffered or incurred by the Client Indemnitees in connection with any third-party claims against Client Indemnitees, arising from:  (i) bodily injury to persons or physical damage to tangible personal property or real property (excluding hardware, software and data) for which Wasserman is legally liable to that third party, except to the extent caused by the negligence or intentional misconduct of Client Indemnitees; (ii) a violation of any applicable laws, ordinances, rules and regulations pertaining to the Project Services or this Agreement which apply to Wasserman's performance of Project Services hereunder, excluding laws, ordinances, rules, regulations or orders issued by any public authority as such relate specifically to Client's industry or operation of its business; (iii) Wasserman's use in performing and/or providing the Project Services of third-party products, services or license rights, to the extent due to Wasserman's breach of its agreement with such third parties for such products, services or license rights; (iv) fraud committed by, or the intentional misconduct or gross negligence of, Wasserman; and (v) a breach by Wasserman of Section 1 of this Addendum.

Limitation of Liability.  To the fullest extent permitted by applicable law, the total aggregate liability of either party under this Agreement or with respect to the Project Services, and regardless of the form of action (including, but not limited to, breach of contract, tort, strict liability, breach of warranties, failure of essential services or otherwise, but excluding liability for fees owed by Client for services rendered), will not exceed an amount equal to the  total fees paid to Wasserman (and not refunded to Client) under this Agreement during the twelve (12) month period immediately preceding the event giving rise to the claim.

Certain Damages.  In no event will Wasserman be liable for consequential, incidental, indirect, punitive or special damages (including loss of profits, data, business or goodwill), regardless of whether such liability is based on breach of contract, tort, strict liability, breach of warranties, failure of essential purpose or otherwise, and even if advised of the likelihood of such damages. Notwithstanding this paragraph, the caps on the amount of liability and the limitations on type of liability described herein shall not apply to third-party indemnity obligations pursuant to this Section 2.

3.    **Deliverables**

Upon full payment of any amount attributable to a Deliverable as set forth in the Statement of Work, Wasserman hereby assigns to Client any and all rights, title and interest, including, without limitation, copyrights, trade secrets and proprietary rights, to the materials created by Wasserman specifically for Client hereunder and required to be delivered to Client by virtue of their description or specification as a deliverable in the Statement of Work (the "Deliverables").  The Deliverables shall be deemed to be "works made for hire" under the federal copyright laws.  However, the Deliverables may contain pre-existing works of Wasserman that are of a non-project-specific nature and generally applicable to Wasserman's business (collectively,  "Pre-existing Works"), and Wasserman retains exclusive ownership rights thereto.  To the extent that any such Pre-existing Works are integrated into any Deliverables, Wasserman hereby grants to Client a perpetual, worldwide, non-exclusive, paid-up, limited license to use, copy and modify such Pre-existing Works as integrated into such Deliverables for the operation of its business in the ordinary course.  Notwithstanding anything to the contrary



contained herein, Wasserman retains all rights to its general ideas, concepts, methodologies, processes, techniques, knowledge, experience and know-how acquired prior to or in the course of performing the Services.

## 4.      Other Provisions

Entire Agreement.  This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof, and supersede any and all prior or contemporaneous written or oral communications between the parties, including without limitation any cover letter or other communication delivered contemporaneously to Client with this Agreement. Except as expressly set forth herein, no other prior or contemporaneous covenants, promises, representations or warranties of any kind, whether written or oral, have been made or can be relied on by either party as an inducement to enter into this Agreement.

Interest on Payments.  If any amount is not paid by Client within thirty (30) days after it becomes due, Client shall also pay Wasserman interest on that amount for the period from its due date until it is paid in full.  That interest shall be calculated at a rate equal to twelve percent (12%) per annum (or the maximum rate permitted by applicable law, if lower), and shall be payable on demand.

Governing Law.  This Agreement shall be governed by and construed in accordance with the laws of the State of California, without reference to its choice or conflict of law principles.

No Waiver; Amendments.  No waiver or failure to exercise any option, right or privilege under the terms of this Agreement by either of the parties hereto on any occasion or occasions shall be construed to be a waiver of the same on any other occasion or of any other option, right or privilege.  This Agreement shall not be amended or otherwise modified, except by a later written agreement that expressly states that it is an amendment or modification and that is signed by both parties.

No Special Relationship; Personnel.  The relationship of Wasserman and any of its agents providing services to Client shall be that of independent contractors and those providing services under this Agreement will not be considered employees of Client. They will not be eligible for any employee benefits, nor will Client make deductions from payments made to Wasserman for any taxes or other withholding obligations, which shall be Wasserman's responsibility.  Wasserman may perform the Project Services with personnel of Wasserman or any of its affiliates or with their respective subcontractors.

Notices.  All notices, requests and other communication called for by this Agreement shall be deemed to have been given if made in writing and mailed, postage prepaid, if (i) to Client at _____ above or (ii) if to Wasserman at 10900 Wilshire Blvd, Suite 1200, Los Angeles, CA 90024, Attention: Office of General Counsel, or to such other addresses as either party shall specify to the other.

Assignment.   Neither Client nor Wasserman shall assign any of its rights or obligations hereunder without the prior written consent of the other party; provided, however, that Wasserman may assign this Agreement to a related entity or the surviving entity in a merger or consolidation in which it participates or to a purchaser of all or substantially all of its assets upon providing Client written assurance that the Project Services would continue to be provided in the same manner as provided prior to this assignment.



Dispute Resolution.  The parties will attempt in good faith to resolve any controversy or claim arising out of or relating to this Agreement or the Services through discussions between Wasserman's and Client's respective executives responsible for providing and accepting the Project Services.  If these discussions are unsuccessful, and the parties cannot resolve the dispute informally as provided above, any unresolved dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Los Angeles, California before one arbitrator. The arbitrator shall not be empowered to award to a party any damages expressly limited under the final two paragraphs of Section 2 hereof.  The arbitration shall be conducted pursuant to the JAMS Comprehensive Arbitration Rules and Procedures.  Judgment on the award of the arbitrator may be entered in any court having jurisdiction.  If an arbitration action is pending on any claims between the parties, any claim which could be brought as a counterclaim must be brought in such pending action, if at all.

Counterparts; Signatures.  This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed to be an original. Any signature delivered via facsimile or other electronic means shall be deemed an original signature hereto.

Warranties.  EXCEPT AS OTHERWISE STATED IN THIS AGREEMENT, WASSERMAN MAKES NO WARRANTIES OF ANY KIND OR NATURE REGARDING THE SERVICES AND DELIVERABLES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, OR WARRANTIES OF ANY PRODUCTS OR SERVICES, WARRANTIES OF NON-INFRINGEMENT, OR THE APPROPRIATENESS OF CLIENT OR THIRD-PARTY SPECIFICATIONS.

ANY VALUATIONS OF CLIENT'S BUSINESSES OR ASSETS PROVIDED BY WASSERMAN HEREUNDER ARE ESTIMA TES THAT MAY BE BASED UPON A NUMBER OF FACTORS, INCLUDING WITHOUT LIMITATION, HISTORICAL DATA, WASSERMAN'S P ROPRIETARY MODELS, ITS EMPLOYEES' OPINIONS AND ASSUMPTIONS, AND PUBLICLY AVAILABLE INFORMATION (ALL OF WHICH ARE SUBJECT TO CHANGE WITHOUT NOTICE).  THERE MAY BE CERTAIN FACTORS THAT HAVE NOT BEEN ASSESSED FOR THE PURPOSES OF THESE VALUATIONS THAT MAY SUBSTANTIALLY AFFECT A STATED VALUATION. WHILE WASSERMAN FORMULATES THESE ESTIMATED VALUATIONS USING INFORMATION AND SOURCES THAT IT BELIEVES TO BE RELIABLE, WASSERMAN MAKES NO REPRESENTAT IONS OR WARRANTIES WITH RESPECT TO ANY INDICATIVE AND/OR ESTIMATED VALUATIONS.

Insurance.  Each of Wasserman and Client shall maintain at its own expense the following insurance policies:  (a) commercial general liability, including coverage for (i) property damage and personal injury, and (ii) contractual liability; in each case with limits of not less than an $1,000,000 per occurrence and an aggregate liability limit of not less than $2,000,000.00; (b) media content and/or advertising liability coverage with an aggregate liability limit of not less



than $5,000,000; and (c) worker's compensation and employer's liability in at least the amounts required by the laws applicable to each of Wasserman and Client.  Client shall also maintain products liability insurance with the foregoing "per occurrence" and aggregate liability limits for commercial general liability if Client manufactures, distributes or sells any products or goods (including without limitation, any food or medicines).  If any Services include event planning and/or sponsorship activation services, Client shall maintain at its own expense insurance covering special event liabilities for each event with a liability limit of not less than $1,000,000 per occurrence and an aggregate liability limit of not less than $5,000,000.  In each case, umbrella coverage may be included as part of the aggregate insurance limits specified herein. Each party shall name the other as an additional insured on the policies identified above (excluding Worker's Compensation), and each party shall, at the request of the other party, provide such other party with an insurance certificate confirming compliance with the requirements of this Section.

Representations.  Each undersigned party hereby represents and warrants to the other that (i) the execution and delivery of this Agreement and the transactions contemplated herein are within such party's powers and have been duly authorized by all necessary company action; (ii) it has obtained all requisite consents, approvals or other assurances necessary for it to execute, deliver and perform this Agreement; and (iii) this Agreement has been duly and validly executed and delivered by such party and constitutes the legal, valid and binding agreement of the representing party, enforceable against such party in accordance with its terms.

The undersigned parties hereby accept the provisions of this Statement of Work and agree to be bound by its terms.

**WASSERMAN MEDIA GROUP, LLC**
10900 Wilshire Blvd.
Suite #1200
Los Angeles, CA 90024, USA

By: _____

Name:  Chris Holmes

Title:  Vice President

Date:  29 - 6 - 18

**INTERNATIONAL SWIMMING LEAGUE LTD.**
Alfred-Escher-Strausse 17
8002 Zurich Switzerland

By: _____

Name:  Ali Asif Khan

Title:  CEO

Date:  29-6-18

# HOLMES' DECLARATION EX. 4

Message

| | |
|---|---|
| **From**: | Chris Holmes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E2DD0ABA44C341E2A06C51769A035825-USER_393FAC] |
| **Sent**: | 6/26/2018 5:38:43 PM |
| **To**: | Artem Nitz [artem.nitz@gmail.com] |
| **Subject**: | Information Request |
| **Attachments**: | ISL_Wasserman_Information_Request_06262018.pdf |

Artem,

Thank you for your time this morning. Please see attached Information Request ahead of our meeting next week.

Initial conversations with the committee did not see any issues to move forward but I am waiting to hear from one more person before sending the contract. You should have that waiting for you to review by the morning your time.

Talk soon.

Chris

# HOLMES' DECLARATION
# EX. 5

Message

| | |
|---|---|
| **From:** | Jake Hirsch [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F00B8F08712345629555603532C0FA19-JAKE HIRSCH] |
| **Sent:** | 7/6/2018 8:55:20 PM |
| **To:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac] |
| **Subject:** | ISL Notes |

See below. Split up by Monday and Tuesday.

**Monday**

- Konstantin
  - FINA —> 300M people watched Olympic Finals of swimming
  - Swimming is not an individual sport
  - To make swimming a sport that is sellable, you have to change the format
    - Format is crucial —> strategy is to intensify the show
    - The format needs consistency
    - Club competition instead of National competition
  - 5-Year Vision
    - Around 12 clubs (I believe is what he said)
    - Starts August, Ends February
      - March/April is Nationals
      - Then playoffs to follow
    - Total of 62 matches, showcased to a global audience
    - Looking for Wasserman to help ISL create the audience and sell to the audience
    - For dramatic flare, match assignments are announced shortly before event begins
- ISL Updates
  - Confirmed on 2018 London event
  - July/August —> looking to confirm 8 clubs by then
  - Simple website to go live this week —> believe Artem said ISL dot com
  - High-level PR to go out in July to drive amplification and elevate profile
  - Have some marketing partners in place that we can apparently leverage
  - Will be short-course in December
- Marketing
  - Look at ATP example for reference
  - Database to leverage: British Federation
  - British Federation will be leading the ticket sales side of things
  - Awareness of ISL/London event is their biggest goal, particularly around the broadcast
  - Looking for a blueprint for coordination of all marketing efforts
  - They definitely need content development —> can see this being both a big issue and also potential opportunity
  - Promote diversity of ISL, gender equality events (12 male, 12 female)
  - Looking for social media analysis on top swimmers and their social followers, engagement rate, etc.
  - ISL going to bake language into future contracts to help secure social credentials and sponsor information for future athletes
  - ISL to look into whether British Federation or anyone else have relationships for potential traditional marketing efforts
- Action Items
  - Share Unlock case studies like F1 and Guinness (Zack/Rick to send)
  - Artem to send Tag TV production costs —> they have $250K-$300K budgeted for December event
  - Andrea to send list

**Tuesday**
Information Request Review

- Sponsorship Strategy
  - Projected Event Attendance —> 1,800-2,200
    - Want the teams to be on the pool deck
  - Website Visitors
    - In beta move, but website is launching within days
    - London based agency Sportcell who is handling website
    - Need to get website information through them once up and running
  - TV Ratings
    - Andrea/Artem says they have some information, might be tough to get more though
    - Sounds like we'll have Italy ratings
    - Andrea to ask for ratings from Flow Swimming
  - Actual Broadcast footage
    - Sent us the link of 4 minute clip
    - Artem to send video all raw footage...I think
  - Annual Event Schedule
    - December 2018
      - Andrea has the formatting confirmed for this event
      - Opening Ceremonies - 10 minutes of show
      - Break 1 - 10-15 minutes of show
      - Break 2 - 10-15 minutes of show
    - Is the show something for broadcast or just for in-person? Could just do DJ and good lights for December 2018
  - Guaranteed Marketing Spend
    - Wasserman to advise how much to spend across marketing
  - List of master asset inventory
    - Doesn't sound like they have anything concrete, so probably best for us to build and recommend asset opportunities
  - Photos of first event/sponsor integration
    - Andrea has access to photos, ask for photos from VIP dinners
  - Event Recaps/Pitch Materials
    - N/A
  - Any new assets available moving forward
    - Rick/Wasserman to provide an example list of asset inventory
  - Any untouchable sponsor areas
    - Don't see many conflicts, but maybe spirits? Want to make sure ISL is perceived as a healthy brand, and wants its sponsors to align with that
  - PR Recaps
    - Artem sent to us
- Broadcast
  - Production Budget —> Andrea to finalize and send to Tag
- Marketing Amplification Strategy
  - Organization identity book and logos
    - We have it
  - Promotional content
    - We have it, need to dive in
  - Imagery
    - We have it, but all photos have the logo —> Andrea (remind him) to see if we can get photos without waterfront
    - Probably need to commit to them for the December event
  - Video

- - - Sounds like we have a good amount
  - List of Swimmers
    - All members of Konstatin's club (will cover Europe, Africa, and potentially America)
    - We'll know more on athletes by end of July
  - Budget
    - Chris and I to work on
  - List of markets of interest
    - 100K swimming clubs worldwide?
  - New Logo
    - Aiming for end of July
    - Website launch on hold?
  - Announcements
    - Plan to announce partnerships, venue, town, etc., in middle of July
- Project Plan
  - Ping Zack about new property marketing build up/audience growth strategies —> case studies, pick his brain, etc.
  - How big is Wasserman's list of swimming talent? Do we have interest in growing that list? If so, Andrea is a contact for that



**JAKE HIRSCH** Manager, Endurance
C: (760) 889-8466  |  JHIRSCH@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0261
Web  |  Twitter  |  Instagram

# HOLMES' DECLARATION
# EX. 6

**Cc:** Ali Khan[akhan@internationalswimmingleague.com]
**To:** Chris Holmes[cholmes@teamwass.com]; Tag Garson[tgarson@teamwass.com]
**From:** Artem Nitz[artem.nitz@gmail.com]
**Sent:** Tue 7/10/2018 9:36:59 PM (UTC)
**Subject:** Re: next steps
[Broadcast Strategy Deck v2.pdf](Broadcast Strategy Deck v2.pdf)

Chris, Tag,
Re UK broadcasters - there were indeed couple of contacts made by our London agency. I think Sky and iTV were among them.

We will clarify the status and provide contacts later this week.

In the meantime, please find attached a preliminary «broadcast strategy» that was drafted by our London agency some time ago.

Looking forward to quick and productive progress on the broadcasting front :)

Thanks,

Artem

10 июля 2018 г., в 21:33, Chris Holmes <[cholmes@teamwass.com](mailto:cholmes@teamwass.com)> написал(а):

Hi Artem,

I spoke with Tag this morning and he has already started his conversations with broadcasters and will continue to engage in the coming weeks. We'll have updates as they happen.

One point on this he wanted to follow up on was if the British Federation has any broadcaster contacts they have worked with before we could talk with. We have some local people in GB we could talk to but thought it would be good to start with someone if there is an established relationship.

Last thing, Tag is also talking with his production contacts soon to talk production budget. Should have some updates here soon.

Thanks,

Chris

**From:** Artem Nitz [[mailto:artem.nitz@gmail.com](mailto:artem.nitz@gmail.com)]
**Sent:** Monday, July 9, 2018 11:57 PM
**To:** Chris Holmes <[cholmes@teamwass.com](mailto:cholmes@teamwass.com)>
**Subject:** Re: next steps

Thank you, Chris.

One milestone I am missing from the timeline is when we start talking to broadcasters. Our preference is to have something by end of July.

Please advise.

Thank you,

10 июля 2018 г., в 02:54, Chris Holmes <cholmes@teamwass.com> написал(а):

Hi Artem,

Thanks again to the entire team for being such great hosts last week.

See attached Project Timeline.

We will keep an eye out for that Broadcast strategy later in the week.

The team is regrouping tomorrow morning. I'll come back with any follow up questions/requests as well as a proposed time for a call later in the week with your side.

Thanks again and talk soon.

Chris

**From:** Artem Nitz [mailto:artem.nitz@gmail.com]
**Sent:** Monday, July 9, 2018 6:24 AM
**To:** Chris Holmes <cholmes@teamwass.com>
**Cc:** Ali Khan <akhan@internationalswimmingleague.com>; Andrea di NinoAndrea di Nino <adinino@internationalswimmingleague.com>; Arkadiy Voropaev <bloodyswimmer@mail.ru>; Tag Garson <tgarson@teamwass.com>; Jake Hirsch <jhirsch@teamwass.com>; Zack Sugarman <zsugarman@teamwass.com>; Rick Hepburn <rhepburn@teamwass.com>
**Subject:** next steps

Chris and Wasserman team,

Hope you had a refreshing Independence Day/Week break. And thank you for a productive meeting in London.

Chris, could you please share a soft copy of that weekly project timetable that we went over in London.

Also, do let us know if you need any other input from us for you to make progress on broadcasting/media, sponsorship and marketing scope. As an additional input, later this week we will share draft matetrial on broadcasting strategy, as was seen by our London agency.

Let us plan that conference call either Thursday or Friday evening our time.

Thank you,

Artem

4 июля 2018 г., в 02:58, Chris Holmes <cholmes@teamwass.com> написал(а):

Team ISL,

I wanted to drop a quick note to say thank you for your time over the past two days. Being about to talk indepth on the project and hear the vision directly from Konstantin will be a tremendous help as we dive into the plan.

I will be compiling all the notes and material from the last few days and our team will reconvene early next week. I will reach out at that time to schedule a follow up for next Thursday or Friday before Konstantin leaves on holiday.

We look forward to the next steps!

Talk soon.

Chris

---

**From:** Artem Nitz <artem.nitz@gmail.com>
**Sent:** Sunday, July 1, 2018 10:49:56 AM
**To:** Chris Holmes; Ali Khan; Andrea di NinoAndrea di Nino
**Cc:** Arkadiy Voropaev
**Subject:** schedule Monday - Tuesday

Guys,

Please see below our schedule for Monday - Tuesday:

Monday:
- 13:00-14:30pm - tour of Aquatics Center (we meet at 12:50 at reception, everybody gets there by themselves, address below)
- 15:30-19:30 - meetings in Wasserman London office (address below)
- 20:00-23:00 - dinner ISL - Wasserman (Konstantin is joining as well)

Tuesday:
- 9:30-12:30 - meetings in Wasserman London office


On meetings agenda - I think we can spend Monday discussing long-term vision/concept, preliminary broadcasting/media strategy, sponsors strategy, marketing approach. And Tuesday we can spend discussing project plan July-December and in more detail the action plan for July-August.


London Aquatics Center address:
Queen Elizabeth Olympic Park
London
E20 2ZQ

Wasserman London office address:
7th Floor
Aldwych House
71-91 Aldwych
London WC2B 4HN


See you all tomorrow!

