Neil A. Goteiner (SBN 083524)
ngoteiner@fbm.com
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Joshua W. Malone (SBN 301836)
jmalone@fbm.com
Hilary C. Krase (SBN 318762)
hkrase@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff ISL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>Defendant. | CASE NO. 3:18-cv-07394-JSC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH OPPOSITION TO DEFENDANT FINA'S MOTION TO COMPEL, TO STRIKE, AND FOR SANCTIONS** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S ADMN MTN TO SEAL
Case No. 3:18-CV-7394-JSC

36144\14007149.1

Pursuant to Local Rule 79-5(d)-(e), Plaintiff International Swimming League, Ltd. ("ISL") submits this administrative motion to file under seal excerpts and documents related to its Opposition to FINA's Motion to Compel, to Strike, and for Sanctions.

For **Exhibits 4, 5, 14, 15, 16, 20, and 27,** and as with ISL's previous Administrative Motions to Seal filed on October 31, 2019 (Dkt. 66) and on November 27, 2019 (Dkt. 80), ISL seeks to file under seal only because FINA has designated wholesale (1) all of its documents, and (2) the deposition transcript of Cornel Marculescu as "Confidential" under the Amended Protective Order in this case. *See* Dkt. 212.

For the same reasons discussed in ISL's prior Administrative Motion to File Documents Under Seal (Dkt. 66), FINA cannot articulate the required "compelling reason" why this information should be shielded from the public, particularly given the "strong presumption in favor of access to court records." *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). For the sake of efficiency, ISL incorporates by reference the entirety of ISL's Administrative Motion filed on October 31, 2019 (Dkt. 66) into the present motion.

First, FINA's previous arguments that the European Union's General Data Protection Regulation ("GDPR") and Swiss Federal Act on Data Protection ("DPA") prohibit the unauthorized disclosure of "personal data" are misplaced. European laws specifically allow for disclosure of "personal data" in exactly this type of proceeding. *See* GDPR art. 49(1)(e) (allowing for transfer of "personal data" to non-EU countries if "necessary for the establishment, exercise or defense of legal claims"); DPA art. 6(2)(d) (same).

Second, FINA's designations go far beyond what even those European laws would consider "personal data" to include entire documents and lines of testimony about the events at issue.

Third, FINA has not presented a compelling reason why this information should be shielded from the public. The information is neither confidential nor proprietary.

For **Exhibits 10, 12, 17, and 18,** ISL seeks to file these under seal given FINA's pending Administrative Motion to File Under Seal before the Court. *See* Dkt. 257. In that Administrative Motion, FINA requests to seal its Exhibit 6 because it is draft contractual agreement and FINA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S ADMN MTN TO SEAL
Case No. 3:18-CV-7394-JSC

1

36144\14007149.1

1  contends that public disclosure would place it at a competitive disadvantage in future negotiations.
2  *Id*.  ISL has opposed FINA's Administrative Motion.  *See* Dkt. 364.  Given the Court has not yet
3  ruled on the issue, ISL files herewith Exhibit 18 (*i.e.*, FINA's Exhibit 6 to its Motion), as well as
4  other versions of that draft contract (Exhibits 10, 12, and 17), under seal in an abundance of
5  caution.
6       Accordingly, the Court should order ISL's Opposition and the abovementioned exhibits to
7  be filed in the public record.

9  Dated:  March 22, 2021        FARELLA BRAUN + MARTEL LLP

        By:     */s/ Neil A. Goteiner*
           Neil A. Goteiner

        Attorneys for ISL

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S ADMN MTN TO SEAL
Case No. 3:18-CV-7394-JSC

2

36144\14007149.1