| | |
|---|---|
| Neil A. Goteiner (SBN 083524) | Richard M. Heimann (SBN 063607) |
| ngoteiner@fbm.com | rheimann@lchb.com |
| C. Brandon Wisoff (SBN 121930) | Eric B. Fastiff (SBN 182260) |
| bwisoff@fbm.com | efastiff@lchb.com |
| Joshua W. Malone (SBN 301836) | Caitlin M. Nelson (SBN 335601) |
| jmalone@fbm.com | cnelson@lchb.com |
| Hilary C. Krase (SBN 318762) | LIEFF CABRASER HEIMANN & |
| hkrase@fbm.com | BERNSTEIN, LLP |
| FARELLA BRAUN + MARTEL LLP | 275 Battery Street, 29th Floor |
| 235 Montgomery Street, 17th Floor | San Francisco, California 94111 |
| San Francisco, California 94104 | Telephone: (415) 956-1000 |
| Telephone: (415) 954-4400 | Facsimile: (415) 956-1008 |
| Facsimile: (415) 954-4480 | |

Attorneys for Plaintiff ISL, Plaintiffs Shields, Andrew, and Hosszú, and the Proposed Class

Attorneys for Plaintiffs Shields, Andrew, and Hosszú and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, MICHAEL C. ANDREW, and KATINKA HOSSZÚ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>Defendant. | CASE NO. 3:18-cv-07393-JSC<br><br>CASE NO. 3:18-cv-07394-JSC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH JOINT LETTER BRIEF REGARDING JULIO MAGLIONE DEPOSITION** |
| INTERNATIONAL SWIMMING LEAGUE, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFFS' ADMN MTN TO SEAL
Case Nos. 3:18-CV-7393-JSC; 3:18-CV-7394-JSC

36144\14025180.1

Pursuant to Local Rule 79-5(d)-(e), Plaintiff International Swimming League, Ltd. ("ISL") and Plaintiffs Thomas Shields, Michael Andrew, and Katinka Hosszú (collectively, "Plaintiffs") submit this administrative motion to file under seal Exhibits B, C, D, E, and G of the Letter Brief Regarding Julio Maglione Deposition, as well as related excerpts in the Letter Brief itself.

As with ISL's previous Administrative Motions to Seal filed on October 31, 2019 (Dkt. 66[1]) and on November 27, 2019 (Dkt. 80), Plaintiffs seek to file under seal only because FINA has designated wholesale all of its documents as "Confidential" under the Amended Protective Order in this case. *See* Dkt. 212.

For the same reasons discussed in ISL's prior Administrative Motion to File Documents Under Seal (Dkt. 66), FINA cannot articulate the required "compelling reason" why this information should be shielded from the public, particularly given the "strong presumption in favor of access to court records." *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). For the sake of efficiency, Plaintiffs incorporate by reference the entirety of ISL's Administrative Motion filed on October 31, 2019 (Dkt. 66) into the present motion.

First, FINA's previous arguments that the European Union's General Data Protection Regulation ("GDPR") and Swiss Federal Act on Data Protection ("DPA") prohibit the unauthorized disclosure of "personal data" are misplaced. European laws specifically allow for disclosure of "personal data" in exactly this type of proceeding. *See* GDPR art. 49(1)(e) (allowing for transfer of "personal data" to non-EU countries if "necessary for the establishment, exercise or defense of legal claims"); DPA art. 6(2)(d) (same).

Second, FINA's designations go far beyond what even those European laws would consider "personal data" to include entire documents about the events at issue.

Third, FINA has not presented a compelling reason why this information should be shielded from the public. The information is neither confidential nor proprietary.

Accordingly, the Court should deny the motion to seal and order the Letter Brief and all of its exhibits to be publicly filed in their entirety.

---

[1] Unless otherwise specified, all references to the docket refer to the docket in case number 3:18-CV-7394-JSC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFFS' ADMN MTN TO SEAL
Case Nos. 3:18-CV-7393-JSC; 3:18-CV-7394-JSC

1

36144\14025180.1

1

2  Dated: April 3, 2021                    FARELLA BRAUN + MARTEL LLP

3
                                           By:        */s/ Neil A. Goteiner*
4                                                     Neil A. Goteiner

5                                          Attorneys for Plaintiffs

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFFS' ADMN MTN TO SEAL
Case Nos. 3:18-CV-7393-JSC; 3:18-CV-7394-JSC

2

36144\14025180.1