UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br><br>    Defendant. | Case No. 18-cv-07393-JSC<br>Case No. 18-cv-07394-JSC<br><br>**ORDER RE: CLASS CERTIFICATION BRIEFING** |

Plaintiffs' motion for class certification (Dkt. No. 191)[1] has been briefed with an opposition (Dkt. No. 220), reply (Dkt. No. 247), sur-reply (Dkt. No. 263), and motion to strike with anticipated opposition and reply (Dkt. No. 269; *see* Dkt. No. 267).[2]

The Court will request additional briefing if it determines it would be helpful.

**IT IS SO ORDERED.**

Dated: December 10, 2021

                                                JACQUELINE SCOTT CORLEY
                                                United States Magistrate Judge

---

[1] All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). (Case No. 18-7393, Dkt. Nos. 7, 14; Case No. 18-7394, Dkt. Nos. 7, 14.)
[2] Record citations are to material in the Electronic Case File ("ECF") for Case No. 18-7393.