Gary M. Kaplan (State Bar No. 155530)
gkaplan@fbm.com
Karen P. Kimmey (State Bar No. 173284)
kkimmey@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Former Attorneys for Plaintiff
International Swimming League, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> WORLD AQUATICS, <br><br> Defendant. | Case No. 3:18-CV-7394-JSC <br><br> **NOTICE OF FARELLA BRAUN + MARTEL LLP'S LIEN ON CLAIMS OF PLAINTIFF INTERNATIONAL SWIMMING LEAGUE** |

Please take notice, hereby given, that Farella Braun + Martel LLP ("FBM"), former attorneys for Plaintiff International Swimming League, Ltd. ("ISL"), has a perfected attorney's lien on any recovery by Plaintiff in this matter (through award, settlement or otherwise) pursuant to the parties' engagement agreement, with respect to any unpaid fees and expenses owed to FBM. *See generally Fletcher v. Davis*, 33 Cal. 4th 61, 66 (2004).

Accordingly, any amounts otherwise payable to ISL should instead be paid to FBM.   to the extent of ISL's unpaid debt to FBM.  The precise amount of ISL's debt to FBM and FBM's payment instructions can be obtained by contacting the undersigned (contact information on the upper left corner of this Notice).

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF FBM'S LIEN ON CLAIMS OF PLNTF.
INTERNATIONAL SWIMMING LEAGUE
Case No. 3:18-CV-7394-JSC

1

| | | |
|---|---|---|
| 1 | Dated: October 22, 2024 | FARELLA BRAUN + MARTEL LLP |
| 2 | | By: /s Gary M. Kaplan |
| 3 | | Gary M. Kaplan |
| 4 | | *Former* Attorneys for Plaintiff International Swimming League, Ltd. |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF FBM'S LIEN ON CLAIMS OF PLNTF.
INTERNATIONAL SWIMMING LEAGUE
Case No. 3:18-CV-7394-JSC

2

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Bush Street, Suite 900, San Francisco, CA 94104.

On October 22, 2024, I served true copies of the following document(s) described as

**NOTICE OF FARELLA BRAUN + MARTEL LLP'S LIEN ON CLAIMS OF PLAINTIFF INTERNATIONAL SWIMMING LEAGUE**

on the interested parties in this action as follows:

Daniel Murray Wall
Christopher S. Yates
Aaron T. Chiu
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Email: dan.wall@lw.com; chris.yates@lw.com; aaron.chiu@lw.com

Melissa A. Sherry
Charles S. Dameron
Graham Haviland
LATHAM & WATKINS LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304
Email: melissa.sherry@lw.com; charles.dameron@lw.com; graham.haviland@lw.com

*Attorneys for Defendant World Aquatics*

Jeffrey L. Kessler
WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166
Email: jkessler@winston.com

Jeanifer E. Parsigian
WINSTON & STRAWN, LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Email: jparsigian@winston.com

Andrew Tauber
WINSTON & STRAWN, LLP
1901 L Street, NW
Washington, DC 20036
Email: atauber@winston.com

*Attorneys for Plaintiff International Swimming League, Ltd.*

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address gkaplan@fbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF FBM'S LIEN ON CLAIMS OF PLNTF.
INTERNATIONAL SWIMMING LEAGUE
Case No. 3:18-CV-7394-JSC

3

1   unsuccessful.

2   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

4   Executed on October 22, 2024 at San Francisco, California.

/s   Gary M. Kaplan
Gary Kaplan

41608\17113950.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF FBM'S LIEN ON CLAIMS OF PLNTF. INTERNATIONAL SWIMMING LEAGUE
Case No. 3:18-CV-7394-JSC

4