UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS A. SHIELDS and KATINKA HOSSZU, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>WORLD AQUATICS,<br><br>        Defendant - Appellee. | No. 23-15092<br><br>D.C. No. 3:18-cv-07393-JSC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| INTERNATIONAL SWIMMING LEAGUE, LTD.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>WORLD AQUATICS,<br><br>       Defendant - Appellee. | No. 23-15156<br><br>D.C. No. 3:18-cv-07394-JSC<br>U.S. District Court for Northern California, San Francisco |

     The judgment of this Court, entered September 17, 2024, takes effect this date.

     This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $528.72.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT