| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Christopher S. Yates (SBN 161273)<br>   Aaron T. Chiu (SBN 287788) |
| 3 |    Jack Siddoway (SBN 329373)<br>505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California  94111-6538<br>Telephone: 415.391.0600 |
| 5 | Email:  Chris.Yates@lw.com<br>       Aaron.Chiu@lw.com |
| 6 |        Jack.Siddoway@lw.com |
| 7 | LATHAM & WATKINS LLP<br>   Sean M. Berkowitz (*pro hac vice*) |
| 8 |    Allison M. Gorsuch (*pro hac vice*)<br>330 North Wabash Avenue, Suite 2800 |
| 9 | Chicago, IL  60611<br>Telephone: 312.876.7700 |
| 10 | Email:  Sean.Berkowittz@lw.com<br>       Allison.Gorsuch@lw.com |
| 11 | *Attorneys for Defendant* |
| 12 | *World Aquatics* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD., | Case No. 3:18-CV-07394-JSC |
| Plaintiff, | **DEFENDANT WORLD AQUATICS' ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL** |
| vs. | |
| WORLD AQUATICS, | |
| Defendant. | Trial Date:  January 12, 2026<br>The Honorable Jacqueline Scott Corley |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WA'S ADMIN. MTN FOR ORDER PERMITTING
ELECTRONIC DEVICES IN CTRM FOR TRIAL
CASE NO. 18-CV-07394-JSC

Defendant World Aquatics respectfully requests permission, pursuant to General Order No. 58, to bring the following equipment into the courthouse, and to possess and use that equipment in Judge Jacqueline Scott Corley's Courtroom during the trial, scheduled to start on January 12, 2026.

The specific devices are:

1) Laptop (2) with related accessories (mouse, power supply, portable USB hand drives, etc.)
2) 15" Portable computer monitor and related cables (2);
3) ATEM HDMI Switcher and power cord (1);
4) HDMI to VGA Adapter/Converter and power cord (1);
5) HDMI splitter and power cord (2);
6) Multi-outlet Power Strip (2);
7) AC Extension Cord (2);
8) HDMI and VGA Cables;
   a. (1) - 50'
   b. (2) - 25'
   c. (5) - 4'
   d. (5) - 1.5'
9) Presentation/Slide remote (2);
10) Computer speaker (back-up to court system) (1);
11) Folding table (1);
12) Rolls of tape to secure wires to floor;
13) Cell phones (15); and
14) Mobile Hotspot (1).

World Aquatics further requests the Court's permission to set up its electronic devices in the courtroom on Friday, January 9, 2026 to facilitate the timely and orderly conduct of the trial.

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

WA'S ADMIN. MTN FOR ORDER PERMITTING
ELECTRONIC DEVICES IN CTRM FOR TRIAL
CASE NO. 18-CV-07394-JSC

| | | |
|---|---|---|
| 1 | Dated: December 31, 2025 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | By ___/s/ Christopher S. Yates___ |
| 4 | | Christopher S. Yates<br>Attorneys for Defendant |
| 5 | | World Aquatics |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

WA'S ADMIN. MTN FOR ORDER PERMITTING
ELECTRONIC DEVICES IN CTRM FOR TRIAL
CASE NO. 18-CV-07394-JSC