UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD AQUATICS,<br><br>    Defendant. | Case No. 18-cv-07394-JSC<br><br>**ORDER RE: JURY QUESTIONNAIRES** |

Upon review of the completed jury questionnaires, the Court proposes the following jurors be excused for hardship: Nos. 5, 8, 18, 20, 21, 29, 37, 41, 43, 45. The parties shall meet and confer as to whether they agree to these excusals. On or before **Thursday, January 8, 2026 at 5:00 p.m.**, they shall jointly state in writing whether they agree to excuse these jurors as well as whether there are additional jurors which they agree to excuse.

The Court also reschedules the hearing to discuss excusals from Thursday, January 8, 2026 at 4:00 p.m. to **Friday, January 9, 2026 at 8:00 a.m. via Zoom video**. At the hearing, the parties may raise any other issues that require discussion before jury selection and trial.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge