UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-07394-JSC
Case Name: International Swimming League, LTD v. World Aquatics

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | W. Isaacson/M. Dearborn/A. Corriveau | C. Yates/A. Chiu/J. Siddoway/B. Harris |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| January 21, 2026 (Day 6) | April Brott | Ada Means |

| JOINT NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|
| | 8:05 a.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: exhibits related to Khan and Kosner's testimonies and jury instructions. |
| | 8:31 a.m. | | | Court stands in recess to await the jury's arrival. |
| | 8:37 a.m. | | | Court reconvenes, all parties and all members of the jury are present. Portions of video deposition of **ALI KHAN** is played for the jury. |
| | 9:52 a.m. | | | The Court called for the morning recess. |
| | 10:07 a.m. | | | Court reconvenes, all parties and all members of the jury are present. Portions of video deposition of Ali Khan is played for the jury. |
| 46 | 10:44 a.m. | X | X | Email (Nov. 28, 2017) Subject: Follow Up and Meeting Request |
| 245 | | X | X | CBS Sports Programming Agreement (Sept. 12, 2020) |
| 328 | | X | X | Email (Sept. 27, 2018) Subject: MoU |
| 330 | | X | X | Email (Oct. 4, 2018) Subject: ESG Proposed MOU |
| 357 | | X | X | Email (Nov. 24, 2017) Subject: Revised Version |
| 400 | | X | X | Email (Oct. 1, 2018) Subject: 18-27.09.2018 MOU -FINA.docx |
| 454 | | X | X | Email (Jan. 15, 2019) Subject: Re: ISL Follow Up |
| 499 | | X | X | Bank Zimmerberg Statements (2018) |
| 1048 | | X | X | Email chain re Sportcel next steps |
| 1051 | | X | X | Email re chain Sportcel meeting |
| 1062 | | X | X | Email chain re CSM Meeting Update |
| 1066 | | X | X | Email re ISL Strategy London |
| 1069 | | X | X | Email chain re Final report from Budapest |
| 1071 | | X | X | Email chain re Budget USA |
| 1097 | | X | X | Email re GB Swimming Calendar, by Monday 18th June |
| 1099 | | X | X | Email re International Swimming League Introduction - ICO Discussion |
| 1128 | | X | X | Email re FINA Letter |
| 1132 | | X | X | Text message chain |

1

| | | | | |
|---|---|---|---|---|
| 1134 | | X | X | Email re isl draft estimates |
| 1241 | | X | X | Text message chain |
| 1263 | | X | X | ESPN, INC. AGREEMENT with ISL |
| 1290 | | X | X | Transferwise ISL UK - 01.04.20 to 30.09.20 |
| 1293 | | X | X | Text message chain |
| 1327 | | X | X | Treureva Report of the statutory auditor on the limited statutory examination of the financial statements for the year ended 31 December 2019 of International Swimming League AG Baar |
| 1368 | | X | X | ISL 2017-2019 Total Revenue, Total Expenses and EBITDA |
| 1387 | | X | X | PR 1 - FINA meets with NFs on Athlete participation in international competitions |
| 1435 | | X | X | Email chain FW: Broadcast Roadmap |
| 1439 | | X | X | Email chain re Fwd: ISL Proposed MOU to USA Swim |
| | 10:46 a.m. | | | **JOHN KOSNER** is sworn as a witness for Defendant and is under direct examination by Mr. Chiu. |
| | 11:58 a.m. | | | The jury is in recess. Outside the presence of the jury, Court and counsel confer re: trial schedule. |
| | 11:59 a.m. | | | The Court called for a brief recess. |
| | 12:14 p.m. | | | Court reconvenes, all parties and all members of the jury are present. John Kosner resumes the witness stand and is under cross examination by Mr. Issacson. |
| | 1:28 p.m. | | | John Kosner under redirect examination by. Mr. Chiu. |
| | 1:30 p.m. | | | John Kosner is excused as a witness. The jury is admonished and excused for the day. |
| | 1:33 p.m. | | | The Court called for a brief recess. |
| | 2:33 p.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: jury instructions and verdict form. |
| | 3:39 p.m. | | | Court is adjourned for the day, the matter is continued to January 22, 2026 for further jury trial. |