

## UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** January 23, 2026　　　　　　　　　　　　　　　　　　　　　　　**Time:** 00:07

**Judge:** Jacqueline Scott Corley

**Case Number:** 18-cv-07394-JSC

**Case Name:** International Swimming League, LTD v. World Aquatics

**Attorneys for Plaintiff:** William A. Isaacson/Meredith Dearborn/Annelise Corriveau/Agbeko Petty
**Attorneys for Defendant:** Christopher Yates/Aaron Chiu/Jack Siddoway/Alison Gorsuch/Ben Harris

**Deputy Clerk:** Ada Means　　　　　　　　　　　　　　　　**Court Reporter:** April Brott

### PROCEEDINGS

1. Jury trial (Day 8) held and completed. Jury deliberations. Verdict was reached, read, and recorded. Jury is discharged.
2. Please see trial log for complete details.