UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-07394-JSC
Case Name: International Swimming League, LTD v. World Aquatics

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | W. Isaacson/M. Dearborn/A. Corriveau/A. Petty | C. Yates/A. Chiu/J. Siddoway/A. Gorsuch/B. Harris |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| January 23, 2026 (Day 8) | April Brott | Ada Means |

| JOINT NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|
| | 8:30 a.m. | | | All members of the jury are present in the jury room. Deliberation resumes. Court stands in recess to await the jury's verdict. |
| | 11:13 a.m. | | | The Court is informed that the jury has reached a verdict. All parties are summoned. |
| | 11:24 a.m. | | | Court reconvenes, all parties and all members of the jury are present. The verdict was read and recorded. |
| | 11:28 a.m. | | | The jury is thanked for their service and discharged. |
| | 11:31 a.m. | | | Court is adjourned. |