UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY          Case No. 18-cv-07394-JSC

CASE NAME: International Swimming League, LTD v. World Aquatics

NOTE FROM THE JURY

Note No. ___1___

Date ___Jul 22___

Time ___2:06___

- - -

Questions

- Can a conspiracy have one or more members feel pressured into it?

- Legal definition of "Understanding", could an understanding be the acceptance of a threat? Please see Jury Instruction No. 18. It is up to the jury to decide if ISL has shown by a preponderance of the evidence that an agreement to conspiracy existed

- Is a boycott a pre-requisite to the criminal restriction of trade? This is not a criminal case.

- Does the boycott constitute the conspiracy?

Please see instructions nos. 20, 21 and 22.

                                    Jacq