United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD, | Case No.  18-cv-07394-JSC |
| Plaintiff, | |
| v. | **FINAL VERDICT FORM** |
| WORLD AQUATICS, | |
| Defendant. | |

## PART A: EXISTENCE OF A GROUP BOYCOTT AGAINST ISL

1. **Did ISL prove by a preponderance of the evidence that World Aquatics and one or more of its member federations refused to deal with ISL pursuant to an agreement to boycott ISL swimming events?**

   Yes __✓__ No _____

*If your answer to Question 1 is "Yes," continue to Part B.  If your answer to Question 1 is "No," do not answer any further questions in Parts B, C, D, E, and F.  Sign and date the verdict form, and inform the courtroom deputy that you are finished.*

## PART B: SHERMAN ACT SECTION 1 CLAIM – UNREASONABLE RESTRAINT OF TRADE – PER SE STANDARD

2. **Did ISL prove a preponderance of the evidence that at least two of the parties to the agreement were direct competitors?**

   Yes __✓__ No _____

*If your answer to Question 2 is "Yes," continue to Question 3.  If your answer to Question 2 is "No," <u>do not answer any further questions in Part B</u>, and continue to Part C.*

    3.  **Did ISL prove by a preponderance of the evidence that the agreement had no purpose other than disadvantaging ISL?**

        Yes _____ No \_\_✓\_\_

*Regardless of your answer to Question 3, continue to Question 4.*

    4.  **Did ISL prove by a preponderance of the evidence that the agreement cut off ISL's access to a supply, facility, or market necessary for ISL to compete?**

        Yes \_\_✓\_\_ No _____

*Regardless of your answer to Question 4, continue to Part C.*

**PART C: SHERMAN ACT SECTION 1 CLAIM – UNREASONABLE RESTRAINT OF TRADE – RULE OF REASON STANDARD**

    5.  **Did ISL prove by a preponderance of the evidence the refusal to deal resulted in a substantial harm to competition?**

        Yes \_\_✓\_\_ No _____

*If your answer to Question 5 is "Yes," continue to Question 6.  If your answer to Question 5 is "No," <u>do not answer any further questions in Part C</u>, and continue to Part D.*

    6.  **Did World Aquatics prove by a preponderance of the evidence the refusal to deal was reasonably necessary to achieve competitive benefits?**

        Yes _____ No \_\_✓\_\_

*Regardless of your answer to Question 6, continue to Question 7.*

    7.  **Did ISL prove by a preponderance of the evidence the competitive harm substantially outweighs the competitive benefits?**

        Yes \_\_✓\_\_ No _____

*Regardless of your answer to Question 7, continue to Part D.*

United States District Court
Northern District of California

**PART D: SHERMAN ACT SECTION 1 CLAIM – INJURY TO BUSINESS OR PROPERTY**

- *If you answered "Yes" to Question 2 **and either** Question 3 **or** Question 4, continue to Question 8.*

- *In addition, if you answered "Yes" to Question 7, continue to Question 8.*

- *However, if:*

  - *(1) you answered "No" to Question 2, **or** you answered "No" to Question 3 and Question 4, **and***

  - *(2) you answered "No" to Question 5 or Question 7,*

  *do not answer any further questions in Parts D, E, and F.  Instead, sign and date the verdict form, and inform the courtroom deputy that you are finished.*

8. **Did ISL prove by a preponderance of the evidence the refusal to deal caused ISL to suffer an injury to its business or property?**

   Yes ___✓___ No _____

*If your answer to Question 8 is "Yes," continue to Part E.  If your answer to Question 8 is "No," do not answer any further questions in Parts E and F.  Sign and date the verdict form, and inform the courtroom deputy that you are finished.*

**PART E: CAUSATION AND ANTITRUST INJURY**

9. **Did ISL prove by a preponderance of the evidence it was in fact injured as a result of World Aquatics' violation of the antitrust laws?**

   Yes ___✓___ No _____

*If your answer to Question 9 is "Yes," continue to Question 10.  If your answer to Question 9 is "No," do not answer any further questions in Parts E and F.  Sign and date the verdict form, and inform the courtroom deputy that you are finished.*

10. **Did ISL prove by a preponderance of the evidence World Aquatics' violation of the antitrust laws was a material cause of ISL's injury?**

Yes __✓__ No _____

1

*If your answer to Question 10 is "Yes," continue to Question 11. If your answer to Question 10 is*

*"No," do not answer any further questions in Parts E and F. Sign and date the verdict form, and*

*inform the courtroom deputy that you are finished.*

**11. Did ISL prove by a preponderance of the evidence its injury is an injury of the type**

**that the antitrust laws were intended to prevent?**

Yes __✓__ No _____

*If your answer to Question 11 is "Yes," continue to Part F. If your answer to Question 11 is*

*"No," do not answer any further questions in Part F. Sign and date the verdict form, and inform*

*the courtroom deputy that you are finished.*

**PART F: DAMAGES**

**12. What amount of damages did ISL prove by a preponderance of the evidence it**

**suffered as a result of World Aquatics' violation of the antitrust laws?**

$ __1_____

PLEASE HAVE THE PRESIDING JUROR SIGN AND DATE THE VERDICT FORM,

AND THEN INFORM THE COURT CLERK THAT YOU HAVE REACHED A

VERDICT.

Signed: __Ethan Brogger__    Dated: __Jan 23, 2026__

United States District Court
Northern District of California

4