Artem

<ISL_ProjectPlan_07012018_MASTER.XLSX>

# HOLMES' DECLARATION
# EX. 6A



# INTERNATIONAL SWIMMING LEAGUE

## BROADCAST STRATEGY 2018 - 2022







# BROADCAST
# OPPORTUNITY OVERVIEW

Media revenues will form a crucial component of ISL's revenue mix in the long term, but in the short term, eyeballs and brand exposure are critical to build momentum and create commercial value. Aligned with this, it is not initially realistic to expect traditional pay-TV operators to pay any more than token rights fees, given the increasing trend amongst broadcasters to focus the large majority of their rights spend on the top 5 properties in the content portfolio, eg. Soccer, Golf, Tennis, F1, Olympics.

The major opportunity in the short to medium term (2018-2022) is to drive eyeballs with the foundations of a media revenue stream delivered through the major tech giants who are all forming OTT strategies to compete with traditional pay-TV. In the majority of cases OTT remains ad-funded, rather than pay-to-view, that will help build brand awareness for the    ISL and its sponsors.

INTERNATIONAL
SWIMMING
LEAGUE
2018

# GO TO MARKET MEDIA RIGHTS STRATEGY

**Primary Rights Partner**

ISL should seek to close a major global media rights partnership with one of the following major tech giants; (with specific regional linear broadcaster carve outs where required i.e NBC in USA)

  ‣ **Facebook / Instagram**

  ‣ **Twitter**

  ‣ **Amazon (Prime)**

Rights fee based on a minimum revenue guarantee, covering the 2018 event, the remainder of the first commercial cycle (8 events in 2019) and the subsequent commercial cycle 2020 - 2022

**Secondary Rights Partners**

In addition to the primary   rights partnership, ISL should create a made-for-tv 50 minute introduction show including highlights of the semi finals and a full 50 minute highlights show of the finals available within 48hrs of the event finishing. These programmes will give excellent sponsor exposure and will be distributed on a territory or regional basis to broadcasters and OTT channels on a negotiated fee or hourly fee basis. In the first year these fees are anticipated to be nominal ($500 - $5000 per show broadcaster dependent)



INTERNATIONAL SWIMMING LEAGUE 2018

# YEAR 1: 2018 OUTPUT / PRODUCTION GUARANTEES

Live World Feed (18hrs)
Including Graphics and Timing

On Demand Clips (10-30 seconds per race)

Event TV Highlights Package 1 - htroduction and semi finals

Event TV Highlights Package 2 -Finals and event wrap up

BROADCAST
# GRANT OF RIGHTS



INTERNATIONAL
SWIMMING
LEAGUE
2018

**PRIMARY PARTNERS**

**REGIONAL / NATIONAL LINEAR PARTNER**

EXCLUSIVE LIVE GLOBAL RIGHTS
NON EXCLUSIVE CLIP USAGE
NON EXCLUSIVE USE OF SHOW PACKAGES

NON EXCLUSIVE LIVE / AS-LIVE / ON DEMAND
USE OF CLIPS FOR NEWS AND ONLINE
NON EXCLUSIVE USE OF SHOW PACKAGES

**PLUS OPPORTUNITY FOR CUSTOM EDITORIAL CONTENT
FEATURING ATHLETES / HOST CITIES / PARTNERS**

Case 3:18-cr-07394-JSC   Document 1-1 [10-1]   Filed 06/27/20   Page 79 of 254

# 2018
# TARGET DISTRIBUTION



**Mass digital coverage and credibility and major channel presence in all continents**

**Initial Targets**

EXAMPLE NETWORKS

| OTT Partner | NBC | Fox | Sky | BeIn |
| Facebook - Amazon - Apple - Netflix - Google - Twitter | | | | |

**In-Market**

| Astro Malaysia | Tencent China | NTV Russia | Viasat Nordic | BBC UK | Globo S America | SBC Singapore | EBU Europe |

**Territory targets - live (or as live) plus highlights**

**Support Coverage**

| Sports News | Magazine shows | In Flight |

**Tertiary Coverage - free to air highlights and news distribution**

# 2018 EXAMPLE
# CURRENT APPROACHES IN KEY MARKETS

| | OTT Partner | |
|---|---|---|
| | Facebook - Amazon - Apple - Netflix - YouTube - Twitter | Reach = Over 2.2 billion |

| | USA | FRANCE | UK | RUSSIA | CHINA | ASIA / MAL | BRAZIL | ITALY | S.AFRICA | AUS | M.EAST / GCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRIMARY** | (120m) NBC · ESPN (61m) | (FTA) france 2 · CANAL+ (2.3m) | (FTA) BBC · sky (12m) | (FTA) НТВ+ | (FTA) CCTV · Letv 乐视网 (OTT) | (20m) astro · RTM (FTA) | (183m) GLOBO · ESPN BRASIL (10m) | (FTA) Rai 1 · SKY (5m) | (68m) SABC · Super Sport (36m) | (FTA) ABC HD · FOX SPORTS (4m) | (77.2m) beIN SPORTS |
| **SECONDARY** | FOX SPORTS · TNT SPORTS | L'EQUIPE 21 · EUROSPORT | Premier Sports · BT Sport | MATCH! · EUROSPORT | SINA.com.cn · Tencent 腾讯 | Singtel · StarHub | FOX SPORTS | FOX SPORTS · EUROSPORT | EUROSPORT | SEVEN SPORT 7 | ALKASS · EUROSPORT |

Reach numbers shown in brackets. Source: Various

# 2018 - 2022 BROADCAST REVENUE MODEL 1

Assumption: OTS based on 2018 numbers at 500m with annualised growth at 110% and assumed OTT revenue growth at 30 % > 35% > 40%



INTERNATIONAL SWIM

INTERNATIONAL
SWIMMING
LEAGUE
2018

# 2018 - 2022 BROADCAST REVENUE MODEL 2

## Assumption: OTS based on 2018 numbers at 500m with annualised growth at 150% and CPM model at $10

INTERNATIONAL SWIM



Revenue Model 2 Increase 150%

Legend:
- OTS increase 180%
- Broadcast Revenue
- Commercial Revenue
- Total Revenue

Left axis: 0, 500,000,000, 1,000,000,000, 500,000,000, 2,000,000,000, 2,500,000,000, 3,000,000,000

Right axis: $, $10,000,000.00, $20,000,000.00, $30,000,000.00, $40,000,000.00, $50,000,000.00, $60,000,000.00, $70,000,000.00, $80,000,000.00, $90,000,000.00

X axis: 2018, 2019, 2020, 2021, 2022

INTERNATIONAL SWIMMING LEAGUE 2018



# 2018 - 2022 BROADCAST REVENUE

INTERNATIONAL SWIM

**INTERNATIONAL
SWIMMING
LEAGUE
2018**

|  | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|
| **Model 1** | US$400,000.00 | US$3,200,000.00 | US$6,625,000.00 | US$7,193,750.00 | US$8,071,250.00 | US$25,490,000.00 |
| **Model 2** | US$475,000.00 | US$11,200,000.00 | US$21,200,000.00 | US$34,160,000.00 | US$57,488,000.00 | US$124,523,000.00 |

# APRIL MEETINGS

INTERNATIONAL SWIM CLUBS ASSOCIATION

| Meeting | Title | Broadcaster | Region | OTS Est. |
|---|---|---|---|---|
| Dan Markham | SVP | BEIN SPORT | MENA / FR / Aus | 77.2m |
| Simon Green | Head of BT Sport | BT Sport | UK | 1.8m |
| John Gleasure | CCO | DAZN | Japan / Germany / Aust / Switz | 20m - 50m |
| Mickey O'Rourke | Owner | Setanta & Premier Sports | Ireland / Asia | 40m |
| Richard Verow | Commercial Director | Sky Sports | UK | 12m |
| Rhys Beer | Heads of Content EMEA | Facebook | Global | 2.2 billion |
| CK Lee | Head of Acquisitions | Astro | Malaysia | 20m |

# HOLMES' DECLARATION
# EX. 7

**To:**    Chris Holmes[cholmes@teamwass.com]
**Cc:**    Dmytro Kachurovskyy[kachurovskiy@gmail.com]; Artem Nitz[artem.nitz@gmail.com]
**From:**  Ali Khan[akhan@internationalswimmingleague.com]
**Sent:**  Wed 7/18/2018 5:44:54 AM (UTC)
**Subject:**  Re: ISL PR update

Ok great Chris, I understand.
Thank you.

Ali Khan
CEO
+44 7713 577855

International Swimming League Ltd
Alfred-Escher-Strausse 17
8002 Zurich
Switzerland

On 18 Jul 2018, at 00:25, Chris Holmes <cholmes@teamwass.com> wrote:

> Hi Ali,
>
> I completely understand where you are coming from. As a business, Wasserman is free to operate with whichever clients we please and is independent of the Olympic team. That being said, clearly we have to be sensitive given our CEOs position. I don't foresee it being a problem, but it caught some people off guard so I'm just doing my best to keep everyone on the same page. I should have some more guidance within the next week.
>
> Again, we are moving forward with the scope as laid out and look forward to taking the ISL to the next level.
>
> Let me know if you want to discuss further.
>
> Thanks,
>
> Chris
>
> ---
> **From:** Ali Khan <akhan@internationalswimmingleague.com>
> **Sent:** Tuesday, July 17, 2018 1:29 AM
> **To:** Chris Holmes <cholmes@teamwass.com>; Dmytro Kachurovskyy <kachurovskiy@gmail.com>
> **Cc:** Artem Nitz <artem.nitz@gmail.com>
> **Subject:** RE: ISL PR update
>
> Hi Chris
>
> Thanks for your note. Do you think you guys are conflicted on this?
> I'm not entirely comfortable on such an approach.
>
> Mentioning Wasserman in our PR is not a major part of our PR strategy, but it is important that as we raise our flag and launched our website, that we mentioned some of our advisers and service providers, its only natural to mention Sportcel and Wasserman.
>
> Assuming we are successful, the Wasserman/ISL relationship profile will only increase in the market place whether we mention you guys or not. So I'm assuming this will be OK irrespective of any pushback from IOC or FINA (if that were to happen).
>
> Regards
>
> Ali

**From:** Chris Holmes <cholmes@teamwass.com>
**Sent:** 17 July 2018 05:43
**To:** Ali Khan <akhan@internationalswimmingleague.com>; Dmytro Kachurovskyy <kachurovskiy@gmail.com>
**Cc:** Artem Nitz <artem.nitz@gmail.com>
**Subject:** RE: ISL PR update

Hi Ali,

I spoke with Artem briefly this morning regarding the PR for the Wasserman relationship.

I was contacted by a member of our CEO's, Casey Wasserman, team. They had read the article below and were caught off guard by the Wasserman mention without anything discussed prior. Obviously what is done is done, but going forward we should stay in sync when these types of announcements will be coming. With Casey as the chairman of the LA 2028 Olympic Committee, we need to be sensitive to any issues that may affect his position. This includes the FINA relationship.

That being said, we are full steam ahead on the project, but need to hold on any PR around the Wasserman relationship until I get some more guidance internally on how best to handle. I hope you understand. As soon as I have more information, I'll be sure to pass it along.

I'm happy to hop on the phone to talk through any questions if needed.

Thanks,

Chris

**From:** Ali Khan [mailto:akhan@internationalswimmingleague.com]
**Sent:** Thursday, July 12, 2018 1:56 PM
**To:** Chris Holmes <cholmes@teamwass.com>; artem.nitz@gmail.com
**Subject:** ISL PR update

Chris

Here is the first interview. Generally consistent message. Broadcasting isn't a done deal, more interest from Sky to meet.

https://www.insidethegames.biz/articles/1067341/new-international-swimming-league-to-hold-inaugural-event-this-year-as-fina-maintain-opposition

Ali Khan
CEO

+44 7713 577855

International Swimming League Ltd
Alfred-Escher-Strausse 17
8002 Zurich
Switzerland

# HOLMES' DECLARATION EX. 8

**To:**      Lenah Ueltzen-Gabell[lueltzengabell@teamwass.com]; Chris Holmes[cholmes@teamwass.com]
**Cc:**      Antonia Ralph[aralph@teamwass.com]
**From:**   Cris Cicirello[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31267D9628446E0A9A71DADF45D7285-CRIS CICIRELLO]
**Sent:**    Thur 7/19/2018 8:15:35 PM (UTC)
**Subject:** RE: Photo Op Request

I'm out on Monday guys, but happy to serve tea and biscuits to the protagonists on any other day!

---

**From:** Lenah Ueltzen-Gabell
**Sent:** 19 July 2018 20:39
**To:** Chris Holmes <cholmes@teamwass.com>
**Cc:** Cris Cicirello <ccicirello@teamwass.com>; Antonia Ralph <aralph@teamwass.com>
**Subject:** Re: Photo Op Request

Great. For me Monday, Wednesday afternoon and Thursday are best.

Antonia copied can help with the meeting coordination/ hospitality needed.

Thanks,

Lenah

Sent from my iPhone
On 19 Jul 2018, at 20:31, Chris Holmes <cholmes@teamwass.com> wrote:

> Of course. I'm going to talk with PR today and will send you a draft and nail down other details.
>
> If we get the green light, is there a day next week that would be good for them to swing by the office?
>
> Thanks again for your help on this.
>
> Chris
>
> ---
>
> **From:** Lenah Ueltzen-Gabell
> **Sent:** Thursday, July 19, 2018 12:29 PM
> **To:** Chris Holmes <cholmes@teamwass.com>
> **Cc:** Cris Cicirello <ccicirello@teamwass.com>
> **Subject:** Re: Photo Op Request
>
> Great just double checking with Danny and if he is ok then we can go with the big song and dance.
>
> Pending All approved would just be great to know when and how the release is going out.
>
> Thanks.
>
> Lu
>
> Sent from my iPhone
> On 19 Jul 2018, at 20:14, Chris Holmes <cholmes@teamwass.com> wrote:
>
>> Hi Lenah,
>>
>> Thanks for the quick response. I was halfway through typing this when you shot back an option to chat so please read through and still happy to hop on the phone.
>>
>> And nice to e-meet you by the way. =)  Sorry it's under odd circumstances.
>>
>> The FINA relationship is obviously something we want to be sensitive about. Here is a quick timeline of

the relationship with ISL thus far:

- LATE APRIL: Initial meeting in LA with French agency Com Over who was scouting event locations and agency support.
    a.   Connection came via Cris
- EARLY JUNE: Wasserman sent proposal for services to the ISL with support coming from Properties (Zack) and Endurance (Me)
- MID JUNE: FINA opposition story comes out
- LATE JUNE: ISL wishes to move forward with Wasserman services
- JUNE 28: Chris speaks with John Harper to make him aware of situation and initial response was to move forward
- JUNE 29: Contract is signed
- JULY 2-3: Wasserman team meets with ISL team in London for Kickoff Meeting
- JULY 12: InsideTheGames article about ISL released including more info on FINA opposition. Wasserman is named in giving services
    a.   NOTE: The Wasserman mention was done without my knowledge and I shared our displeasure with being blind sided
- JULY 13: Chris speaks with Patricia Feau under Danny's advice to confirm CW is OK with the situation
- JULY 17: Patricia confirms we are OK to move forward with partnership and any associated press
    a.   Chris relays to Danny

Hopefully that is helpful in getting you up to speed. Again, happy to hop on the phone today or tomorrow to talk through it more.

Thanks,

Chris

---

**From:** Lenah Ueltzen-Gabell
**Sent:** Thursday, July 19, 2018 12:07 PM
**To:** Cris Cicirello <ccicirello@teamwass.com>
**Cc:** Chris Holmes <cholmes@teamwass.com>
**Subject:** Re: Photo Op Request

Thanks Cris ... yes sorry Chris H I should have addressed this direct. Happy to speak live if easier!

Sent from my iPhone
On 19 Jul 2018, at 20:03, Cris Cicirello <ccicirello@teamwass.com> wrote:

> Thanks Lenah,
>
> Please Chris feed back and I of course am happy to do whatever you guys want me to.

**From:** Lenah Ueltzen-Gabell
**Sent:** 19 July 2018 19:59
**To:** Cris Cicirello <ccicirello@teamwass.com>
**Cc:** Chris Holmes <cholmes@teamwass.com>
**Subject:** Re: Photo Op Request

Thanks Cris. Funny enough I have been talking a lot about this partnership given the recent not so great articles and La 28/ cw.

Def cause for Celebration for winning the business, but not sure I am comfy with big in market Wass big press releases or at least participating in it until we have our messaging right.

Do you mind if I speak with Danny/ La 28 and their PR team? Esp given the relationship

Perhaps I am being sensitive and sorry to be the wet blanket, but to give context it's been a very hot topic with Zack, corporate and Danny.

Lenah

Sent from my iPhone
On 19 Jul 2018, at 18:46, Cris Cicirello <ccicirello@teamwass.com> wrote:

> Hi Chris
>
> Happy to but I think this would be one for Lenah, who heads up EMEA, for a better story of seniority, no?
>
> ---
>
> **From:** Chris Holmes
> **Sent:** 19 July 2018 17:44
> **To:** Cris Cicirello <ccicirello@teamwass.com>
> **Subject:** Photo Op Request
>
> Hi Cris,
>
> We are putting out a press release soon with the ISL regarding our partnership. They have asked if they could get a picture with someone at Wasserman at our offices "signing" the partnership, shaking hands, etc. Just some quick PR.
>
> Are you in the office next week to take a few minutes for this? I don't foresee it taking very long. It would be with the ISL CEO so it would be nice to put a face in the London office for them.
>
> Let me know what you think.
>
> Thanks,
>
> Chris
>
> <image001.png>
>
> **CHRIS HOLMES** Vice President, Endurance
> C: (714) 337-6419  |  CHOLMES@TEAMWASS.COM
> WASSERMAN LA  |  T: (310) 407-0200
> Web  |  Twitter  |  Instagram

# HOLMES' DECLARATION EX. 9

| **Cc:** | Dmitriy Kachurovskiy[kachurovskiy@gmail.com] |
|---|---|
| **To:** | Chris Holmes[cholmes@teamwass.com] |
| **From:** | Artem Nitz[artem.nitz@gmail.com] |
| **Sent:** | Sat 8/11/2018 7:50:13 AM (UTC) |
| **Subject:** | Re: Anaheim |

Thank you, Chris! Pls give me call on WhatsApp when convenient.

On Aug 11, 2018, at 02:18, Chris Holmes <cholmes@teamwass.com> wrote:

> Hi Artem,
>
> Thank you for the information. It looks like an interesting event.
>
> We would be happy to meet with the ISL team coming to Anaheim and provide what we can on the elements in our scope. With the new venue still to be determined, it is my guess things will have to be pretty high-level, especially from a broadcast perspective. We can narrow down what exactly would be best in the coming weeks.
>
> I do want to address having Wasserman speak on behalf of the ISL concept. As I mentioned to Dmitriy, we are very much excited to be supporting ISL, but our involvement needs to stay within the confines of our scope. As you can imagine, it would cause a number of issues if Wasserman were to  be used an endorsement tool for all our clients. This goes beyond any issues with the Olympics, but for all our global clients. We are happy to say were are involved as is mentioned in the press release but to be speaking in an endorsement capacity is not what we were hired for.
>
> I hope you understand. Happy to talk through this more as needed.
>
> Thanks,
>
> Chris
>
> ---
>
> **From:** Artem Nitz [mailto:artem.nitz@gmail.com]
> **Sent:** Friday, August 10, 2018 7:13 AM
> **To:** Chris Holmes <cholmes@teamwass.com>
> **Cc:** Dmitriy Kachurovskiy <kachurovskiy@gmail.com>
> **Subject:** Anaheim
>
> Hi Chris,
>
> As discussed earlier, ISL team is planning to attend and present at ASCA World Clinic 2018 in Anaheim (https://swimmingcoach.org/portfolio/2018-asca-world-clinic/).
>
> Preliminary, ISL will have at least 2 time slots to speak:
> - 5 September during the Board meeting (around 2pm, 30 minute slot);
> - 7 September during the general meeting that starts from 9am (our slot is around 10am, for about 40 minutes).
>
> Attendees and speakers from ISL side will include a couple of our management team members and 1-2 ISL ambassadors (we have 3-4 candidates now). Our main agenda will be how ISL format will benefit the sport of swimming commercially, swimmers in particular, coaches, clubs, etc.
>
> We would appreciate Wasserman's participation in both of our dates:
> - 5 September during Board meeting: 5 minute intro and highlights on why Wasserman believes this is a great opportunity to commercially develop swimming;
> - 7 September during general meeting: 10 minute presentation (maybe 6-7 slides) highlighting why Wasserman believes in this idea, highlighting our approach to broadcasters and sponsors, sharing some insights from the Unlock tool, highlight our marketing amplification strategy…

Please let us know your comments on the above agenda and who from Wasserman would be able to attend.

We can discuss this via conference call, if needed.

Thank you,

Artem

# HOLMES' DECLARATION EX. 10

**To:**    Chris Holmes[cholmes@teamwass.com]
**From:**  Artem Nitz[artem.nitz@gmail.com]
**Sent:**  Sun 9/2/2018 11:52:23 AM (UTC)
**Subject:** Re: brochure

Chris,
The brochures are printed out already…

I understand your point, so will specify accordingly next time.

We just went for the shortest term for main companies that help us developing the project. As an example, we do not have any financial involvement with LEN, they do not have any equity stake with us, etc.

Looking forward to seeing you and the team on Tuesday!

Thank you,

Artem


31 авг. 2018 г., в 20:25, Chris Holmes <cholmes@teamwass.com> написал(а):

Artem,

Thank you for sending this over. There is some good information in here.

After circulating internally, we would prefer if on page 7 with our logo Wasserman be referred to as a "Strategy Consultant". The term "Partner" implies some kind of financial involvement in the project and our leadership team would prefer if we stay away from such terms.

Let me know if you can make that change.

Thanks,

Chris

**From:** Artem Nitz [mailto:artem.nitz@gmail.com]
**Sent:** Tuesday, August 28, 2018 1:12 PM
**To:** Chris Holmes <cholmes@teamwass.com>
**Subject:** brochure

As promised - our brochure, as a handout to the conference participants

# HOLMES' DECLARATION
# EX. 11

| | |
|---|---|
| **To:** | Chris Holmes[cholmes@teamwass.com] |
| **From:** | Artem Nitz[artem.nitz@gmail.com] |
| **Sent:** | Sun 9/16/2018 9:21:10 PM (UTC) |
| **Subject:** | Re: Cross Connect |

Will follow up on this one.

On Sep 15, 2018, at 18:15, Chris Holmes <cholmes@teamwass.com> wrote:

HI Dmitriy & Artem,

Thank you for connecting me with Mel. It is exciting to be getting a feature in SwimSwam.

While the press is definitely beneficial, I must share my concern once again with how Wasserman is being presented. I'm sure you all saw this article Mel posted yesterday:

https://swimswam.com/how-do-you-launch-an-international-pro-swimming-league/

The first thing that jumped out was I was listed as part of the ISL Leadership team. While I am proud to be working on the project, I am not an ISL employee. Furthermore, the term "partner" in regards to Wasserman's relationship is clearly being used in a different sense than what our venture really is, a paid consultancy. As I mentioned a few weeks ago, when we used the term "partner" in our press release, we were able to give context to the relationship.  Both in this article and the video, Wasserman is being presented as a backer of the ISL. Our position needs to be clarified with Mel and SwimSwam and the article updated.

In regards to the larger magazine article, Casey will not be available for comment. The team working on the project, including myself, would be available to speak on what is in our scope of work. Again, with the position of what we are as a hired consultant.

I hope you understand our position on this and we can all stay on the same page going forward.

Thanks,

Chris

**From:** Mel Stewart [mailto:mel@swimswam.com]
**Sent:** Friday, September 14, 2018 4:44 PM
**To:** Dmitriy Kachurovskiy <kachurovskiy@gmail.com>
**Cc:** Chris Holmes <cholmes@teamwass.com>; Artem Nitz <artem.nitz@gmail.com>
**Subject:** Re: Cross Connect

Thank you, Dmitriy.

Hi Chris. SwimSwam Magazine's THE PRO ISSUE:
- arrives in-home domestically Nov 28th
- Barnes and Nobles Newsstand North America Dec 3-4
- arrives in-home internationally Dec 11-12th

We are capturing features in late Sept/early Oct.  We would like two interviews:

**ONE**
I would like to interview Casey, re: high level quotes, ISL vision, etc.  This is not a deep dive. It's messaging, a show of strength.  Our readers know Casey after the successful LA bid.  I would like to interview him for 10-15 minutes....or we could provide questions via email if that is more efficient.

**TWO**

We would like to interview you about the Wasserman data. Our readers love data. They are hungry to see how/why ISL is viable in the market. The interview would be to interpret the data for readers.

Chris, if you feel we need to focus on another topic, let me know. We are open to creative ideas.

If you would like to review SwimSwam Magazine, provide your address. I'll send issues.

Thanks,
Mel Stewart
CEO/Publisher
SwimSwam Magazine
SwimSwam.com
512.656.8806

On Fri, Sep 14, 2018 at 6:00 PM, Dmitriy Kachurovskiy <kachurovskiy@gmail.com> wrote:
 -Good afternoon Chris,
 Hope all is well.
 Firstly, I would like to thank you for your participation at the Anaheim convention.
 Additionally, let me introduce you to Mr. Mel Steward. Mel is a co-founder of the SwimSwam, the most influential and popular informational resource when it comes to swimming.

 Mel would like to go over some quotes and messages, which we will use. And discuss various aspects in regards to SwimSwam Magazine's next issue, titled, THE PRO ISSUE, where ISL will be mentioned as well.

 Mel, Chis Holmes is a leader of the Wasserman team, which is in charge of the ISL.
 Just cross connecting you here for the most effective communication.

 -Best Regards,
 Dmitriy

# HOLMES' DECLARATION
# EX. 12

**Cc:**     Dmytro Kachurovskyi[dmytro.kachurovskyi@isl.global]
**To:**     Chris Holmes[cholmes@teamwass.com]
**From:**   Artem Nitz[artem.nitz@gmail.com]
**Sent:**   Tue 10/16/2018 1:08:05 PM (UTC)
**Subject:** Re: International Swim League story - SwimSwam

Hi Chris,

Please delete Dmitriy's @gmail.com address and use dmytro.kachurovskyi@isl.global

You again used a non-existing address.

Thanks,

Artem

---

16 окт. 2018 г., в 01:00, Chris Holmes <cholmes@teamwass.com> написал(а):

Artem & Dmitry,

See thread below from SwimSwam writer Torrey Hart (by way of Mel Stewart).

I feel like the questions related directly to ISL should be answered from your side, right? Casey would not be available for comment on this and we would have to remove question #3 regarding Wasserman athletes as they would have to be kept separate.

I'm copying Tag on here as they appear to be taking more of a media angle on the story and we could discuss on our call Tuesday the best way to approach.

Talk soon.

Chris

Begin forwarded message:

> **From:** Torrey Hart <torreyhart@gmail.com>
> **Date:** October 9, 2018 at 9:20:58 PM PDT
> **To:** llamkin@la28.org
> **Cc:** lservodio@la28.org
> **Subject: Re: International Swim League story - SwimSwam**
>
> Hi Lauren,
>
> I think what kind of got lost in this thread is that our questions are more about the International Swim League, and we're going to introduce it in the context of "In addition to the work Casey's doing for LA 2028, Wasserman is working on the marketing aspect of the ISL." Would you still be the right contact for this?
>
> Here are the questions:
>
> 1. Swimming is traditionally seen as an Olympic sport only. How do you see there being room for an ISL?
>
> 2 - What's the demand for TV rights globally for an international pro swimming league?
>
> 3 - What will ISL do for the sport, and more specifically, WMG clients Katie Ledecky and

Simone Manuel?

4 - Does the model work without the big names? Or do the big names drive the business regardless of the model? More specifically, does the ISL build the stars or do the stars build the ISL?

5 - How big does it need to be to make this work?

Let me know if this is still something you can help with? If not, who should I refer back to?

Thanks for your time.

Best,
Torrey

> **From:** Torrey Hart <torreyhart@gmail.com>
> **Sent:** Thursday, October 4, 2018 1:42 PM
> **To:** Calder Hynes <chynes@teamwass.com>
> **Cc:** Melvin Stewart <mel@swimswam.com>
> **Subject:** International Swim League story - SwimSwam
>
> Hi Calder,
>
> Torrey Hart (also of Yahoo Sports) here. Hope you all have been well since we last spoke!
>
> We're working on our 2018 Year in Review edition of SwimSwam magazine (publishes quarterly in print), and are hoping to include a feature on Wasserman's work with the International Swim League, as well as touch on Casey's work with Janet Evans to get the LA2028 bid.
>
> I'm wondering if we can send a few questions your way for Casey regarding the League?
>
> Provided we can move forward, I'll send the questions right away.
>
> Best,
> Torrey

<image002.png>

<image001.png>

# HOLMES' DECLARATION
# EX. 13

Message

| | |
|---|---|
| **From:** | Tag Garson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4337916F31C4844802435D5E9619D66-TGARSON@WMGLLC.COM] |
| **Sent:** | 9/11/2018 8:43:28 PM |
| **To:** | Artem Nitz [artem.nitz@isl.global] |
| **Subject:** | RE: tv vs mobile |

Yes, aware of the mobile shift in advertising, but as of now, only 2% of a sports viewer is watching on-line vs a television for major events. They still go to the best screen available, unless it is esports, where the dynamic changes. We will make the right decisions in the short term to set you up for the long term.

---

**From:** Artem Nitz <artem.nitz@isl.global>
**Sent:** Tuesday, September 11, 2018 3:59 PM
**To:** Tag Garson <tgarson@teamwass.com>
**Subject:** tv vs mobile

Tag,

As a followup to your point in importance of linear TV, please see a pic attached. Mobile advertizing will be bigger than in tv within 2-3 years.

So aggressive focus on digital/social media platforms is inevitable. As well as developing own proprietary digital channel?



# HOLMES' DECLARATION EX. 14

Message

| | |
|---|---|
| **From**: | Tag Garson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4337916F31C4844802435D5E9619D66-TGARSON@WMGLLC.COM] |
| **Sent**: | 7/20/2018 2:02:58 PM |
| **To**: | Ali Khan [akhan@internationalswimmingleague.com]; artem.nitz@gmail.com |
| **CC**: | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac] |
| **Subject**: | RE: FloSports |

Hi Ali. I am not convinced Flo is the right place anyway. If I have to be behind a pay-wall/subscription, there are bigger platforms I would prefer. Doesn't mean they don't have a good platform, just not my first choice. They won't offer something until they know who is participating since it impacts their offer. If I desperately wanted to be with Flo, I would push more.

-----Original Message-----
From: Ali Khan <akhan@internationalswimmingleague.com>
Sent: Friday, July 20, 2018 4:06 AM
To: Tag Garson <tgarson@teamwass.com>; artem.nitz@gmail.com
Cc: Chris Holmes <cholmes@teamwass.com>
Subject: RE: FloSports

Thanks Tag

Ok, so we should connect with them once we confirm squads.  But what is the blue-sky scenario working with Flosports. Assuming we secure "dream-team squads" what do you think their offer would be (commercial and broadcasting footprint)?

Also could we approach dialogue in another way that once the venue is decided; could we share the indicative squads, agree to an indicative term sheet, and then secure the squads as part of our deliverables?

Regards

Ali

-----Original Message-----
From: Tag Garson <tgarson@teamwass.com>
Sent: 19 July 2018 22:45
To: Ali Khan <akhan@internationalswimmingleague.com>; artem.nitz@gmail.com
Cc: Chris Holmes <cholmes@teamwass.com>
Subject: FloSports

Good afternoon/evening. Flo is interested in the event/series, but had a couple of comments. They have distributed one-off swimming events in past with lower than hoped results, so they had some questions, in particular about swimmers and NGB approvals. That said, as we've mentioned before, the key is the swimmers. They need to hear confirmed participants before progressing further. Also, they suggested an event in North America could be beneficial to their interest. Frankly, their pockets/offer alone wouldn't be large enough to warrant having an event here in North America, but they said it, so I am passing along. We will remain in touch as our own ISL discussions progress.

Best to all.

# HOLMES' DECLARATION
# EX. 15

Message

| | |
|---|---|
| **From:** | Tag Garson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4337916F31C4844802435D5E9619D66-TGARSON@WMGLLC.COM] |
| **Sent:** | 10/29/2018 8:04:41 PM |
| **To:** | Artem Nitz [artem.nitz@isl.global] |
| **CC:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac] |
| **Subject:** | RE: Facebook |

As for Facebook production, it means with social media opportunities incorporated into it.

**From:** Artem Nitz <artem.nitz@isl.global>
**Sent:** Monday, October 29, 2018 4:01 PM
**To:** Tag Garson <tgarson@teamwass.com>
**Cc:** Chris Holmes <cholmes@teamwass.com>
**Subject:** Re: Facebook

Thank you, Tag.

Who did you meet?

What does it mean in practice "have it on FB but as FB production"?

On Oct 29, 2018, at 20:25, Tag Garson <tgarson@teamwass.com> wrote:

> Met with Facebook today and discussed the ISL event. Since it is the first and not a series, they will not be offering any money but suggested to have it on FB but as a FB production. This was no surprise and echoed what I had previously suggested. Since next year will be a series, there may be more interest in working directly together. We will continue our dialogue with them and with others but wanted to give you the update as soon as I returned to office.

<image001.png>
**Tag Garson** Senior Vice President, Properties
T: (212) 710-8070 | TGARSON@TEAMWASS.COM
WASSERMAN NYC
Web | Twitter | Instagram

# HOLMES' DECLARATION
# EX. 16

Message

| | |
|---|---|
| **From:** | Jack Bratches [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41E19DB6C90D4FADAEEA73E8059EF3FB-JACK BRATCH] |
| **Sent:** | 12/4/2018 3:53:49 AM |
| **To:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]; Rick Hepburn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7615ac51a6fc408eb7e4c706061f6d97-Rick Hepburn] |
| **Subject:** | Wasserman - ISL Long-Term Sponsorship Strategy |
| **Attachments:** | ISL_Sponsorship Strategy_Long Term_FINAL.pdf |

Hi Chris,

Find attached the final sponsorship strategy deck, and find below a note to accompany it.

Feel free to include this in the final note to the ISL team. If not, I'll be in the office tomorrow if you want to talk it through.

Thanks,

jb

---

Hi all,

Find attached the Long-Term Sponsorship Strategy that our team has put together.

To help your side follow along, I've provided some commentary below.

## APPROACH
- The goal of this long-term strategy is to create a sustainable sponsorship ecosystem for the ISL. This will need a sponsorship model that structures the different layers of sponsorship, a packaging strategy that details how sponsorship asset packages are developed, and compelling sponsorship platforms to sell holistic opportunities against.

## MARKET LANDSCAPE
- The market landscape is divided into three different workstreams: understanding market comparisons for analysis, uncovering the factors that drive growth for touring leagues, and analyzing the different sponsorship models that exist within touring leagues.
- Our work distinguishes leagues into two types: traditional leagues with distributed competition and nontraditional leagues with touring competition. We will focus on nontraditional sports because this is how the ISL is structured, and the addition of event organizers results in a more complicated approach to sponsorship.
- From here, we looked to further characterize the direct market comparisons by stages of growth. We determined that there are 4 principle factors that contribute to the growth of a touring league: international broadcast exposure, hosting payments (payments made from the event to the league), economic impact of the event, and the host event resources (how developed is the venue that is hosting the event). After defining each league by these factors, it is clear that there is a distribution of "Unestablished" leagues and "Established" leagues.
- When analyzing the sponsorship models of both types of leagues, we see that unestablished leagues tend to package events on the regional level, selling sponsorships across a few different events that appeal to a brand. Nevertheless, these leagues have difficulty packaging all events together under a robust sponsorship because

they don't attract brands that have a global footprint or they can't provide enough exposure to a brand to sell a global sponsorship at an appropriate price threshold.

- For established leagues, there is a strong focus on global sponsorship and incorporating all the events on tour into a robust opportunity. These sponsorships yield high returns for the league and provide global exposure, direct interaction with fans, and high share of voice. Also, established leagues have relationships with event organizers. In these cases, sponsorship rights at the local level (at times in non-competing categories) can be sold be event organizers. Unestablished leagues likely won't interface with league organizers because there isn't enough interest and revenue potential to attract local promoters.

## ISL SPONSORSHIP MODEL
- Although there is potential for the ISL to become an established league in the long-term, the league will start as an unestablished entity with a clear growth trajectory.
- In the beginning, the ISL must focus on building the foundation of the sponsorship model through local opportunities. These will likely include brands that have experience within swimming sponsorship, and there is potential to package many events together based on brand objectives and revenue potential.
- As the league grows in popularity and yields more broadcast exposure, there is a necessary transition to global sponsorships that span all events to provide significant exposure for marquee brands. At this point, it is possible that event organizers begin to promote the events, and the ISL can license certain smaller sponsorship rights to local parties to generate alternative revenue streams.

## PACKAGING STRATEGY
- The packaging strategy provides the structure to understand what types of assets should be included in the most effective sponsorship packages. To do this, we looked across touring leagues, traditional leagues, and touring events to analyze best-in-class sponsorship examples and their correlations.
- These correlations include a compelling narrative, ownership component, engagement feature, and exposure opportunity. We have provided 6 examples to illustrate how this comes to life in an effective package that resonates with brands. These components are layered into a holistic package to drive revenue-maximizing sponsorship for the league.

## POTENTIAL PLATFORMS
- The potential platforms section ideates and creates sponsorship packages that would be most effective when selling to brands. These adopt the revenue-maximizing packaging strategy to develop robust opportunities for brands to connect with the ISL's audience.

Thanks,

jb

# HOLMES' DECLARATION
# EX. 16A



# INTERNATIONAL SWIMMING LEAGUE

## LONG-TERM SPONSORSHIP STRATEGY

DECEMBER 2018



# AGENDA

APPROACH 

MARKET LANDSCAPE 

ISL SPONSORSHIP MODEL 

PACKAGING STRATEGY 

SPONSORSHIP PLATFORMS 





# APPROACH

# APPROACH | LONG-TERM STRUCTURE

## THE LONG-TERM STRATEGY WILL ALLOW THE ISL TO DEVELOP A SUSTAINABLE APPROACH TO CREATING ROBUST SPONSORSHIP OPPORTUNITIES AND DELIVERING ON BRAND SPONSOR OBJECTIVES.

**KEY COMPONENT**

**APPROACH**

## LONG-TERM STRATEGY

Developing a long-term sponsorship strategy and structure to create compelling opportunities and deliver on sponsor objectives



**SPONSORSHIP MODEL** ●→

Understanding the **COMPONENTS TO AN EFFECTIVE ISL SPONSORSHIP MODEL** and how these will evolve over time as the league becomes more established

**PACKAGING STRATEGY** ●→

The identification and development of **EFFECTIVELY CRAFTED ASSET PACKAGES AND RELEVANT OPPORTUNITIES** through best-in-class examples

**SPONSORSHIP PLATFORMS** ●→

Utilizing the scale of the ISL's global schedule to create compelling **SPONSORSHIP PLATFORMS THAT SUPPORT BRAND OBJECTIVES** and messaging

4 



# MARKET
# LANDSCAPE

# MARKET LANDSCAPE | OVERVIEW

THE MARKET LANDSCAPE IDENTIFIES MARKET COMPARISONS, THE FACTORS THAT CHARACTERIZE A LEAGUE AS ESTABLISHED, AND THE SPONSORSHIP MODEL OF UNESTABLISHED AND ESTABLISHED LEAGUES.

## MARKET LANDSCAPE OVERVIEW







### MARKET COMPARISONS

Understanding the different types of leagues and what sports are potential direct ISL sponsorship comparisons

### GROWTH FACTORS

Understanding the various factors that characterize a given league as an unestablished or established

### SPONSORSHIP MODELS

Analyzing the types of sponsorship models within unestablished, up-and-coming sports compared to established leagues





MARKET COMPARISONS

# MARKET LANDSCAPE | TYPES OF SPORTS

**TRADITIONAL SPORTS THAT HAVE TEAMS HOST REGULARLY SCHEDULED COMPETITION AND NONTRADITIONAL SPORTS THAT INCORPORATE A TOURING SCHEDULE HAVE VARIED APPROACHES TO SPONSORSHIP.**

## TRADITIONAL SPORTS

*"Distributed Competition"*

  
  

Leagues with a consistent schedule of competition that occurs simultaneously across many different venues

## NONTRADITIONAL SPORTS

*"Touring Competition"*

   
   
  

Leagues that have a touring schedule that brings all the competition to individual venues nationally or internationally



# MARKET LANDSCAPE | MARKET COMPARISONS

**THE INTERACTION AND INCORPORATION OF EVENT ORGANIZERS FOR NONTRADITIONAL SPORTS RESULTS IN ADDITIONAL CONSIDERATIONS FOR THE SPONSORSHIP MODEL.**

## TRADITIONAL SPORTS

*"Distributed Competition"*

League interaction with just teams allows for a more straightforward approach to sponsorship



## NONTRADITIONAL SPORTS

*"Touring Competition"*

League interaction with both participating teams/athletes and event organizers results in a more complicated approach to sponsorship



DIRECT ISL MARKET COMPARISONS





GROWTH FACTORS

# MARKET LANDSCAPE | GROWTH FACTORS

ACROSS THE LANDSCAPE OF TOURING COMPETITION, WE
FOUND SPECIFIC FACTORS THAT LEAD A SPORT TO BE MORE
ESTABLISHED GLOBALLY.

## DIRECT ISL MARKET COMPARISONS

   

   

 



## GROWTH FACTORS

 **1** INT. BROADCAST EXPOSURE

 **2** HOSTING PAYMENTS

 **3** ECONOMIC IMPACT

 **4** HOST EVENT RESOURCES

The identified factors that constitute a
touring sport to be considered established
or unestablished



# MARKET LANDSCAPE | GROWTH FACTORS

THESE GROWTH FACTORS ARE AN EMBODIMENT OF THE TOTAL
REVENUE GENERATED FROM A LEAGUE AND THE OVERALL
IMPACT THAT THE LEAGUE HAS ON THE COMMUNITY.

## GROWTH FACTORS

| **INT. BROADCAST EXPOSURE** | **HOSTING PAYMENTS** | **ECONOMIC IMPACT** | **HOST EVENT RESOURCES** |
|---|---|---|---|
|  |  |  |  |
| The ability for the league to drive significant international exposure across each event | The degree of payment from an event organizer to a league to host an event in that city | The overall economic impact that each stop on tour brings to city or surrounding community | The resources that host events have at their disposal for sponsorship sales and activation |

**REVENUE**

**COMMUNITY IMPACT**



12

# MARKET LANDSCAPE | TOURING GROWTH FACTORS

WHEN ANALYZING THESE FACTORS ACROSS PROMINENT TOURING LEAGUES, IT IS EVIDENT THAT THERE IS A DISTRIBUTION OF REVENUE GENERATION AND COMMUNITY IMPACT.



TOURING SPORTS

|  | | F1 | PGA TOUR | EUROPEAN TOUR | NASCAR | ATP | MotoGP | UCI WORLD TOUR | IAAF | WSL | ITU WORLD TRIATHLON SERIES | avp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | INT. BROADCAST EXPOSURE | 🟢 | 🟢 | 🟢 | 🟡 | 🟡 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 |
|  | HOSTING PAYMENTS | 🟢 | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 | 🔴 | 🔴 |
| **COMMUNITY IMPACT** | ECONOMIC IMPACT | 🟢 | 🟢 | 🟡 | 🟢 | 🟡 | 🟡 | 🟡 | 🔴 | 🔴 | 🔴 | 🔴 |
|  | HOST EVENT RESOURCES | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟡 | 🔴 | 🔴 | 🔴 | 🔴 |

# MARKET LANDSCAPE | ESTABLISHMENT MATRIX

**WHEN VISUALLY REPRESENTING EACH LEAGUES REVENUE
GENERATED AND COMMUNITY IMPACT, THE DISTRIBUTION OF
UNESTABLISHED AND ESTABLISHED LEAGUES IS HIGHLIGHTED.**



**14**

# MARKET LANDSCAPE | UNESTABLISHED V. ESTABLISHED

**UNESTABLISHED LEAGUES ARE PRIMARILY IN THE GROWTH PROCESS WHILE ESTABLISHED LEAGUES YIELD HIGH REVENUE AND IMPACT THROUGH AN EXPANSIVE AUDIENCE.**





### UNESTABLISHED

### ESTABLISHED

Low revenue, low impact leagues that are **IN THE GROWTH PROCESS**

High revenue, high impact leagues with a **DEFINED, EXPANSIVE AUDIENCE**

 
 

 


 
 






SPONSORSHIP MODELS

# MARKET LANDSCAPE | SPONSORSHIP MODELS

**WE NEXT EXPLORED THE IMPLICATIONS OF HOW ESTABLISHED A LEAGUE IS ON THE EVOLUTION OF THE LEAGUE SPONSORSHIP MODEL.**

### UNESTABLISHED + ESTABLISHED LEAGUES

   

   





### SPONSORSHIP MODELS



Inspecting both unestablished and established league sponsorship models to understand how the ISL's model will evolve over time





# MARKET LANDSCAPE | TYPES OF TOURING SPONSORSHIP

**THROUGHOUT ALL TOURING LEAGUES, THERE EXISTS THREE PRIMARY TYPES OF SPONSORSHIP: LEAGUE SPONSORSHIP, EVENT SPONSORSHIP SOLD BY EVENT ORGANIZERS, AND TEAM SPONSORSHIP.**

## TYPES OF TOURING SPONSORSHIP

| LEAGUE SPONSORSHIP | EVENT SPONSORSHIP | ATHLETE/TEAM SPONSORSHIP* |
|---|---|---|

  

**OVERVIEW**

Sponsorship that is packaged at the league level with varying degrees of integration across the calendar of events

Sponsorship that are sold and implemented by an individual event on a larger touring schedule

Sponsorship specific to an individual or team that receives exposure across all events through consistent exposure

 

**ANALYSIS OF ESTABLISHED AND UNESTABLISHED SPONSORSHIP MODELS**

 *Primary league structural decision is whether teams can sell their naming rights to endemic or non-endemic brands 

# MARKET LANDSCAPE | TOURING SPONSORSHIP LANDSCAPE

**LEAGUE SPONSORSHIP IS SOLD ACROSS A VARYING NUMBER OF EVENTS WHILE EVENT SPONSORSHIP IS PARTICULAR TO THE SPECIFIC MARKET THAT IT IS SOLD IN.**

## TYPICAL TOURING SPONSORSHIP LANDSCAPE



**SPONSORSHIP MODEL FOCUS**

Our approach will focus on the relationship between league and event sponsors because team sponsorships are managed on the team-by-team basis



19

# MARKET LANDSCAPE | UNESTABLISHED SPONSORSHIP MODEL





**UNESTABLISHED MODELS ARE MORE FOCUSED ON ACTIVATING LEAGUE SPONSORSHIP ON THE LOCAL LEVEL AND HAVE DIFFICULTY EFFECTIVELY PACKAGING ACROSS MANY DIFFERENT EVENTS.**



| TIER | UNESTABLISHED LEAGUE SPONSORSHIP MODEL | CONSIDERATIONS |
|------|----------------------------------------|----------------|
| **TOP TIER** (SERIES ENTITLEMENT) *"Naming Rights"* | | Unable to sell at an effective price due to **THE INABILITY TO OFFER A COMPELLING PACKAGE TO GLOBAL BRANDS** |
| **SECOND TIER** (GLOBAL SPONSORS) *"Across All Events"* | | Difficulty packaging schedule together due to **NICHE NATURE OF THE SPORT AND LACK OF INTERNATIONAL EXPOSURE** |
| **THIRD TIER** (OFFICIAL SPONSORS) *"Across Most Events"* | | The league sponsors that activate across most events to **TAP INTO THE LEAGUE'S CORE AUDIENCE GLOBALLY** |
| **FOURTH TIER** (REGIONAL SPONSORS) *"Across Select Events"* | | League sponsorship is rooted in incorporating **LOCAL BRANDS ACTIVATED IN THEIR TARGET MARKETS** |
| **EVENT SPONSORS** (SOLD BY HOST) | | Lack of revenue opportunities leads to events organized by the league and **NO EVENT ORGANIZER PRESENCE** |

LEAGUE

EVENT



# MARKET LANDSCAPE | ESTABLISHED SPONSORSHIP MODEL



## ESTABLISHED LEAGUES ARE FOCUSED ON GLOBAL ACTIVATIONS AND OPPORTUNITIES WHILE THEY LICENSE THE RIGHTS AWAY TO EVENT ORGANIZERS FOR LOCAL ACTIVATIONS.



| TIER | ESTABLISHED LEAGUE SPONSORSHIP MODEL | CONSIDERATIONS |
|------|--------------------------------------|----------------|
| **TOP TIER** (SERIES ENTITLEMENT) *"Naming Rights"* | | Depending on league objectives, it is possible to command **A LUCRATIVE SERIES NAMING RIGHTS AGREEMENT** |
| **SECOND TIER** (GLOBAL SPONSORS) *"Across All Events"* | | League sponsorship is **ROOTED IN LARGE OPPORTUNITIES SPANNING ALL EVENTS** and touchpoints globally |
| **THIRD TIER** (OFFICIAL SPONSORS) *"Across Most Events"* | | Established leagues offer the ability for sponsors to **ACTIVATE ACROSS MANY CORE TARGET MARKETS** for the brand |
| **FOURTH TIER** (REGIONAL SPONSORS) *"Across Select Events"* | | Occasionally, established leagues allow for SPONSORS TO PAY LARGE PREMIUMS TO ONLY SPONSOR IN SELECT MARKETS |
| **EVENT SPONSORS** (SOLD BY HOST) | | Leagues allow **EVENT ORGANIZERS TO SELL EVENT SPONSORSHIPS** due to hosting payments and event resources |

LEAGUE

EVENT



# MARKET LANDSCAPE | SPONSORSHIP MODEL DIFFERENCES

**IT IS NECESSARY TO DEFINE THE ISL'S PLACE ON THE DISTRIBUTION TO UNDERSTAND THE SPONSORSHIP IMPLICATIONS OVER TIME.**



## UNESTABLISHED

Low revenue, low impact leagues that are **IN THE GROWTH PROCESS**





## ESTABLISHED

High revenue, high impact leagues with a **DEFINED, EXPANSIVE AUDIENCE**

**SPONSORSHIP CONSIDERATIONS**

*Attractive to Local Sponsors*

*Sponsorship across Select Events*

*No Event Organizer Sales*

*Attractive to Global Sponsors*

*Sponsorship across Entire Schedule*

*Event Organizers Sell Event Sponsorships*

22



# ISL

# SPONSORSHIP MODEL

# ISL SPONSORSHIP MODEL | LONG V. SHORT TERM GROWTH FACTORS

THROUGH EXAMINING THE ISL'S POTENTIAL REVENUE GENERATION AND COMMUNITY IMPACT, IT IS EVIDENT THAT THE LEAGUE WILL COMMENCE IN AN UNESTABLISHED FORMAT.



### GROWTH FACTORS

| | "Short-Term" | "Long-Term" |
|---|---|---|
| **REVENUE** — INT. BROADCAST EXPOSURE | 🔴 | 🟢 |
| **REVENUE** — HOSTING PAYMENTS | 🔴 | 🟡 |
| **COMMUNITY IMPACT** — ECONOMIC IMPACT | 🟡 | 🟢 |
| **COMMUNITY IMPACT** — HOST EVENT RESOURCES | 🔴 | 🟡 |

24



# ISL SPONSORSHIP MODEL | GROWTH TRAJECTORY

THROUGH GROWING REVENUE AND IMPACT OVER TIME AS THE
ISL DEVELOPS A FAN BASE, THERE IS A POTENTIAL UPWARD
GROWTH TRAJECTORY TOWARDS AN ESTABLISHED LEAGUE.





# ISL SPONSORSHIP MODEL | SHORT-TERM SPONSORSHIP MODEL



"Short-Term"

**IT IS RECOMMENDED THAT THE ISL INITIALLY FOCUSES ON REGIONAL AND OFFICIAL LEAGUE SPONSORSHIPS IN ORDER TO GROW A SUSTAINABLE SPONSORSHIP FOUNDATION.**



**TIER**

**ISL SHORT-TERM SPONSORSHIP MODEL**

**LEAGUE**

**TOP TIER**
(SERIES ENTITLEMENT)
*"Naming Rights"*

**SECOND TIER**
(GLOBAL SPONSORS)
*"Across All Events"*

**THIRD TIER**
(OFFICIAL SPONSORS)
*"Across Most Events"*

**FOURTH TIER**
(REGIONAL SPONSORS)
*"Across Select Events"*

**EVENT**

**EVENT SPONSORS**
(SOLD BY HOST)

**ISL SHORT-TERM FOCUS**

Larger sponsorships will be **STRATEGICALLY PACKAGED OPPORTUNITIES** for sponsors with global traction

The majority of sponsor demand will be **LOCAL BRANDS TARGETING SPECIFIC TARGET MARKETS**

26



# ISL SPONSORSHIP MODEL | GROWTH TRAJECTORY

**NEVERTHELESS, AS THE LEAGUE ESTABLISHES ITSELF GLOBALLY, THERE WILL BE ASPECTS OF THE SPONSORSHIP MODEL THAT WILL NEED TO ADAPT SIMULTANEOUSLY.**



"SHORT-TERM"

An **UNESTABLISHED** league that is focused on building an audience and creating revenue



GROWTH TRAJECTORY



"LONG-TERM"

An **ESTABLISHED** league that is focused on global distribution and revenue maximization



27

# ISL SPONSORSHIP MODEL | LONG-TERM SPONSORSHIP MODEL



"Long-Term"

**IN THE LONG-TERM, THE ISL HAS THE POTENTIAL TO CRAFT ROBUST ASSET PACKAGES BY LEVERAGING THEIR TOUR OF EVENTS WHILE LICENSING THE EVENT SPONSOR RIGHTS TO EVENT ORGANIZERS.**



**TIER** — **ISL LONG-TERM SPONSORSHIP MODEL**

**LEAGUE**

**TOP TIER**
(SERIES ENTITLEMENT)
*"Naming Rights"*

**SECOND TIER**
(GLOBAL SPONSORS)
*"Across All Events"*

**THIRD TIER**
(OFFICIAL SPONSORS)
*"Across Most Events"*

**FOURTH TIER**
(REGIONAL SPONSORS)
*"Across Select Events"*

**EVENT**

**EVENT SPONSORS**
(SOLD BY HOST)

**ISL LONG-TERM FOCUS**

**PREMIUM SPONSORSHIPS SOLD TO GLOBAL BRANDS** that look to leverage the ISL's global reach and diverse audience

Sponsorships rooted around the ownership of a core component that is **ACTIVATED AT MOST EVENTS** i.e. fan festivals

The **ABILITY FOR EVENT ORGANIZERS TO SELL** small, non-competing sponsorships

28



# ISL SPONSORSHIP MODEL | KEY TAKEAWAYS

**AS THE ISL BECOMES A MORE ESTABLISHED LEAGUE, THERE WILL BE A NECESSARY EVOLUTION FROM REGIONAL SPONSORSHIPS TO GLOBAL SPONSORSHIPS.**

## KEY TAKEAWAYS

**SHORT-TERM STRATEGY**
*Official + Regional Sponsor Focused* 

- Build through regional sponsorship opportunities

- Package multiple markets together for Official Sponsorships that expand brand exposure

- Target relevant categories that have experience in the swimming landscape

- Refrain from selling underpriced global sponsorships

**LONG-TERM STRATEGY**
*Global + Official Sponsor Focused* 

- Expand to marquee brands with large marketing budgets and sponsorship portfolios

- Package all events to offer global opportunities into Founding Sponsorships for maximum exposure and access to global fans

- Sell local sponsorship rights in non-competing categories to event organizers as events gain traction in-market

The ISL's sponsorship model and strategy will continue to evolve to incorporate larger and more global opportunities as it becomes more established

 29



# PACKAGING STRATEGY | OVERVIEW

**THE PACKAGING STRATEGY OPTIMIZES THE SPONSORSHIP PACKAGING APPROACH THROUGH A MARKET ASSESSMENT, SPONSORSHIP CORRELATIONS, AND BEST-IN-CLASS EXAMPLES.**

## PACKAGING STRATEGY OVERVIEW







**MARKET ASSESSMENT**

An assessment of different sponsorships across leagues, teams, and events

**SPONSORSHIP CORRELATIONS**

Understanding the correlating factors that drive value for sponsors throughout the market

**BEST-IN-CLASS EXAMPLES**

Highlighting best-in-class examples that bring the identified sponsorship correlations to life

**DERIVING THE OPTIMAL SPONSORSHIP PACKAGING APPROACH FOR ISL**



# PACKAGING STRATEGY | MARKET ASSESSMENT

THE MARKET ASSESSMENT LOOKED ACROSS TOURING LEAGUES,
TRADITIONAL LEAGUES, AND TOURING EVENTS TO UNDERSTAND THE
CONSISTENT ASPECTS OF EFFECTIVE SPONSORSHIP.

## SPONSORSHIP MARKET ASSESSMENT

### TOURING LEAGUES

Sponsorships within nontraditional,
touring competition leagues at the
league level





### TRADITIONAL LEAGUES

Sponsorships within traditional,
distributed competition leagues at
the team level





### TOURING EVENTS

Venue operators that curate series
and events with targeted and
custom sponsorship opportunities







# PACKAGING STRATEGY | SPONSORSHIP CORRELATIONS

## THE SPONSORSHIP CORRELATIONS THAT WERE DERIVED FROM THE MARKET ASSESSMENT DEMONSTRATE CONSISTENT ASPECTS OF REVENUE-MAXIMIZING SPONSORSHIP OPPORTUNITIES.

### SPONSORSHIP CORRELATIONS

| COMPELLING NARRATIVE | OWNERSHIP COMPONENT | ENGAGEMENT FEATURE | EXPOSURE OPPORTUNITY |
|---|---|---|---|









Developing unique storylines to create an authentic and natural connection with the consumer

Bringing a brand's capabilities or offering to life through customized and targeted ownership

The ongoing shift of consumer communication priorities to mobile, digital, and social environments to enable more targeted engagement

Elevating brand awareness by developing multiple consumer touchpoints to maximize exposure



# PACKAGING STRATEGY | TOURING LEAGUES




**MASTERCARD'S PARTNERSHIP WITH THE PGA TOUR GIVES CARDHOLDERS PREMIUM ACCESS TO A NUMBER OF PGA EVENTS AS WELL AS UPGRADES THROUGHOUT AN EVENT WEEKEND.**

| | SPONSORSHIP ANALYSIS | SPONSOR PACKAGE | |
|---|---|---|---|
| **COMPELLING NARRATIVE** | As the official credit card of the PGA Tour, MasterCard's access to premium upgrades and seating gives fans the opportunity to have a unique and special event experience | **ACCESS PLATFORM** | |
| **OWNERSHIP COMPONENT** | Mastercard runs all on-site upgrades for attendees through "text to win" features for enhanced hospitality, concessions, merchandise, and private lessons with pros | **UPGRADE PROGRAM** | |
| **ENGAGEMENT FEATURE** | Selected fans are given the chance to play on a number of private, official, TPC PGA Tour courses with an official caddie and other professional perks | **RELEVANT EXPERIENCE** | |
| **EXPOSURE OPPORTUNITY** | MasterCard is given premier signage such as scoreboard, practice range, and flag pins, and dedicated activation space at PGA Tour events | **ACTIVATION SPACE** | |



34

# PACKAGING STRATEGY | TOURING LEAGUES

 

**MONSTER ENERGY'S SPONSORSHIP WITH NASCAR HIGHLIGHTS THEIR EXPERIENTIAL PROGRAMMING THROUGH DYNAMIC EVENTS AND UNIQUE EXPERIENCES FOR ATTENDEES.**

|  | SPONSORSHIP ANALYSIS | SPONSOR PACKAGE |  |
|---|---|---|---|
| **COMPELLING NARRATIVE** | Monster Energy is focused on fueling the off-track experience through innovation and growing the sport to target new demographics | **GROWTH PLATFORM** |  |
| **OWNERSHIP COMPONENT** | Their title sponsorship of the NASCAR Cup Series is built around providing alternative experiences on and off track to connect with fans in a differentiated way | **EXPERIENTIAL PROGRAM** |  |
| **ENGAGEMENT FEATURE** | Fans that brought empty Monster cans to select races are eligible for a free ticket to the weekend festivities, including custom activations and social media integration | **UNIQUE EXPERIENCE** |  |
| **EXPOSURE OPPORTUNITY** | Monster hosts the "Ball of Steel", an area that features music performances, motorcycle stunts, MMA fights, and more, in order to connect with new fans | **TARGETED ACTIVATION** |  |



# PACKAGING STRATEGY | TRADITIONAL LEAGUES



CHASE ● CENTER | accenture

**THE CHASE CENTER PARTNERSHIP WITH ACCENTURE DESIGNATES THE COMPANY AS THE TECHNOLOGY INNOVATION PARTNER OF THE ARENA AND SURROUNDING DISTRICT, PUSHING FAN ENGAGEMENT THROUGH CUSTOM PROGRAMMING AND SOCIAL PLATFORMS.**

|  | SPONSORSHIP ANALYSIS | SPONSOR PACKAGE | |
|---|---|---|---|
| **COMPELLING NARRATIVE** | Named the Official Technology Innovation Partner to reinvent the fan and community experience at Chase Center and the surrounding district | **INNOVATION PLATFORM** |  |
| **OWNERSHIP COMPONENT** | Design and implement an immersive and engaging experience for the guests and fans of the arena, restaurants, retail businesses, offices and plazas that will comprise Chase Center and the surrounding district | **FAN EXPERIENCE PROGRAM** |  |
| **ENGAGEMENT FEATURE** | Engage fans and the community in defining the future experience through #Fannovate, a fan-involvement effort to capture input and ideas | **SOCIAL CONTENT** |  |
| **EXPOSURE OPPORTUNITY** | Accenture engages fans with Google Cardboard virtual reality viewers in celebration of the new arena, district development and their sponsorship | **CUSTOM ACTIVATION** |  |



# PACKAGING STRATEGY | TRADITIONAL LEAGUES



**T-MOBILE ARENA PARTNERED WITH TOSHIBA TO SHOWCASE THE BRAND'S TECHNOLOGY CAPABILITIES THROUGHOUT THE DISTRICT WITH DISPLAY AND INTERACTIVE INTEGRATIONS AS WELL AS NAMING RIGHTS TO AN OWNABLE SPACE.**

| | SPONSORSHIP ANALYSIS | SPONSOR PACKAGE | |
|---|---|---|---|
| **COMPELLING NARRATIVE** | Toshiba uses the venue to showcase how its technology transformed the T-Mobile arena into one of the most technologically advanced venues across all of sports | **TECHNOLOGY PLATFORM** | |
| **OWNERSHIP COMPONENT** | Naming rights to Toshiba Plaza directly outside of T-Mobile Arena, a two acre entertainment space featuring three stages, four 40 foot towers with LED screens for event-day experiences | **OWNABLE SPACE** | |
| **ENGAGEMENT FEATURE** | Outfits Vegas Interactive for experiences with local flair that highlights Toshiba's technology (interactive touch displays, AR features etc.) | **TECHNOLOGY EXPERIENCE** | |
| **EXPOSURE OPPORTUNITY** | Provides display technology in and around arena, including a LED mesh screen that faces Toshiba Plaza, center scoreboard, LED ribbons etc. | **INTEGRATED TECHNOLOGY** | |



# PACKAGING STRATEGY | TOURING EVENTS

 

**WANDERLUST ENABLES ADIDAS TO AMPLIFY ITS MARKETING CAMPAIGN, CREATING ONGOING CONTENT AS WELL AS AN ON-SITE ACTIVATION TO SELL RETAIL PRODUCT DESIGNED FOR THE SPONSORSHIP.**

| | SPONSORSHIP ANALYSIS | SPONSOR PACKAGE | |
|---|---|---|---|
| **COMPELLING NARRATIVE** | Created partnership to support "I'm Here to Create" campaign, which speaks about women working to express themselves through fitness and athletics | **FITNESS PLATFORM** | |
| **OWNERSHIP COMPONENT** | Presenting partner of all Wanderlust 108 U.S.-based events which consist of a 5k run, a large scale outdoor yoga class, and a guided meditation led by industry influencers | **WELLNESS PROGRAM** | |
| **ENGAGEMENT FEATURE** | Curates 'Adidas Fuel Formulas' content through Wanderlust 108 yoga teachers and run leaders on how they operate at their peak performance every day | **CONTENT HUB** | |
| **EXPOSURE OPPORTUNITY** | Adidas hosts a one-of-a-kind, immersive onsite activation to engage in attendee-led experiences to embed more sport into their day and create their best selves | **ON-SITE ACTIVATION** | |

 

# PACKAGING STRATEGY | TOURING EVENTS

 

## LIVE NATION LEVERAGED ITS PREEMINENT VENUES TO PARTNER WITH CISCO TO AMPLIFY CISCO'S BUSINESS CAPABILITIES WHILE OFFERING A PLATFORM TO CONNECT WITH FANS IN AN ORGANIC MANNER.

| | SPONSORSHIP ANALYSIS | SPONSOR PACKAGE | |
|---|---|---|---|
| **COMPELLING NARRATIVE** | Leverages partnership to amplify its 'Connecting the Live Music Experience' messaging platform, validated by Live Nation | **MESSAGING PLATFORM** | |
| **OWNERSHIP COMPONENT** | Cisco provides Wi-Fi to 30 Live Nation venues, to 'connect the fan with the artist' and to enable consumers to connect, share and engage enabling more personalized experiences | **CAPABILITIES PROGRAM** | |
| **ENGAGEMENT FEATURE** | Directs fans to use the Live Nation mobile application in-venue, enabling food ordering, optimizing line waits and upgrading seats in real time | **APP CONTENT** | |
| **EXPOSURE OPPORTUNITY** | Cisco receives activation space at all 30 Live Nation venues to connect with consumers and drive business through 'there's never been a better time' campaign | **ACTIVATION FOOTPRINT** | |



# PACKAGING STRATEGY | CORRELATIONS SUMMARY

THE CONSISTENT ASPECTS WITHIN THE BEST-IN-CLASS SPONSORSHPS
HIGHLIGHT THE NECESSARY PACKAGING APPROACH IN ORDER TO
MAXIMIZE REVENUE AND PROVIDE VALUE TO SPONSORS.

## PACKAGE CORRELATIONS

**INSIGHT**

| CREATE CUSTOM PLATFORMS THAT COMPLEMENT THE BRAND CATEGORY | PROVIDE POSSESSION OF A UNIQUE PROGRAM TO DIFFERENTIATE SPONSOR | DESIGN COMPELLING CONTENT AND ACTIVATION ASSETS TO REINFORCE THE SPONSORSHIP PACKAGE | |
|---|---|---|---|
| **COMPELLING NARRATIVE** | **OWNERSHIP COMPONENT** | **ENGAGEMENT FEATURE** | **EXPOSURE OPPORTUNITY** |

**SPONSOR PACKAGE ASPECTS**

| COMPELLING NARRATIVE | OWNERSHIP COMPONENT | ENGAGEMENT FEATURE | EXPOSURE OPPORTUNITY |
|---|---|---|---|
| ACCESS PLATFORM | UPGRADE PROGRAM | RELEVANT EXPERIENCE | ACTIVATION SPACE |
| GROWTH PLATFORM | EXPERIENTIAL PROGRAM | UNIQUE EXPERIENCE | TARGETED ACTIVATION |
| INNOVATION PLATFORM | FAN EXPERIENCE PROGRAM | SOCIAL CONTENT | CUSTOM ACTIVATION |
| TECHNOLOGY PLATFORM | OWNABLE SPACE | TECHNOLOGY EXPERIENCE | INTEGRATED TECHNOLOGY |
| FITNESS PLATFORM | WELLNESS PROGRAM | CONTENT HUB | ON-SITE ACTIVATION |
| MESSAGING PLATFORM | CAPABILITIES PROGRAM | APP CONTENT | ACTIVATION FOOTPRINT |

# PACKAGING STRATEGY | DRIVING VALUE

DRIVING VALUE FROM THE SPONSORSHIP PACKAGE REQUIRES
LAYERING THE SPONSORSHIP COMPONENTS TO CREATE A HOLISTIC
AND COMPELLING PACKAGE.

## DRIVING VALUE FROM SPONSORSHIP PACKAGE



41



POTENTIAL

PLATFORMS

# POTENTIAL PLATFORMS | OVERVIEW

**THE POTENTIAL SPONSORSHIP PLATFORMS ADOPT THE PACKAGING APPROACH AND OUTLINE CUSTOM SPONSORSHIP OPPORTUNITIES THAT CAN BE SOLD BY THE ISL.**

## SUMMARY

| | PLATFORMS | OVERVIEW | RELEVANT CATEGORIES |
|---|---|---|---|
| | **COMMUNITY PLATFORM** | A Community Platform that allows a brand the opportunity to **connect with swimming fans at a local level** through immersive programming and direct engagement | **INSURANCE** **FINANCIAL SERVICES** |
| | **INNOVATION PLATFORM** | Crafting an **Innovation Platform for a sponsor to showcase their capabilities** and tangible benefits to the overall experience through revolutionizing experiences, compelling touchpoints, and unique perspectives | **CONSUMER ELECTRONICS** **AUTOMOTIVE** |
| | **ACCESS PLATFORM** | Creating an Access Platform that allows a sponsor to show members **unparalleled customer services and experiences across the ISL's world-class city schedule** | **CREDIT CARD** **TRAVEL SERVICES** |
| | **ARTS AND CULTURE PLATFORM** | Developing a platform built around the **Arts and Culture of local cities by leveraging authentic experiences, cuisine, music, and other touchpoints** to delight traveling fans | **INSURANCE** **RETAIL** |
| | **PERFORMANCE PLATFORM** | Demonstrating a brand's **positive impact on the performance of ISL athletes and fans** by showcasing health and wellness benefits through a Performance Platform | **NUTRITION** **WEARABLES** **AUTOMOTIVE** |

43



# COMMUNITY PLATFORM

Connecting directly with local communities through immersive
programming, activation, and support

# POTENTIAL PLATFORMS | COMMUNITY PLATFORM

## A COMMUNITY PLATFORM BUILT AROUND SUPPORTING LOCAL SWIMMING OPPORTUNITIES WITH ENGAGEMENT AND EXPOSURE COMPONENTS WOULD DRIVE SIGNIFICANT VALUE FOR A BRAND SPONSOR.

OVERARCHING PLATFORM



**COMMUNITY PLATFORM**

Supporting the local community through initiatives, dedicated programming, and support for the next generations of swimming talent

SUPPORTING THEMATICS



COMMUNITY SWIMMING

DEDICATED PROGRAMMING

POOL SAFETY

FUNDRAISING EFFORTS

**COMPELLING NARRATIVE**

**OWNERSHIP COMPONENT**

**ENGAGEMENT FEATURE**

**EXPOSURE OPPORTUNITY**

CATEGORY ASSETS

- A platform that allows a brand the opportunity to **connect with swimming fans at a local level** through immersive programming and direct engagement

- Hosted '**Swim-a-thon' events** at each stop on the tour, which are activated in the week preceding competition, that are **focused on supporting youth swimming and include athlete appearance, fan zones, and fund-raising efforts** for local charities

- Dedicated Week-long programming at the event centered around **swimming and pool safety lessons for the youth community** taught by ISL athletes and coaches
- Local raffle competitions at regional swimming events that offer **prizes for kids to be included in the opening ceremony** and cheer athletes on poolside

- The incorporation of **branded poolside lifeguards that are focused on pool safety** while driving exposure for the brand sponsors
- On-site and in-bowl branded **fundraising efforts to support local groups and swimming federations** focused on expanding youth participation



# INNOVATION PLATFORM

Showcase innovative technologies and experiences through aligning with the future of professional swimming



# POTENTIAL PLATFORMS | INNOVATION PLATFORM

**THE INNOVATION PLATFORM IS CURATED TO SHOWCASE TECHNOLOGICAL CAPABILITIES THROUGHOUT AN EVENT BY PROVIDING UNIQUE EXPERIENCES AND IMPROVEMENTS.**

OVERARCHING PLATFORM



**INNOVATION PLATFORM**

Highlighting innovation and technological progress by integrating deeply into the event in order to showcase the quality and benefits of the brand sponsor

SUPPORTING THEMATICS



BUSINESS INTEGRATION

TECHNOLOGY CAPABILITIES

UNIQUE EXPERIENCES

CUSTOM CONTENT

CATEGORY ASSETS

**COMPELLING NARRATIVE**
- Crafting an **Innovation Platform for a sponsor to showcase their capabilities** and tangible benefits to the overall experience through revolutionizing experiences, compelling touchpoints, and unique perspectives

**OWNERSHIP COMPONENT**
- **Integration of business capabilities into the event** to improve the on-site experience for attendees (i.e. Wi-Fi)
- **Dynamic underwater cameras that track the action of competition** from new and compelling angles, providing an additional perspective

**ENGAGEMENT FEATURE**
- **Virtual reality experiences for fans to watch races in full time from underwater cameras** and relive top competition moments with 360 degree views
- **Creation of a user generated, social content hub** that encourages fans to share their experiences at the event and provides visibility into each stop on the ISL's tour

**EXPOSURE OPPORTUNITY**
- **Immersive content series that outlines the rise of the ISL** and how the varied approach is pushing innovation for the sport and professional swimmers
- **Dedicated areas for the brand sponsor to demonstrate their capabilities** by interfacing directly with consumers with their product

47 



# ACCESS PLATFORM

Gaining a behind-the-scenes look at the International Swimming
League and taking advantage of everything it has to offer

# POTENTIAL PLATFORMS | ACCESS PLATFORM

## DEVELOPING AN ACCESS PLATFORM FOR A BRAND SPONSOR TO PROVIDE AN ELEVATED EXPERIENCE FOR ATTENDEES ALLOWS CUSTOM TOUCHPOINTS AND CUSTOMER LOYALTY.

OVERARCHING PLATFORM

SUPPORTING THEMATICS

CATEGORY ASSETS



**ACCESS PLATFORM**

Providing the ability to see the world in a different light through VIP experiences, behind-the-scenes content, and unprecedented rewards at each stop on the international tour



BUSINESS INTEGRATION

EXCLUSIVE ACCESS

CUSTOMER SERVICE

SERVICES INTEGRATION

**COMPELLING NARRATIVE**

- Creating an Access Platform that allows a sponsor to show members **unparalleled customer services and experiences across the International Swimming League's world-class city schedule**

**OWNERSHIP COMPONENT**

- Development of the brand sponsor's **VIP Lounge at each event** to host members, current clients, and prospective clients
- Create **unique hosting and networking events** in the surrounding area at each event with consistent activation elements, such as Social Hours, SMB Networking, etc.

**ENGAGEMENT FEATURE**

- Integration of an on-site **customer service representative** to book activities, arrange reservations, and offer recommendations for fans to experience the most of this stop on the international tour
- An **exclusive behind-the-scenes content series** that tracks the history of professional swimming, the financial impact of performing well at the Olympics, and how competing at the professional level has changed the lives of many ISL swimmers

**EXPOSURE OPPORTUNITY**

- Offer **custom VIP experiences** for qualifying fans and spectators to meet ISL athletes and top officials throughout the day and attend authentic, local activities in the city after the event
- Incorporate the **brand sponsor's business capabilities (payment, digital wallet, etc.) into each event**, providing customers expedited concessions lines and access to exclusive merchandise

49 



# ARTS AND CULTURE PLATFORM

Celebrating the culture of each stop on the ISL's tour through taking
advantage of local cuisine, arts, and the city's distinct personality

# POTENTIAL PLATFORMS | ARTS AND CULTURE PLATFORM

**LEVERAGING THE ISL'S TOUR OF PROMINENT, CULTURAL CITIES ALLOWS A BRAND SPONSOR TO OWN AN ARTS AND CULTURE PLATFORM THAT ALLOWS CUSTOMER CONNECTIONS IN AUTHENTIC WAYS.**

OVERARCHING PLATFORM



**ARTS AND CULTURE PLATFORM**

Taking full advantage to experience all that each city on tour has to offer through art, authentic cuisines, and the unique cultural activities

SUPPORTING THEMATICS



CELEBRATING CULTURE

OPENING CEREMONY

CUSTOM PROGRAMMING

LOCAL ARTISTS SUPPORT

CATEGORY ASSETS

**COMPELLING NARRATIVE**

- Developing a platform built around the **Arts and Culture of local cities by leveraging authentic experiences, cuisine, music, and other touchpoints** to delight traveling fans

**OWNERSHIP COMPONENT**

- Sponsored **art collection by local artists in the lobby of each venue** to display the talents of local artisans and integrate each city's culture into the event
- **Ownership of the Opening Ceremony, including the associated performances and spectacles** that celebrate the local market and its culture

**ENGAGEMENT FEATURE**

- Incorporation of **local food and beverage brands into a sponsored local market** that allows global fans to access to unique tastes of the city
- Offer **custom VIP experiences** for qualifying fans and spectators to tour the local wineries, breweries, and well known restaurants from around the hosting city

**EXPOSURE OPPORTUNITY**

- Dedicated **mural painted on the side of the venue** of brand's unique messaging by local artists
- **On-site local concierge agents** that help fans book activities to nearby sights, restaurants, and other prominent locations





# PERFORMANCE PLATFORM

An opportunity for a brand to showcase their impact during training, on race day, and throughout individual's lives

# POTENTIAL PLATFORMS | PERFORMANCE PLATFORM

## THE PEAK PROFESSIONAL NATURE OF THE ISL COMPETITION ALLOWS A BRAND TO CREATE A PERFORMANCE PLATFORM TO SHOWCASE THE TANGIBLE BENEFITS OF THEIR PRODUCTS.

**OVERARCHING PLATFORM**

**SUPPORTING THEMATICS**

**CATEGORY ASSETS**



ELEVATED PERFORMANCE

PRODUCT INTEGRATION

INFLUENCER CONTENT

UNIQUE TOUCHPOINTS

**COMPELLING NARRATIVE**

**OWNERSHIP COMPONENT**

**ENGAGEMENT OPPORTUNITY**

**AMPLIFICATION FEATURE**

**PERFORMANCE PLATFORM**

Creating an international platform for a brand to connect directly with their target audience and showcase the benefits of their products on performance

- Demonstrating a brand's **positive impact on the performance of ISL athletes and fans** by showcasing health and wellness benefits

- A dedicated space at the entrance and exit of the event to **distribute products and engage with fans**, featuring highlights of the days races and post race interviews
- The catered **Early Morning Market**, featuring healthy options and organic coffee from food trucks and pop-up tents to prepare athletes to perform their best

- A social **User Generated Contest** that encourages fans to share their daily training routines, featuring product giveaways and VIP experiences
- On-site ambassadors to help the next generation of swimmers **develop curated training schedules** that incorporate personal, fitness, and training goals

- Year-round **health-focused programming initiatives** focused on embedding fitness and wellness into the daily routines of local families, including educational seminars, volunteering, and fund-raising to improve the livelihood of surrounding communities
- A **'Motivated Mornings' Content Series**, featuring international professional swimmers that have faced immense challenges in their lives and have persevered in order to return to competition





# HOLMES' DECLARATION
# EX. 17

Message

**From**:         Artem Nitz [artem.nitz@gmail.com]
**Sent**:         8/31/2018 6:14:23 AM
**To**:           Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group
                  (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]
**Subject**:      isl draft estimates
**Attachments**:  ISL Business Plan 2018-25 v5.pdf


Hi Chris,

As discussed earlier, would appreciate your comments on the attached draft projections.

Thank you,

Artem

# HOLMES' DECLARATION EX. 17A

**ISL Business Plan 2018-25 (work in progress, August 2018)**

| | 0 2018 | 2019 | media deal cycle 1 2020/21 | 2021/22 | 2022/23 | media deal cycle 2 2023/24 | 2024/25 | 3 2025/26 | |
|---|---|---|---|---|---|---|---|---|---|
| **DRIVERS** | | | | | | | | | |
| **League events** | | | | | | | | | |
| Number of host cities | 1 | 3 | 10 | 20 | 25 | 30 | 30 | 30 | |
| Number of clubs | 8 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | |
| Number of swimmers | 224 | 336 | 336 | 432 | 432 | 432 | 432 | 432 | |
| Number of matches per season | 3 | 17 | 29 | 62 | 62 | 62 | 62 | 62 | |
| Hours of content | 14 | 77 | 131 | 279 | 279 | 279 | 279 | 279 | 4,5 hours per match average |
| **Audience** | | | | | | | | | |
| Number of viewers, total | 3 000 000 | 4 500 000 | 12 000 000 | 28 000 000 | 50 000 000 | 80 000 000 | 100 000 000 | 110 000 000 | |
| Number of viewers, average | 1 500 000 | 2 000 000 | 4 800 000 | 11 000 000 | 19 000 000 | 24 000 000 | 28 000 000 | 30 000 000 | |
| Number of visitors (finals only) | 3 000 | 5 000 | 7 000 | 7 000 | 10 000 | 10 000 | 15 000 | 15 000 | |
| **REVENUES** | | | | | | | | | |
| Host city (cash or VIK) | 400 000 | 900 000 | 3 000 000 | 6 000 000 | 7 500 000 | 9 000 000 | 9 000 000 | 9 000 000 | $300k average per host city |
| Media rights | 500 000 | 15 000 000 | 30 000 000 | 72 000 000 | 207 000 000 | 276 000 000 | 345 000 000 | 690 000 000 | 40% 50% of media rights |
| Sponsors | 800 000 | 6 000 000 | 12 000 000 | 28 800 000 | 103 500 000 | 138 000 000 | 172 500 000 | 345 000 000 | 40% 7,5% of media rights |
| Ticketing (finals only) | 180 000 | 500 000 | 1 400 000 | 1 750 000 | 3 000 000 | 3 500 000 | 7 500 000 | 9 000 000 | ISL ticketing revenue for finals only |
| Betting | 0 | 0 | 680 000 | 1 750 000 | 2 420 000 | 3 580 000 | 6 840 000 | 9 000 000 | ~1% of total revenue |
| Merchandizing | 0 | 0 | 600 000 | 1 440 000 | 4 140 000 | 5 520 000 | 6 900 000 | 13 800 000 | 2% of media rights |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **TOTAL REVENUES** | **1 880 000** | **22 400 000** | **47 680 000** | **111 740 000** | **327 560 000** | **435 600 000** | **547 740 000** | **1 075 800 000** | |
| **DIRECT COSTS** | | | | | | | | | |
| **Commissions cost** | **-266 000** | **-2 190 000** | **-4 500 000** | **-10 680 000** | **-24 037 500** | **-31 950 000** | **-39 712 500** | **-52 650 000** | 10% of revenue from host cities |
| Host city commission | -100 000 | -90 000 | -300 000 | -600 000 | -750 000 | -900 000 | -900 000 | -900 000 | |
| Media rights commission | -50 000 | -1 500 000 | -3 000 000 | -7 200 000 | -15 525 000 | -20 700 000 | -25 875 000 | -34 500 000 | 10% 7,5% 5% of revenue from media rights |
| Sponsors commission | -60 000 | -600 000 | -1 200 000 | -2 880 000 | -7 762 500 | -10 350 000 | -12 937 500 | -17 250 000 | 10% 7,5% 5% of revenue from sponsors |
| Ticketing | -36 000 | | | | | | | | |
| **GROSS MARGIN** | **1 614 000** | **20 210 000** | **43 180 000** | **101 060 000** | **303 522 500** | **403 650 000** | **508 027 500** | **1 023 150 000** | total revenue less commission costs |
| *Gross margin %* | *86%* | *90%* | *91%* | *90%* | *93%* | *93%* | *93%* | *95%* | |
| **Bonus and revenue share costs** | **-2 390 400** | **-6 735 600** | **-11 579 200** | **-24 580 000** | **-154 796 475** | **-209 898 000** | **-269 254 575** | **-552 501 000** | 21% of gross margin from 2022 |
| Athletes bonuses | -842 400 | -3 783 600 | -7 567 200 | -16 180 000 | -63 739 725 | -84 766 500 | -106 685 775 | -214 861 500 | 12% of gross margin from 2022 |
| Clubs | -1 200 000 | -2 120 000 | -3 180 000 | -6 800 000 | -36 422 700 | -48 438 000 | -60 963 300 | -122 778 000 | 15% of gross margin from 2022 |
| Clubs salary cap | 0 | 0 | 0 | 0 | -45 528 375 | -60 547 500 | -76 204 125 | -153 472 500 | 1% 2% 3% 4% of gross margin from 2022 |
| Federations | -232 000 | -600 000 | -600 000 | -600 000 | -3 035 225 | -8 073 000 | -15 240 825 | -40 926 000 | 2% of gross margin from 2022 |
| Confederations | -116 000 | -232 000 | -232 000 | -1 000 000 | -6 070 450 | -8 073 000 | -10 160 550 | -20 463 000 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **TOTAL DIRECT COSTS** | **-2 656 400** | **-8 925 600** | **-16 079 200** | **-35 260 000** | **-178 833 975** | **-241 848 000** | **-308 967 075** | **-605 151 000** | |
| **OPERATING MARGIN** | **-776 400** | **13 474 400** | **31 600 800** | **76 480 000** | **148 726 025** | **193 752 000** | **238 772 925** | **470 649 000** | total revenue less total direct costs |
| *Operating margin %* | *-41%* | *60%* | *66%* | *68%* | *45%* | *44%* | *44%* | *44%* | |
| **OPERATING EXPENSES** | | | | | | | | | |
| **Marketing expenses** | **-600 000** | **-3 110 000** | **-6 100 000** | **-8 200 000** | **-11 200 000** | **-13 200 000** | **-15 200 000** | **-19 200 000** | |
| Marketing and Promo | -250 000 | -2 000 000 | -4 000 000 | -5 000 000 | -8 000 000 | -10 000 000 | -12 000 000 | -16 000 000 | |
| Ambassadors | -100 000 | -750 000 | -1 500 000 | -2 000 000 | -2 000 000 | -2 000 000 | -2 000 000 | -2 000 000 | |
| Agencies | -250 000 | -360 000 | -600 000 | -1 200 000 | -1 200 000 | -1 200 000 | -1 200 000 | -1 200 000 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Event execution expenses** | **-795 000** | **-5 615 000** | **-9 605 000** | **-18 690 000** | **-6 290 000** | **-7 290 000** | **-7 290 000** | **-7 290 000** | from 2022 self financed |
| Clubs appearance (transport & accommodation) | -580 000 | -3 900 000 | -6 600 000 | -14 100 000 | 0 | 0 | 0 | 0 | one venue for finals |
| Venue rental, installations, operations | -100 000 | -750 000 | -1 500 000 | -1 500 000 | -1 500 000 | -2 000 000 | -2 000 000 | -2 000 000 | from 2022 part of media rights deal |
| Broadcast production | -350 000 | -3 400 000 | -5 800 000 | -12 400 000 | 0 | 0 | 0 | 0 | finals openning and closing |
| Event show | -250 000 | -500 000 | -750 000 | -1 500 000 | -1 500 000 | -2 000 000 | -2 000 000 | -2 000 000 | |
| Officials (referees, WADA, other) | -25 000 | -550 000 | -870 000 | -1 860 000 | -930 000 | -930 000 | -930 000 | -930 000 | $30k per match |
| Insurance | -20 000 | -255 000 | -435 000 | -930 000 | -930 000 | -930 000 | -930 000 | -930 000 | $15k per match |
| Contingency | -50 000 | -200 000 | -250 000 | -500 000 | -500 000 | -500 000 | -500 000 | -500 000 | 2-3% of event execution costs |
| **G&A expenses** | **-855 000** | **-1 900 000** | **-3 700 000** | **-6 700 000** | **-7 200 000** | **-8 200 000** | **-8 200 000** | **-8 200 000** | |
| Salaries | -480 000 | -1 000 000 | -2 000 000 | -4 000 000 | -4 000 000 | -5 000 000 | -5 000 000 | -5 000 000 | |
| Travel | -150 000 | -300 000 | -300 000 | -600 000 | -600 000 | -600 000 | -600 000 | -600 000 | |
| Legal | -200 000 | -500 000 | -1 000 000 | -1 500 000 | -1 500 000 | -2 000 000 | -2 000 000 | -2 000 000 | |
| Office and other | -25 000 | -200 000 | -400 000 | -600 000 | -600 000 | -600 000 | -600 000 | -600 000 | |
| **TOTAL OPERATING EXPENSES** | **-2 250 000** | **-10 625 000** | **-19 405 000** | **-33 590 000** | **-24 690 000** | **-28 690 000** | **-30 690 000** | **-34 690 000** | |
| **TOTAL COSTS** | **-4 906 400** | **-19 550 600** | **-35 484 200** | **-68 850 000** | **-203 523 975** | **-270 538 000** | **-339 657 075** | **-639 841 000** | |
| **EBITDA** | **-3 026 400** | **2 849 400** | **12 195 800** | **42 890 000** | **124 036 025** | **165 062 000** | **208 082 925** | **435 959 000** | |
| *EBITDA margin* | *-161%* | *13%* | *26%* | *38%* | *38%* | *38%* | *38%* | *41%* | |

**MEDIA RIGHTS: underlying value drivers**

High quality of target audience:
- Audience size: ~300 million
- Geographic: 40% EU, 30% US (50% East Coast, 30% West Coast);
- Demographics: 75% millenials (ages 22-37), 20% GenX (ages 38-53); 53% men, 47% women; 70% white, 20% hispanic;
- Psychographics: interested in pop-music, luxury goods, fashion, TV, global sports, NBA, soccer;
- High-value customers in most developed / commercially attractive markets.

Attractive media format:
- 2nd most watched Olympic Sport to be shown by ISL every year with regular season, playoffs, and finals;
- ISL will feature 75% of all world top swimming stars, Olympic Champions, World Record holders;
- Club competition format within a professional league: most effective setup to attract fans, media, sponsors;
- Only most popular/watched swimming sessions included into competition with lots of TV advertising slots;
- The only pro league to feature a team competing per match with 1/3 of league top stars competing in each match;
- Gender equality: 12 men and 12 women compete in each team – no other pro league can offer.

**Media cycle 1: Media rights deal for Seasons 2019-2021/22**
Media rights valuation benchmark:
- IAAF Diamond League, pricing TV rights ~ $1mln per match;
- Similar to Diamond League, ISL will feature one of top 5 Olympic sports in annual competitions;
- Better than Diamond League: ISL is team sport, bigger audience, delivers more content hours of competition;
- Truly global / international audience and high-value audience.
Broadcast production: ISL controls TV production to ensure optimal format of video content.

**Media cycle 2: Media rights deal for Seasons 2022/23-2024/25**
Media rights valuation benchmark:
- ISL develops similar to other pro leagues (MLB, NBA, etc) but with a more global reach;
- most pro leagues are national, ISL is global;
Media rights value increase due to:
- increase in number of matches per season;
- growth of high quality audience in US/EU/AUS geographies, with increased growth rates in Asia/LatAm markets;
- launch of propietary ISL digital content platform;
- media inflation.
Broadcast production: part of media rights deal where key broadcaster takes over TV production.

**Media cycle 3: Media rights deal for Seasons 2025/26-2027/28**
Media rights valuation benchmark:
- ISL is recognized as a truly global professional league;
- benchmark: UEFA Champions League (similar audience, markets, volume of content);
- ISL estimated to reach ~50% of CL level of revenues (~$1.5B) during Media cycle 3.
Media rights value increase due to:
- continued growth of high quality audience across all geographies;
- estimated 3-5 mln digital platform subscribers @ $100/year subscription fee;
- media inflation.

# HOLMES' DECLARATION
# EX. 18

Message

---

| From: | Rick Hepburn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7615AC51A6FC408EB7E4C706061F6D97-RICK HEPBURN] |
|---|---|
| Sent: | 8/31/2018 9:08:38 PM |
| To: | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]; Tag Garson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c4337916f31c4844802435d5e9619d66-tgarson@wmgllc.com] |
| CC: | Zack Sugarman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=688cc4567e9a4b4b958335b3da2e21fd-zsugarman@wmgllc.com]; Jake Hirsch [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f00b8f08712345629555603532c0fa19-Jake Hirsch]; Jack Bratches [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=41e19db6c90d4fadaeea73e8059ef3fb-Jack Bratsh] |
| Subject: | RE: isl draft estimates |

Hey Chris -

Do you have an agenda for Tuesday?

Thanks,
Rick


RICKART HEPBURN Director, Properties
C: (310) 740-3968  |  RHEPBURN@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0363
Web  |  Twitter  |  Instagram
-----Original Message-----
From: Chris Holmes
Sent: Friday, August 31, 2018 1:50 PM
To: Rick Hepburn <rhepburn@teamwass.com>; Tag Garson <tgarson@teamwass.com>
Cc: Zack Sugarman <zsugarman@teamwass.com>; Jake Hirsch <jhirsch@teamwass.com>; Jack Bratches
<jbratches@teamwass.com>
Subject: RE: isl draft estimates

All great points. We'll discuss in detail on Tuesday.

Thanks.

-----Original Message-----
From: Rick Hepburn
Sent: Friday, August 31, 2018 1:11 PM
To: Tag Garson <tgarson@teamwass.com>; Chris Holmes <cholmes@teamwass.com>
Cc: Zack Sugarman <zsugarman@teamwass.com>; Jake Hirsch <jhirsch@teamwass.com>; Jack Bratches
<jbratches@teamwass.com>
Subject: RE: isl draft estimates

Also pretty aggressive for sponsorship.... Haha. Especially if they have it tied to Media Rights like
they do.

This is the point of the sponsorship analysis to tell them what revenue they can drive from sponsorship
assets, so it certainly should not be tide to broadcast revenue.

Rick


RICKART HEPBURN Director, Properties
C: (310) 740-3968  |  RHEPBURN@TEAMWASS.COM WASSERMAN LA  |  T: (310) 407-0363
Web  |  Twitter  |  Instagram
-----Original Message-----
From: Tag Garson
Sent: Friday, August 31, 2018 12:57 PM
To: Chris Holmes <cholmes@teamwass.com>

Cc: Rick Hepburn <rhepburn@teamwass.com>; Zack Sugarman <zsugarman@teamwass.com>; Jake Hirsch
<jhirsch@teamwass.com>; Jack Bratches <jbratches@teamwass.com>
Subject: Re: isl draft estimates

Uh, I don't think so for media rights.

> On Aug 31, 2018, at 2:58 PM, Chris Holmes <cholmes@teamwass.com> wrote:
>
> Team,
>
> See attached P&L projections from Artem for the ISL Business Plan. He was hoping to get initial
feedback on the numbers. He had told me Constantin wanted an "aggressive" forecast and he wanted to be
conservative. I'm not sure which version this is, but it definitely looks like some bold predictions.
>
> EXAMPLE: $15M Media Rights fee in '19 to $690M in '25
>
> I'm going to put this on the agenda for Tuesday so please come with some thoughts, however high-level
they may be.
>
> Thanks,
>
> Chris
>
> -----Original Message-----
> From: Artem Nitz [mailto:artem.nitz@gmail.com]
> Sent: Thursday, August 30, 2018 11:14 PM
> To: Chris Holmes <cholmes@teamwass.com>
> Subject: isl draft estimates
>
> Hi Chris,
>
> As discussed earlier, would appreciate your comments on the attached draft projections.
>
> Thank you,
>
> Artem
>
> <ISL Business Plan 2018-25 v5.pdf>

# HOLMES' DECLARATION
# EX. 19

Message

| | |
|---|---|
| **From**: | Jack Bratches [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41E19DB6C90D4FADAEEA73E8059EF3FB-JACK BRATCH] |
| **Sent**: | 9/27/2018 1:47:50 AM |
| **To**: | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]; Rick Hepburn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7615ac51a6fc408eb7e4c706061f6d97-Rick Hepburn]; Zack Sugarman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=688cc4567e9a4b4b958335b3da2e21fd-zsugarman@wmgllc.com]; Jake Hirsch [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f00b8f08712345629555603532c0fa19-Jake Hirsch]; Tag Garson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c4337916f31c4844802435d5e9619d66-tgarson@wmgllc.com] |
| **Subject**: | ISL Base Sponsorship Package |
| **Attachments**: | ISL_Short Term_Targets_Updated_.pdf; ISL_Sponsorship Package_December Event_FINAL.pdf |

Hi team,

Find attached two items:

1.  <u>The sponsorship base package for the December event:</u> I think we are all on the same page that they will have some serious trouble selling robust sponsorships for the December event, but we were scoped to include this. Towards the end of the deck, we stress that perceived value of this package will be significantly lower from sponsors due to the various considerations around the event (timing, short sales cycle, proof of concept event, etc.)

2.  <u>Updated short term contact list:</u> with the addition of potential points of contact for the ISL and their sales agency (if they find one) to start potential conversations. We thought that this would be of value for the ISL team.

Let me know if you have any questions or comments. Happy to talk through before the call of Friday.

Thanks,

jb



**JACK BRATCHES** Associate Manager, Properties & Research
C: (203) 564-3742 | JBRATCHES@TEAMWASS.COM
WASSERMAN LOS ANGELES | T: 310.407.0200
Web | Twitter | Instagram

# HOLMES' DECLARATION
# EX. 19A

 

**ISL – Short-Term Sponsorship Target List**                    **September 17, 2018**

___

### *Approach:*
- For short-term targets, we explored various brands within swimming's most prominent categories. The types of brands we explored were:
    - Prominent Unlock brands
    - Those with sponsorship experience within swimming
    - Those with sponsorship experience within Italy (FC Torino, AC Milan, Juventus, Italian National Team)

### *Executive Summary:*
- Short-Term Targets
    - ***Financial Services:***     UnipolSai
    - ***Nutrition:***              Herbalife Nutrition
    - ***Automotive:***             Fiat
    - ***CPG:***                    Yakult
    - ***Water Products:***         Uliveto
    - ***Airline:***                Alitalia

___

### *Financial Services*
1. *Primary Short-Term Targets*
    a. Active in Italian Swimming
        i. **UniPolSai –** Italian Swimming Federation Sponsorship, LEN Sponsorship
            1. Potential Contact: Stefano Genovese - Head of External Relations
                a. Stefano.genovese@unipol.it
                b. +390646665707
    b. Active in Torino Sports
        i. **Allianz –** Juventus Sponsorship
            1. Potential Contact: Anja Fritz - VP-Global Brand Strategy at Allianz Global, European Marketing Coordination
        ii. **China Merchants Bank –** Juventus Sponsorship
        iii. **UBI Banca –** Juventus Sponsorship
            1. Potential Contact: Renato Vichi - Media & Sponsorships
                a. Renato.vichi@ubibanca.it
                b. +390277814316
2. *Secondary Short-Term Targets*
    a. Local Torino/Milan
        **i. UniCredit –** Sponsorships
            1. Potential Contact: Gianni Franco Papa - General Manager
                a. Head Office in Milan: +390288621
        **ii. Intesa San Paolo –** Sponsorships
            1. Potential Contact: Matteo Fabiani - Head of Media Relations
                a. Matteo.fabiani@intesasanpaolo.com
                b. +390287962329

### *Nutrition*
1. *Primary Short-Term Targets*
    a. Active in Italian Swimming
        i. **Herbalife Nutrition–** Italian Swimming Federation Sponsorship
            1. Potential Contact: Jennifer Butler - VP of Media Relations

1

 

           a.   jenb@herbalife.com
           b.   (213)745-0420
    b.  Active in Swimming Landscape
        i.  **Powerbar** – Royal Dutch Swimming Federation Sponsorship
            1.  Potential Contact: Nick Stiritz - Director of Marketing at Premier Nutrition
        ii.  **Punch Power** – French Swimming Federation Sponsorship
            1.  Contact Form

## _Automotive_
   1.  *Primary Short-Term Targets*
      a.  Active in Torino Sports
        i.  **Fiat** – Italian Soccer Federation Sponsorship, Juventus Sponsorship
            1.  Potential Contact: Michael Keegan
               a.  Mediarelations.fcanorthamerica@fcagroup.com
               b.  (248)512-2894
        ii.  **Jeep** – Juventus Sponsorship
            1.  Potential Contact: Michael Keegan – Communications North America
               a.  Mediarelations.fcanorthamerica@fcagroup.com
               b.  (248) 512-2894
      b.  Active in Swimming Landscape
        i.  **Volvo** – Danish Swimming Federation Sponsorship
            1.  Potential Contact: Margareta Benjaminsson - Sr Mgr Global Sponsorship
               a.  Mbenjam3@volvocars.com
               b.  +4631592609
            2.  Potential Contact: Karin Bäcklund - Executive Director Sponsorship
               a.  kbacklun@volvocars.com
               b.  +46313250786
        ii.  **Audi** – Hungarian Swimming Association Sponsorship
            1.  Potential Contact: Dr. Elke Bechtold - Sports Communications
               a.  Elke.bechtold@audi.de
               b.  +498418936193
        iii.  **Mercedes-Benz** – Romanian Swimming Federation Sponsorship
            1.  Potential Contact: Drew Slaven - VP Marketing, CMO

## _CPG_
   1.  *Primary Short-Term Targets*
      a.  Active in Italian Swimming
        i.  **Kinder** – Italian Swimming Federation Sponsorship
            1.  Customer Care
               a.  Consumers.uk@ferrero.com
      b.  Active in Torino Sports
        i.  **De Cecco** – Juventus Sponsorship
            1.  Customer Service
               a.  customerservice@dececco.it
        ii.  **Noberasco** – Juventus Sponsorship
            1.  Potential Contact: Carlo Mangini - Sales and Marketing Director
        iii.  **Balocco** – Juventus Sponsorship
            1.  Potential Contact: Laura Gallo – Senior Brand Marketing Manager
        iv.  **Beretta** – Torino FC Sponsorship
      c.  Active in Swimming Landscape
        i.  **Yakult** – Singapore Swimming Association Sponsorship, FINA Sponsorship
            1.  Potential Contact: Martine van de Velde - PR Manager
               a.  mvandervelde@yakult.n

 

### *Water Products*
1. *Primary Short-Term Targets*
   a. Active in Italian Swimming
      i. **Uliveto** – Italian Swimming Federation Sponsorship
         1. Customer Service
            a. servizio.consumatori@cogedi.it
   b. Active in Italian Sports
      i. **Ganten** – Juventus Sponsorship
      ii. **Alpen Water** – AC Milan Sponsorship

### *Airline*
1. *Primary Short-Term Targets*
   a. Active in Italian Sports
      i. **Emirates** – AC Milan Sponsorship
         1. Sponsor Contact Form
   b. Local Italy
      i. **Alitalia** – Rome 2024 Sponsorship
         1. Potential Contact: Federico Garimberti - Head of Media Relations
         2. Potential Contact: Valentina Mangone - Press Office
            i. Valentina.mangone@alitalia.com
         3. General Press Office
            i. media@alitalia.com
            ii. +390665638950

### *Other Categories*
1. *Technology*
   a. Active in Italian Sports
      i. **Samsung** – Juventus Sponsorship
         1. Potential Contact: Corporate Communications (Global)
            a. samsungpr@edelman.com
      ii. **DXC Technology** – AC Milan Sponsorship
         1. Potential Contact: Rich Adamonis - Media Relations
            a. radamonis@dxc.com
      iii. **Fujitsu** – AC Milan Sponsorship
         1. Potential Contact: Mary Jo Carlone - MJC Communications
            a. mjccomm@att.net
            b. 414-425-6164
2. *Payment*
   a. Active in Sponsorship
      **i. Paypal** – Bonnaroo Sponsorship
         1. Potential Contact: Patrick Adams - Head of Digital Marketing, Consumer Marketing, Performance Marketing
         2. Potential Contact: Greg Fisher - VP Global Brand & Integrated Marketing
3. *Watch*
   a. Active in Italian Sports
      i. **Hublot** – Juventus Sponsorship
         1. Potential Contact: Jason Morrison - Head of Marketing and PR
         2. Contact Form
   b. Active in Swimming
      i. **Omega** – Croatia Swimming Federation Sponsorship
         1. Potential Contact: Lynn Reid - Marketing Director USA

3

# HOLMES' DECLARATION
# EX. 19B

# INTERNATIONAL SWIMMING LEAGUE
## BASE SPONSORSHIP PACKAGE – DECEMBER EVENT

SEPTEMBER 2018



# APPROACH | PROJECT OVERVIEW

IN THIS DOCUMENT, WE FOCUSED ON PACKAGE DEVELOPMENT AND VALUATION FOR THE DECEMBER EVENT IN ORDER TO CREATE A COMPELLING OPPORTUNITY FOR SPONSORS.

## SHORT-TERM WORKFLOWS – DECEMBER EVENT

### DELIVERABLE I



**TARGETING & SAMPLE PLATFORMS**

Identify relevant categories for the ISL to target for the upcoming December event and develop sponsorship platforms that would appeal to these category brands

### DELIVERABLE II

**PACKAGE DEVELOPMENT & VALUATION**

Develop the specific sponsorship packages for an upcoming 4 day event in December, including asset identification, ideation, and valuation

2

# APPROACH | PROJECT METHODOLOGY

OUR APPROACH INCLUDED A THOROUGH AUDIT OF THE PREVIOUS ENERGY FOR SWIM EVENT FOR ASSET IDENTIFICATION AND IDEATION AND AN ASSET VALUATION USING BEST-IN-CLASS METHODOLOGIES IN ORDER TO CREATE THE BASE SPONSORSHIP PACKAGE.

## METHODOLOGY

   

### ENERGY FOR SWIM 2017 AUDIT

Understand the typical assets throughout an ISL event, identify potential additional asset locations, and ideate new programming based on general layout of event

### ASSET VALUATION

Utilize Wasserman's proprietary valuation methodologies to value both in-venue and broadcast exposure in order to appropriately price the sponsorship package

### SPONSORSHIP BASE PACKAGE

Based on identified assets and asset categories, develop a holistic sponsorship package for a 4 day event in December that could attract potential sponsors





ENERGY FOR SWIM 2017 AUDIT

# ENERGY FOR SWIM 2017 AUDIT | ASSET IDENTIFICATION

**WE LEVERAGED THE PREVIOUS BROADCAST TO IDENTIFY POTENTIAL ASSET LOCATIONS AND USED SPONSORSHIP EXPERTISE TO LAYER IN ADDITIONAL ASSETS THAT WOULD BE RELEVANT FOR THE PACKAGE.**

| BROADCAST ASSET IDENTIFICATION | BASE ASSET IDEATION | TOTAL BASE ASSETS |
|---|---|---|
|  |  |  |
| Identification of asset locations based on previously used and unused exposure locations | Ideation of complementary assets based on previous work throughout the sponsorship landscape | The total base assets that compose a compelling sponsorship opportunity |

5



# ENERGY FOR SWIM 2017 AUDIT | EXTERIOR SIGNAGE ASSETS

**THROUGH PREVIOUS SPONSORSHIP WORK, WE UNDERSTAND THAT THERE ARE POTENTIAL EXTERIOR SIGNAGE ASSETS THAT WILL BE AVAILABLE FOR THE ISL TO INCLUDE IN PACKAGES.**

## EXTERIOR SIGNAGE



Static: Outdoor Billboard Signage



Static: Entrance Door Signage



Static: Trash Can Wrap



Static: Pick Up and Drop Off Zone Signage

6

# ENERGY FOR SWIM 2017 AUDIT | INTERIOR SIGNAGE ASSETS

**THE ENERGY FOR SWIM AUDIT, ALONG WITH SEPARATE ASSET IDEATION, YIELDED VARIOUS INTERIOR SIGNAGE OPPORTUNITIES THROUGHOUT AN ISL EVENT.**

## INTERIOR SIGNAGE


Static: Entrance Lobby Signage


Event Staff T-Shirts


LED: Poolside Rotating Signage


LED: Primary Videoboard Rotating Signage


LED: Athlete Entrance Backdrop


LED: Upper Bleacher Area


Pool Flags


Static: Starting Block Signage


Static: Poolside Bucket Signage


Static: Pool Trim Finishing Shot

7   

# ENERGY FOR SWIM 2017 AUDIT | TV VISIBLE SIGNAGE ASSETS

**SOME OF THESE IDENTIFIED EXTERIOR AND INTERIOR ASSETS RECEIVE EXPOSURE VALUE THROUGHOUT THE BROADCAST, WHICH WAS VALUED SEPARATELY FROM THE DIRECT EXPOSURE VALUE.**

## TV VISIBLE SIGNAGE



LED: Poolside Rotating Signage



LED: Primary Videoboard Rotating Signage



LED: Athlete Entrance Backdrop



LED: Upper Bleacher Area



Pool Flags



Static: Starting Block Signage



Static: Poolside Bucket Signage



Static: Pool Trim Finishing Shot



Static: Bleacher Trim Signage



Static: Team Area Trim Signage



Static: Interview Backdrop



Static: Outdoor Billboard Signage

8 

# ENERGY FOR SWIM 2017 AUDIT | BASE ASSETS SUMMARY

**WE IDENTIFIED POTENTIAL ASSETS FOR THE DECEMBER EVENT BASED ON THE ENERGY FOR SWIM AUDIT AND OUR EXPERIENCE WITH OTHER SPONSORSHIP PACKAGES ACROSS THE SPORTS AND ENTERTAINMENT LANDSCAPE.**

## BASE PACKAGE ASSETS

**POTENTIAL FOR 6 FOUNDING SPONSORSHIPS**

### EXTERIOR SIGNAGE

Static: Outdoor Billboard Signage (2)
Static: Entrance Door Signage (4)
Static: Trash Can Wraps (4)
Static: Pick Up and Drop Off Zone Signage (2)

### INTERIOR SIGNAGE

Static: Entrance Lobby Signage (1)
Event Staff T-Shirts (12)
LED: Poolside Rotating Signage (30 Minutes)
LED: Primary Videoboard Rotating Signage (10 Minutes)
LED: Athlete Entrance Backdrop
LED: Upper Bleacher Area (30 Minutes)
Pool Flags
Static: Starting Block Signage (2)
Static: Poolside Bucket Signage (2)
Static: Pool Trim Finishing Shot (2)

### TV VISIBLE SIGNAGE

LED: Poolside Rotating Signage (30 Minutes)
LED: Primary Videoboard Rotating Signage (10 Minutes)
LED: Athlete Entrance Backdrop
LED: Upper Bleacher Area (30 Minutes)
Pool Flags
Static: Starting Block Signage (2)
Static: Poolside Bucket Signage (2)
Static: Pool Trim Finishing Shot (2)
Static: Bleacher Trim Signage (1)
Static: Team Area Trim Signage (4)
Static: Interview Backdrop (4)
Static: Outdoor Billboard Signage (2)

### HOSPITALITY/ACTIVATION

General Admission Tickets (120)
VIP Tickets (40)
Customizable Activation Space (10x20)
Joint Community Program

### DIGITAL/SOCIAL/PRINT

Digital: Logo Incorporation on Website
Digital: Email Blast Pre-Event
Social: Pre and Post Event Social Post (4)
Print: Event Program Integration
Print: Logo Incorporation on Ticket

9

ISL



ASSET VALUATION

# ASSET VALUATION | TOTAL EXPOSURE VALUE

## IN ORDER TO CALCULATE TOTAL EXPOSURE VALUE THAT EACH SPONSOR ASSET WILL RECEIVE, WE MUST INCORPORATE BOTH IN-VENUE EXPOSURE AND BROADCAST EXPOSURE.



**NON-BROADCAST EXPOSURE**





  

**BROADCAST EXPOSURE**



**TOTAL EXPOSURE VALUE**



EXPOSURE

- Venue Exposure
- Digital / Web Exposure
- Print Exposure
- Social Media Exposure

- National Broadcasts
- Regional Broadcasts
- Global Exposure
- Incremental Exposure (i.e. Highlights, etc.)
- Audio Mentions

The total global exposure value that an asset receives across all potential verticals

11

# ASSET VALUATION | NON-BROADCAST EXPOSURE VALUE

THE WASSERMAN SPONSORSHIP VALUATION MODEL (W-SVM) IS A
STANDARDIZED IMPRESSIONS-BASED APPROACH THAT INCORPORATES
EXPOSURE, VISIBILITY DISCOUNTS, AND MEDIA COSTS TO DETERMINE AN
ASSET'S VALUE.

| EXPOSURE | | DISCOUNT | UNIT VALUE | | ASSET VALUE |
|---|---|---|---|---|---|

          

| BASE AUDIENCE | MULTIPLIER | VISIBILITY | COST PER THOUSAND (CPM) | VALUE |
|---|---|---|---|---|
| Total viewers of an asset during a given timeframe | Estimated number of times audience sees an asset | Estimated percentage of the audience that views an asset | Defined as the cost of reaching one thousand people, or households in the case of TV, and appears as a dollar value | Expressed in a range and developed from collection of assets |



# ASSET VALUATION | BROADCAST EXPOSURE VALUE

FOR UNDERSTANDING AN ASSET'S TV VISIBLE EXPOSURE TO INCORPORATE INTO TOTAL VALUE, WE CALCULATED MEDIA EQUIVALENCY VALUE FOR ASSET LOCATIONS ON THE ENERGY FOR SWIM BROADCAST.

## TV VISIBLE EXPOSURE




We use a proprietary approach to identify exposures of TV visible assets throughout a broadcast

## VALUATION

 CLARITY

 NUMBER OF PLACEMENTS

 LOCATION

 DESIGN

SIZE

 SHARE OF VOICE

### MEDIA EQUIVALENCY VALUE

We analyze all exposures with an industry-leading methodology to calculate real exposure value for an asset


13

# SPONSORSHIP BASE PACKAGE | LOCAL V. INTERNATIONAL BROADCAST EXPOSURE

**TO ESTIMATE A BROADCAST AUDIENCE FOR THE DECEMBER EVENT, WE ANALYZED POTENTIAL SWIMMING VIEWERSHIP IN THE LOCAL MARKET AND INTERNATIONALLY.**



**LOCAL EXPOSURE**

Access to **LOCAL SPORTS BROADCASTING NETWORKS** that will provide significant local exposure to the event

Low Estimate

For the December event in Turin, ISL coverage will likely fall between these two exposure levels

**INTERNATIONAL EXPOSURE**

A robust array of **INTERNATIONAL BROADCASTING NETWORKS** to bring worldwide exposure to the December event

VALUE

**High Estimate**

14

# SPONSORSHIP BASE PACKAGE | COMPOSITION

UTILIZING THE AVERAGE OF OUR LOWER AND HIGHER TIER ESTIMATES, WE
CAN DETERMINE AN APPROPRIATE PRICE FOR A SPONSORSHIP PACKAGE,
WHICH IS DRIVEN PRIMARILY BY BROADCAST EXPOSURE.



### BASE PACKAGE COMPOSITION

| | TV VISIBLE SIGNAGE (71%) | HOSPITALITY/ ACTIVATION (21%) | EXTERIOR SIGNAGE (4%) | INTERIOR SIGNAGE (3%) | DIGITAL, SOCIAL, PRINT (<1%) | BASE TOTAL* (100%) |
|---|---|---|---|---|---|---|
| LOW ESTIMATE | $82,581.29 – $100,932.68 | $56,520.00 – $69,080.00 | $11,448.00 – $13,992.00 | $7,940.16 – $9,704.64 | $352.80 – $431.20 | $158,842.25 – $194,140.52 |
| AVERAGE | $187,706.54 – $229,419.10 | $56,520.00 – $69,080.00 | $11,448.00 – $13,992.00 | $7,940.16 – $9,704.64 | $352.80 – $431.20 | $263,967.50 – $322,626.94 |
| HIGH ESTIMATE | $292,831.79 – $357,905.52 | $56,520.00 – $69,080.00 | $11,448.00 – $13,992.00 | $7,940.16 – $9,704.64 | $352.80 – $431.20 | $369,092.75 – $451,113.36 |

15  ISL   *Average price in Euros using $1: €.85 exchange rate: €224,372.38 – €274,232.90



SPONSORSHIP BASE PACKAGE

# SPONSORSHIP BASE PACKAGE | VALUATION

| BASE PACKAGE | ASSET CATGORY | ASSETS | PERCENT OF TOTAL | TOTAL VALUE |
|---|---|---|---|---|
| | **TV VISIBLE SIGNAGE** | • LED: Poolside Rotating Signage (30 Minutes)<br>• LED: Primary Videoboard Rotating Signage (10 Minutes)<br>• LED: Athlete Entrance Backdrop<br>• LED: Upper Bleacher Area (30 Minutes)<br>• Pool Flags<br>• Static: Starting Block Signage (2)<br>• Static: Poolside Bucket Signage (2)<br>• Static: Pool Trim Finishing Shot (2)<br>• Static: Bleacher Trim Signage (1)<br>• Static: Team Area Trim Signage (4)<br>• Static: Interview Backdrop (4)<br>• Static: Outdoor Billboard Signage (2) | **71%** | **$187,707 - $229,419** |
| | **HOSPITALITY / ACTIVATION** | • General Admission Tickets (120)<br>• VIP Tickets (40)<br>• Customizable Activation Space (10x20)<br>• Joint Community Program | **21%** | **$56,520 - $69,080** |
| | **EXTERIOR SIGNAGE** | • Static: Outdoor Billboard Signage (2)<br>• Static: Entrance Door Signage (4)<br>• Static: Trash Can Wraps (4)<br>• Static: Pick Up and Drop Off Area Signage (2) | **4%** | **$11,448 - $13,992** |
| | **INTERIOR SIGNAGE** | • Static: Entrance Lobby Signage (1)<br>• Event Staff T-Shirts (12)<br>• LED: Poolside Rotating Signage (30 Minutes)<br>• LED: Primary Videoboard Rotating Signage (10 Minutes)<br>• LED: Athlete Entrance Backdrop<br>• LED: Upper Bleacher Area (30 Minutes)<br>• Pool Flags<br>• Static: Starting Block Signage (2)<br>• Static: Poolside Bucket Signage (2)<br>• Static: Pool Trim Finishing Shot (2) | **3%** | **$7,940 - $9,705** |
| | **DIGITAL / SOCIAL / PRINT** | • Digital: Logo Incorporation on Website<br>• Digital: Email Blast Pre-Event<br>• Social: Pre and Post Event Social Post (4)<br>• Print: Event Program Integration<br>• Print: Logo Incorporation on Ticket | **<1%** | **$353 - $431** |

**FOUNDING SPONSORSHIP**

**TOTAL PACKAGE VALUE**

$262,968 - $322,627

17



# SPONSORSHIP BASE PACKAGE | GO-TO-MARKET CONSIDERATIONS

NEVERTHELESS, DUE TO QUALITATIVE AND MARKET CONSIDERATIONS, PERCEIVED PRICE FROM SPONSORS MAY NOT ALIGN WITH OUR EXPOSURE VALUATION.



**PACKAGE VALUE**

**GO-TO-MARKET CONSIDERATIONS**

**PACKAGE PRICE**

DECREASED MARKET PRICE

EXTERIOR SIGNAGE

INTERIOR SIGNAGE

TV VISIBLE SIGNAGE

DIGITAL / SOCIAL / PRINT

HOSPITALITY / ACTIVATION

EVENT TIMING

MARKET FACTORS

PROOF OF CONCEPT EVENT

SHORT SALES CYCLE

A decreased price threshold due to **LOWER WILLINGNESS TO SPEND FROM POTENTIAL SPONSORS** caused by various considerations

DECREASED MARKET PRICE

The package price determined by an impressions and media equivalency analysis

Various considerations that will affect the package price throughout the sales process

18

# SPONSORSHIP BASE PACKAGE | SUMMARY

DUE TO THESE VARIOUS CONSIDERATIONS AROUND THE UPCOMING EVENT, THE ISL SHOULD ADOPT A FLEXIBLE SALES APPROACH THAT FOCUSES ON ONBOARDING AS MANY SPONSORS AS POSSIBLE, EVEN AT THE LOW ESTIMATED PRICE POINT.



## SPONSORSHIP POTENTIAL

Based on the asset allocation in this package, the ISL will be able to **OFFER 6 FOUNDING SPONSORSHIPS OF THIS SIZE**

**CONSIDERATIONS**



**TIMING**
**SHORT SALES CYCLE**
**PROOF OF CONCEPT EVENT**
**MARKET FACTORS**



## GO-TO-MARKET APPROACH

Due to timing considerations and the nature of the event, the ISL should be flexible in the sales process and **SELL AS MANY FOUNDING SPONSORSHIPS AS POSSIBLE**

19 

# HOLMES' DECLARATION
# EX. 20



# INTERNATIONAL SWIMMING LEAGUE
# MARKETING AMPLIFICATION STRATEGY

AUGUST 20, 2018

Push Possible

# TABLE OF CONTENTS

**STRATEGY GOALS** — 3

**MARKET ANALYSIS** — 5

**CHANNEL OBJECTIVES** — 8

**THE APPROACH** — 13

**CONTENT & POSTING STRATEGY** — 15

# STRATEGY GOALS

# OVERALL AMPLIFICATION GOALS

We believe in using data and research to our advantage. This research and data serves as a directional launch point for the overall digital marketing strategy. This ensures that our approach is tailored to your brand and that goal objectives are achieved throughout the duration of the project term.

―――――――――――――――――― *GOALS* ――――――――――――――――――

**1**  Increase traffic and viewership to Livestreams

**2**  Increase digital awareness of the International Swimming League, with a strong focus on social media

**3**  Increase anticipation and conversation surrounding the International Swimming League's inaugural event in London in December 2018

4

# MARKET ANALYSIS

# MARKET ANALYSIS

Based off current market trends, our recommended digital strategy will rely heavily on the use of social media platforms, specifically Facebook, Twitter, and Instagram. On top of growing the audience size for each ISL social channel, social media allows for an efficient and cost-effective method for creating awareness and excitement around the ISL.







### 2B Monthly Active Users

95.8% of social media marketers say Facebook delivers the best ROI and targeting capabilities.

### 800M Monthly Active Users

80% of Instagram users follow business profiles and brands. 75% of users take action after visiting a post.

### 330M Monthly Active Users

Twitter users amplify audiences. A quarter of marketers run video ads on Twitter.



6

# AUDIENCE INSIGHTS

## THE ISL/SWIMMING AUDIENCE

- **GENDER:** 53% MALE | 47% FEMALE

- **AGE:** 71% MILLENNIAL, 21% GEN X

- **TOP COUNTRIES:** U.S., ITALY, UK, SOUTH AFRICA, SPAIN

- **SPORTS-RELATED INTERESTS:** GLOBAL SPORTS, NBA, INTERNATIONAL FOOTBALL, GOLF

- **NON-ENDEMIC INTERESTS:** MUSIC, LUXURY GOODS, MOVIES & TV, FASHION & BEAUTY

- **FOLLOWS BRANDS LIKE:** OLYMPICS, MIREIA BELMONTE, NBC OLYMPICS, WIMBLEDON, MARCA, FIFA WORLD CUP, SKY SPORT



7

# CHANNEL OBJECTIVES

# ROLE OF EACH PLATFORM





| Frequency 1-3 posts per week | Frequency 1-3 posts per week | Frequency 1-3 posts per week |
|---|---|---|

**Content should be:**

- Entertaining
- Spark conversation and drive engagement
- An extension of the ISL website

**Best for:**

- Long Form Videos (:30-:90)
- Photo
- Memes

**Content should be:**

- Authentic
- Beautiful
- Highlight events, athletes, venue, etc.

**Best for:**

- Photos
- Short Videos

**Content should be:**

- Conversational
- Informative
- Real-time "moments"

**Best for:**

- Information
- Photos
- Retweets



9

# GOALS ON FACEBOOK



## PRIMARY GOALS

Identify, create and segment audiences into key targets to distribute unique content that each respective audience will engage with. Expand followers, reach and increase impressions in order to strengthen awareness and ultimately viewership of the ISL events.

# GOALS ON INSTAGRAM



## PRIMARY GOALS

Utilize event and athlete (both general and roster related) content to expand the ISL's reach and foster engagements from current and new audiences. Instagram will also be vital in the social media ad strategy.

11

# GOALS ON TWITTER



## PRIMARY GOALS

Initiate the conversation on Twitter to build, inform, and engage with the eventual ISL audience. Live updates will be shared on this channel during the 2018 event.

12

# THE APPROACH

# THE APPROACH

Our recommended marketing amplification strategy centers around a four phase approach
Each phase serves its own purpose, but they all share the goal of increasing awareness
around the ISL and driving viewership for the inaugural December event.



PHASE I:
PILOT

PHASE II:
LAUNCH

PHASE III:
ENGAGE

PHASE IV:
AMPLIFY

# CONTENT & POSTING STRATEGY

IMPLEMENTATION CALENDAR

**STRATEGY LAUNCH**

Establish brand awareness around ISL and December event broadcast. Begin posting and ad roll-out. Target audiences from Unlock insights.

**REFRESH**

Refresh ad designs. Shift messaging to highlight athletes that are on board and event countdown

PHASE I

PHASE III

AUG   SEP   OCT   NOV   DEC

PHASE II

PHASE IV

**INITIAL SETUP**

Getting ISL social accounts in order, website up and running, ad design mocks, custom/lookalike audience building.

**OPTIMIZATION**

Optimize audiences and ads based on performance. Adjust budget as needed.

**FINAL PUSH**

Final brand awareness and broadcast push.

16

# CONTENT STRATEGY & BUCKETS

It's important to create a well balanced mix of content to ensure the posting content is something the ISL audience will engage with and share with others.



Education



Athlete/Club Related



Event Countdown



General Swimming

17

# PLAN ON A PAGE

| | CONTENT | GENERAL MESSAGING |
|---|---|---|
| **PHASE I:** <br> **PILOT** | • BRANDED ASSETS | • ABOUT INFORMATION TO BE SET UP ACROSS ALL DIGITAL CHANNELS |
| **PHASE II:** <br> **LAUNCH** | • VIDEO <br> • STATIC IMAGE | • INTRODUCTION TO ISL <br> • AWARENESS |
| **PHASE III:** <br> **ENGAGE** | • VIDEO <br> • STATIC IMAGE | • AWARENESS <br> • ENGAGEMENT |
| **PHASE IV:** <br> **AMPLIFY** | • STATIC IMAGE <br> • LIVE BROADCAST | • AMPLIFY & SHOWCASE <br> • EXCITEMENT |

18

# PHASE I: PILOT

**Goal**
- To set up and complete the framework for all public facing digital channels with coordinated brand imagery and profile messaging in place
  - Website
  - Facebook
  - Twitter
  - Instagram

**Phase I Duration**
- 1-2 Weeks

**Includes**
- Website
- Facebook
  - Coordinated profile picture, header image, and brand messaging
- Twitter
  - Coordinated profile picture, header image, and brand messaging
- Instagram
  - Coordinated profile picture and brand messaging



19

# PHASE I CONTENT EXAMPLES

SAMPLE ISL SOCIAL MEDIA PROFILE ICONS






# PHASE I CONTENT EXAMPLES

SAMPLE ISL FACEBOOK HEADER IMAGE



# PHASE I CONTENT EXAMPLES

## SAMPLE ISL FACEBOOK RENDERING



# PHASE I CONTENT EXAMPLES

## SAMPLE ISL TWITTER HEADER IMAGE



# PHASE I CONTENT EXAMPLES

## SAMPLE ISL TWITTER RENDERING



# PHASE II: LAUNCH

**Goal**
- Primary: Introduction
- Secondary: Awareness

**Phase II Duration**
- September – October

**Recommended Budget**
- $20,000

**Posts & Ad Placements**
- Facebook
  - Brand Page posts
  - Desktop newsfeed ads
  - Mobile newsfeed ads
  - Audience network
- Instagram
- Twitter

**Messaging**
- Educational messaging to introduce the ISL and begin drawing awareness around inaugural event

**Audience**
- Lookalikes built from insights captured on Unlock tool
- Interest-based audiences

[Example] Phase II Video Ad



25

# PHASE II CONTENT EXAMPLES

Recommended content to feature in Phase II should focus heavily on educating digital communities around the ISL.





**CONTENT CATEGORY**
ISL EDUCATION SERIES

**CONTENT CATEGORY**
ISL EDUCATION SERIES

# PHASE II CONTENT EXAMPLES

As athlete and teams are solidified, integrating content that highlights these announcements is a strong way to build excitement around the inaugural event. Additionally, using evergreen content in a 'meme' like format is a playful way to interact and engage with the ISL audience.





**CONTENT CATEGORY**
ATHLETE/TEAM ANNOUNCEMENT

**CONTENT CATEGORY**
GENERAL SWIMMING/PLAYFUL



27

# PHASE II CONTENT EXAMPLES

Throughout Phase II, we recommend testing video and single image ad variations that each contain the purpose of building awareness and ultimately driving traffic to the ISL website.







**VIDEO VARIATION**
ISL EDUCATION SERIES

**SINGLE IMAGE VARIATION**
ISL EDUCATION SERIES

**SINGLE IMAGE VARIATION**
ISL EDUCATION SERIES



28

# PHASE III: ENGAGE

**Goal**
- Primary: Awareness
- Secondary: Engagement and Excitement

**Phase III Duration**
- October– Mid December

**Budget**
- $35,000

**Posts & Ad Placements**
- Facebook
    - Brand Page posts
    - Desktop newsfeed ads
    - Mobile newsfeed ads
    - Audience network
- Instagram
- Twitter

**Messaging**
- Build excitement to engage with growing digital audience via event countdown messaging and additional athlete/team announcements

**Audience**
- Lookalikes built from insights captured on Unlock tool
- Interest-based audiences

[Example] Phase III Single Image Ad



29

# PHASE III CONTENT EXAMPLES

Content in Phase III should focus on building excitement in the lead up to the inaugural event. An effective way to do this is via event countdown posts.



**CONTENT CATEGORY**
EVENT COUNTDOWN



**CONTENT CATEGORY**
EVENT COUNTDOWN

30

# PHASE III CONTENT EXAMPLES

Additional athlete announcement related content and posts illustrating the venue with teasers of what is to come in December will resonate strongly with the growing digital audience.



**CONTENT CATEGORY**
ATHLETE ANNOUNCEMENT



**CONTENT CATEGORY**
VENUE/EVENT RELATED

31

# PHASE III CONTENT EXAMPLES

Similar to Phase II, we recommend testing video and single image ad variations with updated messaging to reflect the purpose of Phase III – build excitement.







**VIDEO VARIATION**
BUILD EXCITEMENT SERIES

**SINGLE IMAGE VARIATION**
BUILD EXCITEMENT SERIES

**SINGLE IMAGE VARIATION**
EVENT COUNTDOWN SERIES

32

# PHASE III CONTENT EXAMPLES

Whenever possible, we recommend leveraging the digital platforms of the top end ISL athletes and ambassadors. Having them post to announce their participation and/or 'endorsement' around the inaugural 2018 event will help immensely in creating excitement and a loyal audience across the ISL social channels— Facebook, Instagram and Twitter.







33

# PHASE IV: AMPLIFY

**Goal**
- Primary: Amplify and Showcase
- Secondary: Engagement

**Phase III Duration**
- Mid December – December Event

**Budget**
- $10,000

**Posts Placement**
- Facebook
    - Brand Page posts
- Instagram
- Twitter

**Messaging**
- Highlight and recap all the amazing action from the inaugural event in both real time and at the end of each day

**Audience**
- Brand page followers
- Interest-based audiences

## [Example] Phase IV Content



34

# PHASE IV CONTENT EXAMPLES

Showing behind the scenes content while the December event is occurring is a great way to personify the athletes and make them more relatable to the ISL fans. We anticipate digital engagement being high during the event, and therefore, recommend recapping each day's action as a way to increase overall traffic to the ISL website.





CONTENT CATEGORY
BEHIND THE SCENES

CONTENT CATEGORY
EVENT RECAP

35

# PHASE IV CONTENT EXAMPLES

In conjunction with the determined broadcast partner, it's prudent to broadcast the action on the ISL social channels (e.g. Facebook Live) to maximize reach and event viewership.





**CONTENT CATEGORY**
LIVE BROADCAST

**CONTENT CATEGORY**
AMPLIFY & SHOWCASE

36

THANK YOU

# HOLMES' DECLARATION
# EX. 21

Message

| | |
|---|---|
| **From**: | Artem Nitz [artem.nitz@gmail.com] |
| **Sent**: | 9/5/2018 6:47:12 PM |
| **To**: | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac] |
| **Subject**: | Re: September Invoice |

Hey man, since the broadcasting work is on hold for several weeks is there any discount?

5 сент. 2018 г., в 09:55, Chris Holmes <cholmes@teamwass.com> написал(а):

Hi Ali,

Please see attached invoice for September. Let me know if you have any questions on this.

Also, can you provide an update on the August invoice?

Thanks,

Chris

<image001.png>

**CHRIS HOLMES** Vice President, Endurance
C: (714) 337-6419  |  CHOLMES@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0200
Web  |  Twitter  |  Instagram

<190776 - ISL - September Fee.pdf>

# HOLMES' DECLARATION
# EX. 22

Message

---

| From: | Chris Holmes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E2DD0ABA44C341E2A06C51769A035825-USER_393FAC] |
| Sent: | 11/5/2018 9:24:22 PM |
| To: | ali.khan@isl.global |
| CC: | ruth.raleigh@isl.global; 'Artem Nitz' [artem.nitz@isl.global] |
| Subject: | RE: ISL August Invoice Payment |
| Attachments: | 193186 - ISL - November Fee.pdf |

Hi Ali,

See attached November invoice for services.

Can you please advise on the October payment?

Thanks,

Chris

**From:** Chris Holmes
**Sent:** Tuesday, October 2, 2018 11:21 AM
**To:** ali.khan@isl.global
**Cc:** ruth.raleigh@isl.global; 'Artem Nitz' <artem.nitz@isl.global>
**Subject:** RE: ISL August Invoice Payment

Hi Ali,

I wanted to let you know we did receive the August payment. Thank you.

Please see October invoice attached. Please let me know if you have a status of the September invoice.

Thanks,

Chris

**From:** ali.khan@isl.global [mailto:ali.khan@isl.global]
**Sent:** Thursday, September 20, 2018 2:37 AM
**To:** Chris Holmes <cholmes@teamwass.com>
**Cc:** ruth.raleigh@isl.global; 'Artem Nitz' <artem.nitz@isl.global>
**Subject:** ISL August Invoice Payment

Hi Chris
I executed on August invoice payment.
Will advise shortly on September payment.

Regards

Ali Khan
CEO

International Swimming League Ltd
Alfred-Escher-Strasse 17

8002 Zürich, Switzerland

+44 7713 577855

www.isl.global



# HOLMES' DECLARATION
# EX. 23



Reference is hereby made to that certain Statement of Work by and between Wasserman Media Group, LLC ("Wasserman") and International Swimming League Ltd. ("ISL" or "Client") dated June 29, 2018. Capitalized terms used herein without definition shall have the meanings provided in the Statement of Work.

<strong>RECITALS</strong>

**WHEREAS** The Fees as provided under the Statement of Work contemplate a monthly fee of $17,500 for each month of the Term and Client has not paid a Fee in relation to November or December 2018;

**WHEREAS** Wasserman has agreed to reduce the outstanding Fees to the equivalent of one month;

**THEREFORE**, in consideration of the foregoing and the mutual covenants and agreements set forth herein, the Parties hereby agree to modify the Statement of Work pursuant to the provisions of this Letter Agreement as follows:

1.      **FEES**

Notwithstanding the provision of services by Wasserman to ISL pursuant to the Statement of Work in November 2018 and December 2018, for which ISL has not paid a corresponding monthly Fee, Wasserman and ISL have agreed to compromise on the outstanding Fee for the equivalent of one month, or $17,500. Wasserman will provide an invoice for ISL in relation to the Fee to be paid, which invoice shall be paid within 10 days of receipt.

2.      **EFFECT**

Except as modified herein, the Statement of Work shall remain unchanged and in full force and effect.

3.      **COUNTERPARTS**

This Letter Agreement may be executed and delivered in any number of counterparts, each of which shall be deemed an original and all of which will constitute together a single document.

4.      **MISCELLANEOUS**

The Parties acknowledge that this Letter Agreement was negotiated between them and shall not be construed against either Party on the grounds of authorship. This Letter Agreement shall be interpreted under California law.

**IN WITNESS WHEREOF**, the Parties have executed this Letter Agreement.

| **WASSERMAN MEDIA GROUP, LLC** | **INTERNATIONAL SWIMMING LEAGUE, LTD.** |
| --- | --- |
| _____ | _____ |
| Name: | Name: |
| Title: | Title: |

# HOLMES' DECLARATION
# EX. 24

Message

| | |
|---|---|
| **From:** | Jack Bratches [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41E19DB6C90D4FADAEEA73E8059EF3FB-JACK BRATCH] |
| **Sent:** | 11/29/2018 5:48:20 PM |
| **To:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]; Rick Hepburn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7615ac51a6fc408eb7e4c706061f6d97-Rick Hepburn] |
| **Subject:** | RE: ISL Update |

Hi Chris,

Towards the end of next week works best for us. I plan on talking through the long-term sponsorship strategy deck with you early next week (I will put something on the books), and we can make some edits before presenting to the broader group.

Dates that work best for Rick and me are next Thursday 12/6 and the following Tuesday 12/11 at 8:30AM.

As discussed yesterday, we don't plan on highlighting any "get rich quick" approaches to Artem. Growing sponsorship through our proposed model will yield the greatest likelihood at maximizing revenue and positioning the league for sustained success.

Let me know if you have any questions or if those dates don't work for Artem.

Jack

---

**From:** Chris Holmes
**Sent:** Tuesday, November 27, 2018 4:23 PM
**To:** Tag Garson <tgarson@teamwass.com>; Rick Hepburn <rhepburn@teamwass.com>; Jake Hirsch <jhirsch@teamwass.com>; Jack Bratches <jbratches@teamwass.com>
**Subject:** ISL Update

Team,

Had a lengthy call with Artem this afternoon. Here is the latest and greatest:

1. ISL is preparing legislative action against FINA
   a. 2 cases being filed
      i. US
      ii. Europe
   b. A handful of swimmers are serving as Plaintiffs
   c. Could be officially filed within a month **but**, FINA has approached them about settling out of court with the desired settlement being FINA will allow ISL to hold competitions next year
2. ISL is helping to lead the organization of some kind of swimmers' Association
   a. Not necessarily a "union" of swimmers but some kind of partnership to give them collective bargaining power
   b. Around 30 athletes will be part of initial group
      i. All had accepted invitations to compete in ISL event
   c. Project launch in December in London
3. 2019 Event
   a. To be held in Nov/Dec
   b. 8-12 Teams

    c.   Las Vegas event location
    d.   All pending if FINA details can be worked out

4.  Swim Club Development
    a.   ISL will be looking to extend their franchise model into 2019 with "clubs" leading the way for competitions
    b.   2 clubs have been established in California
    c.   ISL will be leading an investment round with high-profile potential club owners they hope to leverage for broadcast, sponsorship, etc.

5.  **Team Wass Regroup**
    a.   Artem would like to set up a call with each of our respective groups to discuss the future and how we can approach things heading into next year. He kept reiterating he wanted an "outside the box" approach that will put the ISL ahead of other sport concepts and help accelerate their growth. I'm not sure what that all means but I wanted to prepare you all for when we have the calls.
    b.   I am going to cancel the group call for this Thursday but want to work with each of you on setting up individual calls with Artem over the next week or so. He is not available at all on Thursday and unfortunately I'm OOO Friday and Monday but that should not preclude from getting things set up
    c.   Please let me know when would be good for each of you to get something on the books with Artem knowing he will be at home in Ukraine.

Let me know any questions.



**CHRIS HOLMES** Vice President, Endurance
C: (714) 337-6419  |  CHOLMES@TEAMWASS.COM
WASSERMAN LA  |  T: (310) 407-0200
Web  |  Twitter  |  Instagram

# HOLMES' DECLARATION
# EX. 25

Message

| | |
|---|---|
| **From:** | Casey Wasserman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=05E89F7229894AF3BB7BF88A06B35FFC-CW@WMGLLC.COM] |
| **Sent:** | 12/1/2018 3:10:19 AM |
| **To:** | Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac] |
| **CC:** | Mike Watts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=87fa6365f298459d992396396b8bdc32-mw@wmgllc.com] |
| **Subject:** | Re: Intl swim league |

Bad folks and they are using us, and it will start to cause problems

-cw

On Nov 30, 2018, at 5:38 PM, Chris Holmes <cholmes@teamwass.com> wrote:

> Understood. I assume this is because of their conflict with FINA. Is there any specific messaging I should relay?
>
> Technically we have fulfilled our scope and they should pay their outstanding balance but if we need to walk away completely, just let me know.
>
>
>
> Sent from my iPhone
>
> On Nov 30, 2018, at 5:22 PM, Casey Wasserman <cw@teamwass.com> wrote:
>
> > Yes, we need to end our work for them immediately.
> >
> > -cw
> >
> > On Nov 30, 2018, at 5:16 PM, Chris Holmes <cholmes@teamwass.com> wrote:
> >
> > > Yes, our scope runs through the end of the year. (With about $20k in fees still coming our way).
> > >
> > > Although, as you've probably heard, they cancelled their event for next month and their future is up in the air. We are in talks if/how we move forward.
> > >
> > > Obviously want to be sensitive to their battle with FINA. Anything I should consider from our side moving forward?
> > >
> > > Thanks
> > >
> > > Chris
> > >
> > >
> > > On Nov 30, 2018, at 4:53 PM, Casey Wasserman <cw@teamwass.com> wrote:
> > >
> > > > Are we still doing work for them??

-cw

# HOLMES' DECLARATION
# EX. 26

Message

---

**From:** Jack Bratches [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41E19DB6C90D4FADAEEA73E8059EF3FB-JACK BRATCH]

**Sent:** 12/3/2018 3:20:26 PM

**To:** Chris Holmes [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e2dd0aba44c341e2a06c51769a035825-User_393fac]; Jake Hirsch
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=f00b8f08712345629555603532c0fa19-Jake Hirsch]; Zack Sugarman
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=688cc4567e9a4b4b958335b3da2e21fd-zsugarman@wmgllc.com]; Rick
Hepburn [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=7615ac51a6fc408eb7e4c706061f6d97-Rick Hepburn]; Tag Garson
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=c4337916f31c4844802435d5e9619d66-tgarson@wmgllc.com]

**Subject:** RE: Ending ISL Relationship

Hi Chris,

The long-term sponsor strategy is ready to go out the door today. I will come up and talk through with you briefly today, but no major updates are necessary. I can plan on writing up a detailed email to accompany it.

I will also cancel our regroup on Tuesday.

jb

---

**From:** Chris Holmes
**Sent:** Sunday, December 2, 2018 10:11 PM
**To:** Jake Hirsch <jhirsch@teamwass.com>; Zack Sugarman <zsugarman@teamwass.com>; Rick Hepburn <rhepburn@teamwass.com>; Jack Bratches <jbratches@teamwass.com>; Tag Garson <tgarson@teamwass.com>
**Subject:** Ending ISL Relationship

Team,

I received an email from Casey over the weekend stating we need to end our relationship with the ISL immediately. As we had to clarify a number of times, it seems they have continued to use the Wasserman name openly as backers of their endeavor and their ongoing battle with FINA is something we no longer can be associated with.

They still owe us two months of fees, $35,000. With the Long Term sponsor strategy being really the last thing to deliver, I'd like to get that out ASAP. I know we have a meeting set for Tuesday to go over it, but if it's ready, then we should just write up the explanation and send with our notice. I don't think we should have a call with ISL to go over it, just a clean break. Let me know if you think otherwise.

Any thoughts or questions?

Chris



**CHRIS HOLMES** Vice President, Endurance
C: (714) 337-6419 | CHOLMES@TEAMWASS.COM
WASSERMAN LA | T: (310) 407-0200
Web | Twitter | Instagram